# EXHIBIT A

CHASE O
WaMu

YOUR MONEY MARKET DEPOSIT ACCOUNT STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 09/01/08
Through: 09/30/08

WASHINGTON MUTUAL INC
FBO WASHINGTON MUTUAL BANK FA
ROWENA LITTLE
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

Please see the enclosed information regarding preventing overdrafts, non-sufficient funds, fees and other important information below about changes to your deposit accounts and services.

## Your Money Market Deposit Account Detail Information

WASHINGTON MUTUAL INC              Account Number: 177-891120-6
FBO WASHINGTON MUTUAL BANK FA      Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $52,553,247.70 | Interest Earned | $46,953.31 |
| Checks Paid | $0.00 | Annual Percentage Yield Earned | 1.09% |
| Other Withdrawals | $0.00 | YTD Interest Paid | $519,046.97 |
| Deposits | +$46,953.31 | YTD Interest Withheld | $0.00 |
| Ending Balance | $52,600,201.01 | | |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 09/30 | Interest Payment | | $46,953.31 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
  Overdraft charges                $0.00
  Non-Sufficient Funds charges     $0.00

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*
As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $33.00 per transaction

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.

0 EM-S-U5         Page 1 of 1         Deposits are FDIC Insured 
7782   NNGR   001   07   30   093008   PAGE 1 of 1   COLR732B 7253 3200 01AA7782

CHASE O
WaMu

P.O. BOX 2395
CHATSWORTH, CA 91313-2395

This Statement Covers
From: 09/01/08
Through: 09/30/08

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

WASHINGTON MUTUAL INC
ATTN: TREASURY ACCTG/LULU ST JOHN
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

Please see the end of statement message regarding important information about changes to your deposit accounts and services.

# Washington Mutual Internal Checking Detail Information

**WASHINGTON MUTUAL INC**  Account Number: 179-165066-7
Washington Mutual Bank, FA

## Account Summary

| | |
|---|---:|
| Beginning Balance | $4,541,729,651.01 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +615,444,052.72 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | -4,893,105,517.68 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| Ending Balance | $264,068,186.05 |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---:|---|---|
| 09/02 | 1,080.61 | WIRE TRANSFER DEPOSIT | |
| 09/02 | 11,024.44 | WIRE TRANSFER DEPOSIT | |
| 09/03 | 7,004.31 | WIRE TRANSFER DEPOSIT | |
| 09/03 | 2,423.75 | WIRE TRANSFER DEPOSIT | |
| 09/04 | 3,810,000.00 | WIRE TRANSFER DEPOSIT | |
| 09/05 | 5,125,000.00 | WIRE TRANSFER DEPOSIT | |
| 09/09 | 103.89 | WIRE TRANSFER DEPOSIT | |
| 09/10 | 167,386.65 | WIRE TRANSFER DEPOSIT | |
| 09/12 | 5,266,361.00 | WIRE TRANSFER DEPOSIT | |
| 09/12 | 318,260.96 | WIRE TRANSFER DEPOSIT | |
| 09/15 | 849,376.57 | WIRE TRANSFER DEPOSIT | |
| 09/18 | 1,775,712.04 | MISCELLANEOUS CREDIT | |
| 09/18 | 48,177.68 | WIRE TRANSFER DEPOSIT | |
| 09/18 | 37,500.00 | WIRE TRANSFER DEPOSIT | |
| 09/19 | 10,000,000.00 | WIRE TRANSFER DEPOSIT | |



CHASE O
WaMu

This Statement Covers
Account Number: 179-165066-7
From: 09/01/08
Through: 09/30/08

| Electronic & Miscellaneous Deposits | | | |
|---|---|---|---|
| Date | Amount | Description | Card Number |
| 09/19 | 177,000,000.00 | BOOK TRANSFER CREDIT | |
| 09/19 | 145,000,000.00 | BOOK TRANSFER CREDIT | |
| 09/22 | 145,160.97 | WIRE TRANSFER DEPOSIT | |
| 09/23 | 22,497,553.85 | WIRE TRANSFER DEPOSIT | |
| 09/23 | 5,500.00 | WIRE TRANSFER DEPOSIT | |
| 09/24 | 8,849,902.00 | WIRE TRANSFER DEPOSIT | |
| 09/30 | 99,999,999.00 | SIR2 TREAS 220 MISC PAY 911653725200929 2 | |
| 09/30 | 99,999,999.00 | SIR2 TREAS 220 MISC PAY 911653725200929 2 | |
| 09/30 | 34,526,526.00 | SIR2 TREAS 220 MISC PAY 911653725200929 2 | |
| *24 Items* | *$815,444,052.72* | | |

