# EXHIBIT C

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 03/01/09
Through: 03/31/09

WASHINGTON MUTUAL, INC
ATTN ERIK STROM
1301 2ND AVE W # WMC4201
SEATTLE WA 98119

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

# Washington Mutual Internal Checking Detail Information

| WASHINGTON MUTUAL, INC | Account Number: 181-252962-6 |
|---|---|
| ATTN ERIK STROM | Washington Mutual Bank, FA |

Amendment to Account Disclosures and Regulations, Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

## Account Summary

| | |
|---|---|
| Beginning Balance | $4,653.03 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +0.36 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$4,653.39** |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 03/16 | 0.36 | CORRECTING CREDIT | |
| 1 Item | $0.36 | | |

## Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $4,653.21 | Minimum Daily Ending Balance | $4,653.03 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 1 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

**WaMu** Deposit accounts now held by JPMorgan Chase Bank, N. A.

P.O. BOX 660022
DALLAS, TX 75266-0022

87977
0124

**This Statement Covers**
From: 03/01/09
Through: 03/31/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

WASHINGTON MUTUAL INC
ATTN: TREASURY ACCTG/LULU ST JOHN
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

## Washington Mutual Internal Checking Detail Information

**WASHINGTON MUTUAL INC** Account Number: 179-165066-7
**Washington Mutual Bank, FA**

Amendment to Account Disclosures and Regulations, Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

### Account Summary

| | |
|---|---|
| **Beginning Balance** | $261,496,464.57 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +20,060.00 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$261,516,524.57** |

### Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 03/16 | 20,060.00 | CORRECTING CREDIT | |
| *1 Item* | *$20,060.00* | | |

### Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $261,506,818.11 | Minimum Daily Ending Balance | $261,496,464.57 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 1 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*



CHASE O
WaMu·   Deposit accounts now held by JPMorgan Chase Bank, N. A.

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 03/01/09
Through: 03/31/09

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

WMI
1301 2ND AVE
SEATTLE WA 98101-2005

# Washington Mutual Internal Checking Detail Information

**WMI**   Account Number: 441-006423-4
Washington Mutual Bank, FA

Amendment to Account Disclosures and Regulations, Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

## Account Summary

| | |
|---|---:|
| **Beginning Balance** | $3,670,316,863.74 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +281,558.55 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | $3,670,598,422.29 |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 03/16 | 281,558.55 | CORRECTING CREDIT | |
| 1 Item | $281,558.55 | | |

## Account Activity Summary

| | | | |
|---|---:|---|---:|
| Average Collected Balance | $3,670,462,184.28 | Minimum Daily Ending Balance | $3,670,316,863.74 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 1 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $500.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)



Deposits are FDIC Insured    EQUAL HOUSING LENDER

 **WaMu** *Deposit accounts now held by JPMorgan Chase Bank, N.A.*  YOUR MONEY MARKET DEPOSIT ACCOUNT STATEMENT

P.O. BOX 660022
DALLAS, TX 75266-0022

87979
0124

**This Statement Covers**
From: 03/01/09
Through: 03/31/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

WASHINGTON MUTUAL INC
FBO WASHINGTON MUTUAL BANK FA
ROWENA LITTLE
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

## Your Money Market Deposit Account Detail Information

WASHINGTON MUTUAL INC  Account Number: 177-891120-6
FBO WASHINGTON MUTUAL BANK FA  Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $52,673,666.95 | Interest Earned | $447.37 |
| Checks Paid | $0.00 | Annual Percentage Yield Earned | 0.01% |
| Other Withdrawals | $0.00 | YTD Interest Paid | $3,824.06 |
| Deposits | +$447.37 | YTD Interest Withheld | $0.00 |
| Ending Balance | $52,674,114.32 | | |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 03/31 | Interest Payment | | $447.37 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
  Overdraft charges  $0.00
  Non-Sufficient Funds charges  $0.00

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*
As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $33.00 per transaction.


**WaMu** *Deposit accounts now held by JPMorgan Chase Bank, N.A.*

P.O. BOX 660022
DALLAS, TX 75266-0022

Z3979
UPGR

**This Statement Covers**
From: 03/01/09
Through: 03/31/09

WASHINGTON MUTUAL INC
TO INDEMNITY FOR 3/1/2006
LBMC TRANSFER
ATTN TREASURY ACCOUNTING LULU ST JOHN
1301 2ND AVE W # WMC1409
SEATTLE WA 98119

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

## Washington Mutual Internal Checking Detail Information

**WASHINGTON MUTUAL INC**    **Account Number: 314-197966-3**
**TO INDEMNITY FOR 3/1/2006**    **Washington Mutual Bank, FA**
**LBMC TRANSFER**

Amendment to Account Disclosures and Regulations, Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

### Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$748,250.31** |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +57.40 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$748,307.71** |

### Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 03/16 | 57.40 | CORRECTING CREDIT | |
| 1 Item | $57.40 | | |

### Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $748,279.93 | Minimum Daily Ending Balance | $748,250.31 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 1 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
Please note that this may be changed at any time without notice. (View back of statement for more information.)



**WaMu**  *Deposit accounts now held by JPMorgan Chase Bank, N.A.*

P.O. BOX 660022
DALLAS, TX 75266-0022

Z3969
UPGR

**This Statement Covers**
From: 03/01/09
Through: 03/31/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

WAMU INVESTMENT CORP.
1301 2ND AVE W # WMC1409
SEATTLE WA 98119

# Washington Mutual Internal Checking Detail Information

**WAMU INVESTMENT CORP.**  **Account Number: 314-197470-4**
**Washington Mutual Bank, FA**

Amendment to Account Disclosures and Regulations, Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

## Account Summary

| | |
|---|---:|
| **Beginning Balance** | $53,520,840.08 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +4,105.71 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$53,524,945.79** |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---|---|---|
| 03/16 | 4,105.71 | CORRECTING CREDIT | |
| 1 Item | $4,105.71 | | |

## Account Activity Summary

| | | | |
|---|---|---|---|
| Average Collected Balance | $53,522,959.15 | Minimum Daily Ending Balance | $53,520,840.08 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 1 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

