# EXHIBIT D

# Washington Mutual
Back Office Branch/Monetary Posting Unit (BOB)

## New Account Request Form

| Date: | 09/19/2008 | Prepared by: | Yolanda Noblezada - U930338 |
| --- | --- | --- | --- |
| Approved By | | Pat Schultz | EID u176635 |

### New Account Information

| Company: circle one | Cost Center# | Tax Link Code |
| --- | --- | --- |
| 1  2  3  (40) | 9909 | 40 |

| TIN/EIN | Product Code | Owner/Sub Owner Code |
| --- | --- | --- |
| 91-165372-5 | B3* | 02/05 |

*recommended for all Corp accts.

| Account Title 1 - 4 | Relationship Code 1-4 |
| --- | --- |
| 1) WMI | ONR |
| 2) | |
| 3) | |
| 4) | |

| Address: | 1301 Second Avenue WMC 1411 | | |
| --- | --- | --- | --- |
| City: | Seattle | State: | WA 98101 |

| Cycle Date | | New Account # | 441 - 00 6421-8 |
| --- | --- | --- | --- |
| Date Opened | | Opened by (BOB employee) | |

**Corporate Information:**

Account Type: ON
- CA — Loss Drafts
- CML — Commercial Loans
- INS — Insurance Drafts
- LN — Investor/Custodial Accounts
- ON — On Us
- PF — Public Funds

Reconciliation Method: 1
- 0 — None
- 1 — Manual
- 2 — Actual/Actual
- 3 — Scheduled/Actual
- 4 — Scheduled/Scheduled
- 5 — Recon+/Frontier
- 8 — BREC

If related to GL Triple:
Related GL Co: _____ 504
Related GL Account: _____
Related GL RC: _____

Account Owner: ____ Lulu St. John - u126280    Phone # 206 302-4232
Reconciliation Manager: ____ Lulu St John - u126280    Phone # 206-302-4232
Purpose of Account: ____ Master note elimination
Checks Issued :    Yes  or  No

### Special Instructions (Waive fees, Corresponding Loan number, etc.)

| | Issue Reg D letter & mail MAA to customer. | | | |
| --- | --- | --- | --- | --- |
| | Close account # | as of | | transfer balance to new account |
| | Return receipt and Maa to Preparer | | | |
| | Other | | | |

### New Account Opening Deposit

| Debit GL | 52915 | Amount | $ | -01 | Cost Ctr | 9347 |
| --- | --- | --- | --- | --- | --- | --- |
| Description/Doc # | | | | | | |

Fax completed form to (209) 460-7043 or interoffice to BOB, Mail Stop STA5FCR
Must also complete and remit the Designation of Signers form

# Washington Mutual
### Back Office Branch/Monetary Posting Unit (BOB)
## New Account Request Form

| Date: | 09/19/2008 | Prepared by: | Yolanda Noblezada - U930338 |
|---|---|---|---|
| Approved By | | Tim Smalley | EID 622015 |

### New Account Information

| Company: circle one | Cost Center # | Tax Link Code |
|---|---|---|
| 1  2  3  **40** | 470  9911 | 40 |

| TIN/EIN | Product Code | Owner/Sub Owner Code |
|---|---|---|
| 91-165372-5 | B3* | 02/05 |

*recommended for all Corp accts.

| Account Title 1 - 4 | Relationship Code 1-4 |
|---|---|
| 1) WMI | ONR |
| 2) | |
| 3) | |
| 4) | |

| Address: | 1301 Second Avenue WMC 1411 | | |
|---|---|---|---|
| City: | Seattle | State: | WA 98101 |

| Cycle Date | | New Account # | 441-000006423-4 |
|---|---|---|---|
| Date Opened | | Opened by (BOB employee) | |

**Corporate Information:**

Account Type: ON          Reconciliation Method: ___ 1
CA   – Loss Drafts              0 – None               If related to GL Triple:
CML  – Commercial Loans         1 – Manual             Related GL Co: _____  504
INS  – Insurance Drafts         2 – Actual/Actual      Related GL Account: _____
LN   – Investor/Custodial Accounts  3 – Scheduled/Actual   Related GL RC: _____
ON   – On Us                    4 – Scheduled/Scheduled
PF   – Public Funds             5 – Recon+/Frontier
                                8 – BREC

Account Owner: ____ Lulu St. John - u126280       Phone #    206 302-4232
Reconciliation Manager: ____ Lulu St John - u126280   Phone #   206-302-4232
Purpose of Account: ___ Master note elimination
Checks Issued :          Yes       or       No

### Special Instructions (Waive fees, Corresponding Loan number, etc.)

| | Issue Reg D letter & mail MAA to customer. | | | |
|---|---|---|---|---|
| | Close account # | as of | | transfer balance to new account |
| | Return receipt and Maa to Preparer | | | |
| | Other | | | |

### New Account Opening Deposit

| Debit GL | 52915 | Amount | $ 3,674,000,000.00 | Cost Ctr | 9347 |
|---|---|---|---|---|---|
| Description/Doc # | | | | | |

Fax completed form to (209) 460-7043 or interoffice to BOB, Mail Stop STA5FCR
Must also complete and remit the Designation of Signers form

40/35045-9911