# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x
In re                                             :
                                                  :   Chapter 11
WASHINGTON MUTUAL, INC., et al.,[1]               :
                                                  :   Case No. 08-12229 (MFW)
                        Debtors.                  :
                                                  :   Jointly Administered
------------------------------------------------- x
WASHINGTON MUTUAL, INC. AND                       :
WMI INVESTMENT CORP.,                             :
                                                  :   Adversary Proceeding No. _____
                        Plaintiffs,               :
                                                  :
         v.                                       :
                                                  :
JPMORGAN CHASE BANK, NATIONAL                     :
ASSOCIATION,                                      :
                                                  :
                        Defendant.                :
------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

Copies of the Summons and Complaint were served today by first class mail, postage prepaid, addressed as follows:

Adam G. Landis
Matthew B. McGuire
c/o JPMorgan Chase, N.A.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Bruce E. Clark
Robert A. Sacks
David H. Braff
Hydee R. Feldstein
Stacey R. Friedman
Sullivan & Cromwell LLP

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

125 Broad Street
New York, New York 10004

Joseph J. McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Dated: April 27, 2009        **ELLIOTT GREENLEAF**
         Wilmington, Delaware

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

*Proposed Delaware Special Litigation and
Conflicts Counsel to the Plaintiffs*