IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
*In re*                                                 :
                                                        : Chapter 11
WASHINGTON MUTUAL, INC., *et al.*,[1]                   :
                                                        : Case No. 08-12229 (MFW)
                    Debtors.                            :
                                                        : Jointly Administered
------------------------------------------------------- x
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                    Plaintiffs,                         : Adversary Proceeding No. _____
                                                        :
        v.                                              :
                                                        :
JPMORGAN CHASE BANK, NATIONAL                           :
ASSOCIATION,                                            :
                                                        :
                    Defendant.                          :
------------------------------------------------------- x

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

>   Address of Clerk:   **824 Market Street**
>                       **3rd Floor**
>                       **Wilmington, DE 19801**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)    Peter E. Calamari
Neil R. Lapinski (No. 3645)                       Michael B. Carlinsky
Elliott Greenleaf                                 Susheel Kirpalani
1105 North Market Street, 17th Floor              David Elsberg
Wilmington, DE 19801                              Quinn Emanuel Urquhart Oliver & Hedges LLP
Telephone: 302-384-9400                           51 Madison Avenue
Facsimile: 302-384-9399                           New York, New York 10010
                                                  Telephone: (212) 849-7000
                                                  Facsimile: (212) 849-7100

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| Address | **United States Bankruptcy Court**<br>**For the District of Delaware**<br>**824 Market Street, 5th Floor**<br>**Wilmington, DE 19801** | Date and Time: |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
  Court for the District
    of Delaware

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date: April 27, 2009