UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

————————————————————x
                                            :
*In re*                                     :    Chapter 11
                                            :
WASHINGTON MUTUAL, INC., *et al.*           :    Case No. 08-12229 (MFW)
                                            :
                          Debtors[1]        :    Jointly Administered
                                            :
                                            :
————————————————————:
                                            :
WASHINGTON MUTUAL, INC. AND                 :
WMI INVESTMENT CORP.,                       :    Adv. Pro. No. 09-50934 (MFW)
                                            :
                          Plaintiffs,       :
                                            :    **Oral Argument Requested**
            v.                              :
                                            :
JPMORGAN CHASE BANK,                        :
NATIONAL ASSOCIATION                        :
                                            :
                          Defendant.        :
                                            :
————————————————————x

## MOTION OF DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO DISMISS ADVERSARY PROCEEDING

Defendant JPMorgan Chase Bank, National Association ("JPMC"), by

and through its undersigned counsel, hereby moves this Court, pursuant to Federal

Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012 for

---

[1]     The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are : (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

an order, in the form attached hereto as Exhibit A, dismissing plaintiffs Washington

Mutual, Inc.'s and WMI Investment Corp.'s Complaint for Turnover of Estate

Property, or, in the alternative, consolidating this adversary proceeding with JPMC's

earlier-filed adversary proceeding pending before this Court, *JPMorgan Chase Bank,*

*National Association* v. *Washington Mutual, Inc., et al.*, Adversary Proceeding No.

09-50551 (MFW) (Bankr. D. Del.) for the reasons set forth in the accompanying

Opening Brief of Defendant JPMorgan Chase Bank, National Association in Support

of its Motion to Dismiss.

Dated: May 13, 2009  
       Wilmington, Delaware

Respectfully submitted,

Adam G. Landis (I.D. 3407)  
Matthew B. McGuire (I.D. 4366)  
LANDIS RATH & COBB LLP  
919 Market Street Suite 1800  
Wilmington, DE 19899  
Tel: (302) 467-4400  
Fax: (302) 467-4450  
landis@lrclaw.com  
mcguire@lrclaw.com

– and –

Robert A. Sacks  
Hydee R. Feldstein  
SULLIVAN & CROMWELL LLP  
1888 Century Park East  
Los Angeles, California 90067  
Tel: (310) 712-6600  
Fax : (310) 712-8800  
sacksr@sullcrom.com  
feldsteinh@sullcrom.com

Bruce E. Clark  
David H. Braff  
Stacey R. Friedman  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004  
Tel : (212) 558-4000  
Fax (212) 558-3588

clarkb@sullcrom.com
braffd@sullcrom.com
friedmans@sullcrom.com

*Counsel for JPMorgan Chase Bank,*
*National Association*