IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

WASHINGTON MUTUAL, INC., *et al.*[1]

Debtors.

---

WASHINGTON MUTUAL, INC. AND
WMI INVESTMENT CORP.,

Plaintiffs,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

Defendant.

---

Chapter 11

Case No. 08-12229 (MFW)

Jointly Administered

Adv. Proc. No. 09-50934

**Oral Argument Requested**

## MOTION OF PLAINTIFFS WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP. FOR SUMMARY JUDGMENT

Plaintiffs Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment," and with WMI, "Plaintiffs" or "Debtors"), by and through undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).

Bankruptcy Procedure 7056 for an Order, in the form attached hereto as <u>Exhibit A</u>, granting Summary Judgment in this Adversary Proceeding in favor of the Plaintiffs.

Dated: May 19, 2009
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
E-mail: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Proposed Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp*