# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | Adv. Pro. No. 09-50934 (MFW) |
| Plaintiffs, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

## MOTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, TO INTERVENE

The Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), hereby moves (the "Motion") to intervene as a defendant in this adversary proceeding for the limited purpose of moving to stay proceedings in this action until judgment has been entered in a prior filed action involving substantially similar issues that is pending in the U.S. District Court for the District of Columbia, *Washington Mutual, Inc. v. F.D.I.C.*, No. 1:09-cv-0533 (RMC) (D.D.C.).[2]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] In accordance with Federal Rule of Civil Procedure 24(c), as incorporated by Bankruptcy Rule 7024, a copy of the proposed motion to stay, or in the alternative, to dismiss this adversary

The grounds for this Motion are set forth in detail in the *Memorandum of Law in Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver, to Intervene*, filed concurrently herewith.

WHEREFORE, the FDIC-Receiver request entry of an order, substantially in the form attached hereto as Exhibit B, granting the relief sought herein and such other and further relief as is just.

Date: Wilmington, Delaware
June 1, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

- and -
Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for the FDIC-Receiver

---

proceeding for lack of subject matter jurisdiction or failure to state a claim upon which relief can be granted (the "Motion to Stay or Dismiss") is attached hereto as Exhibit A.