**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| WASHINGTON MUTUAL, INC., et al.,[1] | : | Case No. 08-12229 (MFW) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | : | |
|  | : | Adv. Pro. No. 09-50934 (MFW) |
|  | : |  |
| Plaintiffs, | : |  |
|  | : | **Ref. Docket No. 27** |
| v. | : |  |
|  | : |  |
| JPMORGAN CHASE BANK, N.A., | : |  |
|  | : |  |
| Defendant. | : |  |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 27

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the **Motion of Federal Deposit Insurance Corporation, as Receiver, to Intervene** [Docket No. 27] filed on June 1, 2009. A corrected copy of the Motion is filed as Docket No. 29.

Date:  Wilmington, Delaware
      June 1, 2009

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

      /s/ Jaime N. Luton
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

- and -

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington  98101.

Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

Attorneys for the FDIC-Receiver