IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
:
*In re:*                                                  :    Chapter 11
                                                          :
WASHINGTON MUTUAL, INC., et al.,[1]                       :    Case No. 08-12229 (MFW)
                                                          :
                                                          :    (Jointly Administered)
**Debtors.**                                              :
                                                          :
----------------------------------------------------------x
                                                          :
WASHINGTON MUTUAL, INC. AND                               :
WMI INVESTMENT CORP.,                                     :    Adv. Pro. No. 09-50934 (MFW)
                                                          :
**Plaintiffs,**                                           :
                                                          :
v.                                                        :
                                                          :    Re: 31460
JPMORGAN CHASE BANK, N.A.,                                :
                                                          :
**Defendant.**                                            :
----------------------------------------------------------x

**ORDER DENYING (A) MOTION OF DEFENDANT
JPMORGAN CHASE BANK, N.A. TO STAY
AND (B) MOTION OF INTERVENOR-DEFENDANT
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER, TO STAY OR DISMISS ADVERSARY PROCEEDING**

Upon (a) the motion, dated June 1, 2009 (the "JPMC Motion") [Docket No. 31], of JPMorgan Chase Bank, National Association ("JPMorgan") for an order staying, in the event it is not dismissed in its entirety, the above-captioned adversary proceeding (the "Adversary Proceeding") commenced by Washington Mutual, Inc. and WMI Investment Corp. (collectively, the "Debtors"), and (b) the motion of intervenor-defendant Federal Deposit

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver") to stay, or in the alternative, dismiss the Adversary Proceeding [Docket Entry No. 29, Exhibit A] (the "FDIC-R Motion", and together with the JPMC Motion, the "Motions"), all as more fully set forth in the Motions; and the Washington Mutual, Inc. Noteholders Group [Docket No. 38] and the Debtors [Docket No. 39] having each filed an opposition to the Motion on June 15, 2009; and a joinder in the Debtors' opposition having been filed by the Official Committee of Unsecured Creditors on June 15, 2009 [Docket No. 40] (collectively, the "Opposition Papers"); and the Court having jurisdiction to consider the Motions, the Opposition Papers, and all related filings in connection therewith and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having granted by separate Order the motion of the FDIC-Receiver to intervene in the Adversary Proceeding; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 to consider the Motions; and due and proper notice of the Motions and the Opposition Papers having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held before the Court with respect to the Motions, the Opposition Papers, and related filings on June 24, 2009 (the "Hearing"); and upon the record of the Hearing and for the reasons set forth on the record of the Hearing, it is hereby

    ORDERED that the Motions and the relief requested therein are denied in their entirety; and

ORDERED that this Order having resolved all matters for which the intervention of the FDIC-Receiver in this Adversary Proceeding was granted, no further pleading or response shall be required from the FDIC-Receiver in this Adversary Proceeding.

Dated: Wilmington, Delaware
_____, 2009

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE