UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : | Case No. 08-12229 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : | Adversary Proceeding No. 09-50934 (MFW) |
| | : | |
| Plaintiffs and Counterclaim Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | |
| | : | |
| Defendant and Counterclaimant. | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | |
| | : | |
| Cross-Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson, Nevada, | : | |
| | : | |
| Cross-Claim Defendant. | : | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

# MOTION OF DEFENDANT JPMORGAN CHASE BANK, N.A. TO STRIKE AFFIDAVIT OF DOREEN LOGAN

Defendant JPMorgan Chase Bank, National Association ("JPMC"), by and through its undersigned counsel, hereby moves this Court for an order, in the form attached hereto as Exhibit A, striking the affidavit of Doreen Logan submitted in support of Debtors Washington Mutual, Inc. and WMI Investment Corp.'s Motion for Summary Judgment for the reasons set forth in the accompanying Opening Brief of Defendant JPMC in Support of its Motion to Strike Affidavit of Doreen Logan.

Dated: July 24, 2009
       Wilmington, Delaware

Respectfully submitted,

__/s/ Matthew B. McGuire_____
Adam G. Landis (I.D. 3407)
Matthew B. McGuire (I.D. 4366)
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, DE 19899
Tel: (302) 467-4400
Fax: (302) 467-4450
landis@lrclaw.com
mcguire@lrclaw.com

– and –

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel: (310) 712-6600
Fax: (310) 712-8800
sacksr@sullcrom.com
feldsteinh@sullcrom.com

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
clarkb@sullcrom.com
friedmans@sullcrom.com

*Counsel for JPMorgan Chase Bank,
National Association*

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., *et al.*,[2] | : | Case No. 08-12229 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---

| | | |
|---|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : | |
| | : | Adversary Proceeding No. 09-50934(MFW) |
| Plaintiffs and Counterclaim Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | |
| | : | |
| Defendant and Counterclaimants. | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | |
| Cross-Claimant, | : | |
| v. | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION. | : | |
| Cross-Claimant Defendant. | : | |

---

[2] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

# ORDER GRANTING MOTION OF DEFENDANT JPMORGAN CHASE, N.A. TO STRIKE AFFIDAVIT OF DOREEN LOGAN

Upon consideration of the Motion, dated July 24, 2009, of Defendant JPMorgan Bank, N.A. ("JPMC") to Strike the Affidavit of Doreen Logan submitted by Debtors Washington Mutual, Inc. and WMI Investment Corp. in support of their Motion for Summary Judgment; it is hereby

ORDERED that JPMC's Motion to Strike is GRANTED; and it is further

ORDERED that the Affidavit of Doreen Logan, including the Exhibits thereto, is hereby STRICKEN.

SO ORDERED this ___ day of _____, 2009

                                                    _____
                                                    Honorable Mary F. Walrath
                                                    United States Bankruptcy Court