UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __09-50934__    ◯ BK    ⦿ AP

   If AP, related BK Case Number: __08-12229__

Title of Order Appealed:
__Order Denying Motion to Stay or Dismiss Adversary__

     Docket Number: __62 & 64__      Date Entered: __7/6/2009__

Item Transmitted:   ⦿ Notice of Appeal      ◯ Motion for Leave to Appeal
               ◯ Amended Notice of Appeal    ◯ Cross Appeal
          Docket Number: __72 & 76__    Date Filed: __7/10/09__

*Appellant/Cross Appellant:            *Appellee/Cross Appellee

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| B. Cleary, R. Brady, J. Luton | Sullivan & Comwell, 1888 Century Park E |
| Young Conaway Stargatt & Taylor LLP | Los Angeles, CA 90067 |
| The Brandywine Bldg. | A. Landis, M. McGuire,Landis,Rath&Cobb |
| 1000 West St., 17th floor | 919 N. Market St., Suite 1800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?   ⦿ Yes   ◯ No

IFP Motion Filed by Appellant?   ◯ Yes   ⦿ No

Have Additional Appeals to the Same Order been Filed?   ⦿ Yes   ◯ No
     If so, has District Court assigned a Civil Action Number?   ◯ Yes   ⦿ No   Civil Action # _____

Additional Notes:

_____

__8/17/2009__                          By: __M. E. Behornar__
Date                                  Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __BAP-09-60 & 64__
7/6/06