# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
WASHINGTON MUTUAL, INC., et al.,[1]            :    Case No. 08-12229 (MFW)
                                               :
                          Debtors.             :
--------------------------------------------------------x
WASHINGTON MUTUAL, INC. AND                    :
WMI INVESTMENT CORP.,                          :
                                               :
                          Plaintiffs,          :    Adversary No. 09-50934 (MFW)
                                               :
         v.                                    :
                                               :
JPMORGAN CHASE BANK, NATIONAL                  :
ASSOCIATION,                                   :
                                               :
                          Defendant,           :
                                               :
         and                                   :
                                               :
FEDERAL DEPOSIT INSURANCE                      :
CORPORATION,                                   :
                                               :
                Intervenor-Defendant. :             Re: Docket Nos. 14 & 98
--------------------------------------------------------x
```

## STIPULATION TO EXTEND TIME FOR SUMMARY JUDGMENT BRIEFING AND RESPONSE TO MOTION TO STRIKE AFFIDAVIT OF DOREEN LOGAN

WHEREAS, on April 27, 2009, plaintiffs Washington Mutual, Inc. and WMI Investment Corp. (the "Plaintiffs") filed the above-captioned adversary proceeding against JPMorgan Chase Bank, National Association ("JPMC");

---

[1]     The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).

WHEREAS, on May 19, 2009, the Plaintiffs filed the Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment (the "Motion for Summary Judgment") (Docket No. 14) in the above-captioned adversary proceeding;

WHEREAS, during the hearing on June 24, 2009, the Court instructed the parties to agree upon a briefing schedule for the Motion for Summary Judgment;

WHEREAS, counsel to Plaintiffs and defendant JPMC conferred and agreed upon a briefing schedule for the Motion for Summary Judgment and memorialized such agreement in that certain Stipulation, dated July 9, 2009 (Docket No. 71);

WHEREAS, on July 24, 2009, JPMC filed the Motion of Defendant JPMorgan Chase Bank, N.A. to Strike Affidavit of Doreen Logan (the "Motion to Strike") (Docket No. 98);

WHEREAS, on July 24, 2009, JPMC filed the Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment (the "Opposition") (Docket No. 102);

WHEREAS, the Plaintiffs and JPMC conferred and agreed upon extending the time to reply in support of the Motion for Summary Judgment and to memorialize such agreement in that certain Stipulation, dated July 31, 2009 (Docket No. 114);

WHEREAS, the Plaintiffs and JPMC conferred and agreed upon a briefing schedule for the Motion to Strike and to memorialize such agreement in that certain Stipulation, dated August 7, 2009 (Docket No. 118);

WHEREAS, the Plaintiffs and JPMC further conferred and agreed to conduct the deposition of Doreen Logan, affiant in support of the Motion for Summary Judgment, on or about August 25 through 26, 2009 in New York, NY;

NOW THEREFORE, in furtherance of the Court's instructions, the parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

1.     Any supplemental response to the Motion for Summary Judgment by JPMC shall be filed by September 11, 2009.

2.     The Debtors' reply to any such response, to the Opposition, and to any other opposition briefs shall be filed by September 18, 2009.

3.     If the Motion to Strike is not withdrawn subsequent to the deposition of Doreen Logan, any response to the Motion to Strike shall be filed by September 18, 2009.

*(Remainder of page intentionally left blank)*

Dated: August 17, 2009

_____
Rafael X. Zahralddin-Aravena (No. 4166)
Neil R. Lapinski (No. 3645)
Shelley A. Kinsella (No. 4023)
**ELLIOTT GREENLEAF**
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 354-9400
Facsimile: (302) 384-9399

-and-

Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation and Conflicts
Co-Counsel for Washington Mutual, Inc.
and WMI Investment Corp.*

Dated: August 17, 2009

_____ /s/ Matthew B. McGuire _____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for JPMorgan
Chase Bank, National Association*

Dated:  August 17, 2009

_____/s/ David B. Stratton_____
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
**PEPPER HAMILTON, LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

-and-

Laurence Z. Shiekman
Elizabeth S. Campbell
**PEPPER HAMILTON, LLP**
3000 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania  19103
Telephone:  (215) 981-4000
Facsimile:  (215) 981-4750

-and-

Fred S. Hodara
Robert A. Johnson
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Attorneys for the Official Committee of Unsecured*
*Creditors of Washington Mutual, Inc., et al.*