IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------x
In re                                                    :   Chapter 11
                                                         :
WASHINGTON MUTUAL, INC., et al.,[1]                      :   Case No. 08-12229 (MFW)
                                                         :
                                      Debtors.           :
---------------------------------------------------------x
WASHINGTON MUTUAL, INC. AND                              :
WMI INVESTMENT CORP.,                                    :
                                                         :
                                      Plaintiffs,        :   Adversary No. 09-50934 (MFW)
                                                         :
                  v.                                     :
                                                         :
JPMORGAN CHASE BANK, NATIONAL                            :
ASSOCIATION,                                             :
                                                         :
                                      Defendant,         :
                                                         :
         and                                             :
                                                         :
FEDERAL DEPOSIT INSURANCE                                :
CORPORATION,                                             :
                                                         :
                       Intervenor-Defendant.:                Re: Docket No. 107
---------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL
## OF DEBTORS' MOTION TO DISMISS COUNTERCLAIMS

WHEREAS, on July 6, 2009, Defendant JPMorgan Chase Bank, N.A. ("JPMC") filed Answer and Counterclaims/Cross-Claim of JPMorgan Chase Bank, National Association (Docket No. 66) in the above-captioned adversary proceeding;

WHEREAS, on July 27, 2009, Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. (the "Debtors") filed Debtors' Motion to Dismiss Counterclaims of JPMorgan Chase Bank,

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).

N.A. (the "Motion to Dismiss") (Docket No. 107);

WHEREAS, on August 10, 2009, JPMC filed Answering Brief of Defendant JPMorgan Chase Bank, N.A. to Debtors' Motion to Dismiss Counterclaims (Docket No. 120) and Answer and Amended Counterclaims/Cross-Claim of JPMorgan Chase Bank, National Association (the "Amended Counterclaims") (Docket No. 121);

NOW THEREFORE, in light of JPMC's Amended Counterclaims, the Debtors hereby withdraw, without prejudice, their Motion to Dismiss JPMC's Counterclaims, and reserve their right to file a motion and/or answer directed at JPMC's Amended Counterclaims.

Dated: August 17, 2009
Wilmington, Delaware

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*