UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Case Number: __09-50934__   ○ BK   ◉ AP
If AP, related BK Case Number: __08-12229__

Title of Order Appealed:
Order Denying Motion of to Stay or Dismiss
Docket Number: __62 & 64__   Date Entered: __7/6/2009__

Item Transmitted:   ◉ Notice of Appeal           ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal   ○ Cross Appeal
Docket Number: __76__   Date Filed: __7/10/09__

*Appellant/Cross Appellant:               *Appellee/Cross Appellee

Counsel for Appellant:                    Counsel for Appellee:
Adam Landis                               B. Cleary
Landis Rath & Cobb LLP                    YCST
919 Market St Suite 1800                  The Brandywine Bldg
Wilmington, DE 19899                      1000 West St, 17th Floor
                                          1Wilmington, DE 19801

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ◉ Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ◉ No

Have Additional Appeals to the Same Order been Filed?  ◉ Yes  ○ No
    If so, has District Court assigned a Civil Action Number?  ○ Yes  ◉ No  Civil Action # _____

Additional Notes:
_____

__8/18/2009__                             By: __M. E. Behornar__
Date                                          Deputy Clerk

                                          FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __BAP-09-64__
7/6/06