IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |
| | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : Adversary Proceeding No. 09-50934 (MFW) |
| | : Related to Dkt. No. 82 |
| *Plaintiffs and Counterclaim Defendants,* | |
| v. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| *Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff,* | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver, | |
| *Cross-claim Defendant,* | |
| - and - | |
| BANK BONDHOLDERS, | |
| *Applicants to Intervene.* | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

| | : | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : : : | Adversary Proceeding No. 09-50551 (MFW) |
| *Plaintiff and Counterclaim Defendant,* | : : : | Related to Dkt. No. 83 |
| v. | : : | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : : : : | |
| *Defendants for all claims and Counterclaim Plaintiff,* | : : : | |
| - and - | : : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : : : : | |
| *Additional Defendant for Interpleader Claim,* | : : : | |
| - and - | : : | |
| BANK BONDHOLDERS, | : : | |
| *Applicants to Intervene for Interpleader Claim.* | : : | Hearing Date: August 24, 2009 at 11:30 a.m. |

## NOTICE OF SCHEDULING OF
## ORAL ARGUMENT WITH RESPECT TO BANK BONDHOLDERS' MOTION TO INTERVENE IN PENDING ADVERSARY PROCEEDINGS

NOTICE IS HEREBY GIVEN that the Court has scheduled an oral argument on the *Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings* for **August 24, 2009 at 11:30 a.m.**

Dated: August 18, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*James O'Neill (BAR 4042)*
Laura Davis Jones
Alan Kornfeld
Timothy P. Cairns
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400


Philip D. Anker
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Russell J. Bruemmer
Gianna Ravenscroft
Nancy L. Manzer
Lisa Ewart
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363