# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | Case No. 08-12229 (MFW) |
| Debtors | Jointly Administered |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| Plaintiffs and Counterclaim Defendants | Adv. Pro. No. 09-50934 (MFW) |
| v. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendant and Counterclaimant. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Cross-Claimant, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson Nevada, | |
| Cross-Claim Defendant. | |

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

## NOTICE OF DEPOSITION OF DOREEN LOGAN

**PLEASE TAKE NOTICE** that, pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates by reference Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), and Bankruptcy Rule 9014, JPMorgan Chase Bank, National Association ("JPMC"), by and through its undersigned counsel, will take the deposition of **Doreen Logan** on August 26, 2009, commencing at 9:30 a.m. at the offices of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004.

The deposition will be taken before a notary public or some other officer authorized to administer oaths and take testimony, and will be used for all lawful purposes.

The deposition will continue thereafter from day to day until completed. The deposition will be recorded by stenographic means and/or by video.

Dated: August 24, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile : (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for JPMorgan Chase Bank,
National Association*