| Electronic & Miscellaneous Withdrawals | | |
|---|---|---|
| Date | Amount | Description |
| 09/05 | 3,810,000.00 | BOOK TRANSFER DEBIT |
| 09/05 | 5,125,000.00 | BOOK TRANSFER DEBIT |
| 09/09 | 3,002.57 | MISCELLANEOUS DEBIT |
| 09/09 | 70,000.00 | IRS USATAXPYMT 220865300699212 |
| 09/10 | 500,000,000.00 | BOOK TRANSFER DEBIT |
| 09/11 | 614,326.45 | MISCELLANEOUS DEBIT |
| 09/11 | 58,652.00 | MISCELLANEOUS DEBIT |
| 09/11 | 112,923.51 | MISCELLANEOUS DEBIT |
| 09/11 | 167,386.65 | BOOK TRANSFER DEBIT |
| 09/15 | 59,416,800.00 | DOMESTIC OUTGOING WIRE |
| 09/15 | 5,055,600.00 | DOMESTIC OUTGOING WIRE |
| 09/15 | 19,168,800.00 | DOMESTIC OUTGOING WIRE |
| 09/15 | 238,489,257.00 | BOOK TRANSFER DEBIT |
| 09/15 | 27,318,823.00 | BOOK TRANSFER DEBIT |
| 09/17 | 3,669,654.36 | DOMESTIC OUTGOING WIRE |
| 09/18 | 797,072.50 | BOOK TRANSFER DEBIT |
| 09/18 | 17,205,753.61 | MISCELLANEOUS DEBIT |
| 09/18 | 398.65 | BOOK TRANSFER DEBIT |
| 09/19 | 5,000.00 | BOOK TRANSFER DEBIT |
| 09/19 | 270,104,885.03 | DOMESTIC OUTGOING WIRE |
| 09/19 | 999,999,999.00 | MISCELLANEOUS DEBIT |
| 09/19 | 999,999,999.00 | MISCELLANEOUS DEBIT |
| 09/19 | 999,999,999.00 | MISCELLANEOUS DEBIT |
| 09/19 | 674,000,003.00 | MISCELLANEOUS DEBIT |
| 09/22 | 9,392,500.00 | DOMESTIC OUTGOING WIRE |
| 09/22 | 2,848,399.06 | DOMESTIC OUTGOING WIRE |
| 09/22 | 49,638,000.00 | DOMESTIC OUTGOING WIRE |
| 09/23 | 145,160.97 | BOOK TRANSFER DEBIT |
| 09/23 | 37,500.00 | BOOK TRANSFER DEBIT |
| 09/23 | 60,000.00 | DOMESTIC OUTGOING WIRE |
| 09/24 | 5,500.00 | BOOK TRANSFER DEBIT |
| 09/25 | 1,681,646.07 | MISCELLANEOUS DEBIT |
| 09/25 | 4,101,278.69 | MISCELLANEOUS DEBIT |
| 09/26 | 2,197.56 | WA ST D.O.R. EX DTC 0000021262 |
| *34 Items* | *$4,893,105,517.68* | |

CHASE O
WaMu

This Statement Covers
Account Number: 179-165066-7
From: 09/01/08
Through: 09/30/08

| Account Activity Summary | | | |
|---|---|---|---|
| Average Collected Balance | $2,551,511,238.78 | Minimum Daily Ending Balance | $4,221,989.49 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 24 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.

Page 3 of 3       Deposits are FDIC Insured  LENDER

7782    NNGR    001    07    30    093008    PAGE 3 of 3    COLR7328 7321 3200 01AA7782

CHASE O
WaMu

P.O. BOX 2395
CHATSWORTH, CA 91313-2395

**This Statement Covers**
From: 09/19/08
Through: 09/30/08

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

WMI
1301 2ND AVE
SEATTLE WA 98101-2005

Please see the end of statement message regarding important information about changes to your deposit accounts and services.

## Washington Mutual Internal Checking Detail Information

WMI   Account Number: 441-006423-4
Washington Mutual Bank, FA

### Account Summary

| | |
|---|---:|
| Beginning Balance | $0.00 |
| Deposits | +3,674,000,000.00 |
| Electronic & Misc. Deposits | 0.00 |
| Card Purchases/ATM-Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | -6,056,827.50 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| Ending Balance | $3,667,943,172.50 |

### Deposits

| Date | Amount | Description |
|---|---:|---|
| 09/22 | 999,999,999.00 | Opening Deposit (Eff. Date:09/19/08) |
| 09/22 | 674,000,003.00 | Customer Deposit (Eff. Date:09/19/08) |
| 09/22 | 999,999,999.00 | Customer Deposit (Eff. Date:09/19/08) |
| 09/22 | 999,999,999.00 | Customer Deposit (Eff. Date:09/19/08) |
| *4 Items* | *$3,674,000,000.00* | |

### Electronic & Miscellaneous Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 09/24 | 3,000,000.00 | DOMESTIC OUTGOING WIRE |
| 09/25 | 3,056,827.50 | DOMESTIC OUTGOING WIRE |
| *2 Items* | *$6,056,827.50* | |



CHASE O
WaMu
This Statement Covers
Account Number: 441-006423-4
From: 09/19/08
Through: 09/30/08

| Account Activity Summary | | | |
|---|---|---|---|
| Average Collected Balance | $3,670,721,586.25 | Minimum Daily Ending Balance | $3,667,943,172.50 |
| Checks Deposited | 0 | Cash Deposited | $3,674,000,000.00 |
| Number of Deposits | 4 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $100.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

### Notice of Change In Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.


CHASE O
WaMu

P.O. BOX 2395
CHATSWORTH, CA 91313-2395

This Statement Covers
From: 09/01/08
Through: 09/30/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

WASHINGTON MUTUAL, INC
ATTN ERIK STROM
1301 2ND AVE W # WMC4201
SEATTLE WA 98119

Please see the end of statement message regarding important information about changes to your deposit accounts and services.

## Washington Mutual Internal Checking Detail Information

WASHINGTON MUTUAL, INC   Account Number: 181-252962-6
ATTN ERIK STROM   Washington Mutual Bank, FA

### Account Summary

| | |
|---|---|
| Beginning Balance | $4,650.22 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +5,000.00 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | -5,000.00 |
| Service Fees | 0.00 |
| Ending Balance | $4,650.22 |

### Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 09/19 | 5,000.00 | BOOK TRANSFER CREDIT | |
| 1 Item | $5,000.00 | | |

### Checks Paid

| Check Number | Amount | Date | Check Number | Amount | Date |
|---|---|---|---|---|---|
| 1087 | 5,000.00 | 09/29 | | | |
| 1 Item | $5,000.00 | | *Indicates check out of sequence | | |

### Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $6,316.88 | Minimum Daily Ending Balance | $4,650.22 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 1 | Cash Purchased | $0.00 |
| Checks/Debits | 1 | | |

1 EM-S-B3   Page 1 of 2   Deposits are FDIC Insured 

7782   NNGR   001   07   30   093008   PAGE 1 of 2   COLR7328 7321 3200 01AA7782

CHASE O
WaMu

This Statement Covers
Account Number: 181-252962-6
From: 09/01/08
Through: 09/30/08

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.


CHASE ○
🔵 WaMu

P.O. BOX 2395
CHATSWORTH, CA 91313-2395

This Statement Covers
From: 09/01/08
Through: 09/30/08

WASHINGTON MUTUAL INC
TO INDEMNITY FOR 3/1/2006
LBMC TRANSFER
ATTN TREASURY ACCOUNTING LULU ST JOHN
1301 2ND AVE W # WMC1409
SEATTLE WA 98119

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

Please see the end of statement message regarding important Information about changes to your deposit accounts and services.

## Washington Mutual Internal Checking Detail Information

| WASHINGTON MUTUAL INC | Account Number: 314-197966-3 |
|---|---|
| TO INDEMNITY FOR 3/1/2006 | Washington Mutual Bank, FA |
| LBMC TRANSFER | |

### Account Summary

| | |
|---|---|
| Beginning Balance | $10,000,000.00 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | 0.00 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | -9,252,200.77 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| Ending Balance | $747,799.23 |

### Electronic & Miscellaneous Withdrawals

| Date | Amount | Description |
|---|---|---|
| 09/18 | 9,252,200.77 | MISCELLANEOUS DEBIT |
| 1 Item | $9,252,200.77 | |

### Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $5,990,712.99 | Minimum Daily Ending Balance | $747,799.23 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 0 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)

0 EM-S-B3                              Page 1 of 2                        Deposits are FDIC Insured   LENDER

7782    NNGR    001   07   30   093008   PAGE 1 of 2     COLR7328  7321  3200  01AA7782

CHASE O
WaMu
This Statement Covers
Account Number: 314-197966-3
From: 09/01/08
Through: 09/30/08

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.



CHASE O
WaMu

P.O. BOX 2395
CHATSWORTH, CA 91313-2395

This Statement Covers
From: 09/01/08
Through: 09/30/08

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

WAMU INVESTMENT CORP.
1301 2ND AVE W # WMC1409
SEATTLE WA 98119

Please see the end of statement message regarding important information about changes to your deposit accounts and services.

## Washington Mutual Internal Checking Detail Information

WAMU INVESTMENT CORP.    Account Number: 314-197470-4
Washington Mutual Bank, FA

### Account Summary

| | |
|---|---|
| Beginning Balance | $51,650,603.75 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +1,494,671.58 |
| Card Purchases/ATM Withdrawals | -0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| Ending Balance | $53,145,275.33 |

### Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 09/03 | 170,752.99 | BOOK TRANSFER CREDIT | |
| 09/11 | 167,386.65 | BOOK TRANSFER CREDIT | |
| 09/18 | 797,072.50 | BOOK TRANSFER CREDIT | |
| 09/18 | 398.65 | BOOK TRANSFER CREDIT | |
| 09/23 | 145,160.97 | BOOK TRANSFER CREDIT | |
| 09/23 | 37,500.00 | BOOK TRANSFER CREDIT | |
| 09/24 | 5,500.00 | BOOK TRANSFER CREDIT | |
| 09/30 | 170,899.82 | WIRE TRANSFER DEPOSIT | |
| 8 Items | $1,494,671.58 | | |

### Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $52,322,824.72 | Minimum Daily Ending Balance | $51,650,603.75 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 8 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

0 EM-S-B3

Deposits are FDIC Insured 



Your Overdraft Limit as of the statement end date: $1,000.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.

