# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] <br>       Debtors. | : Case No. 08-12229 (MFW) <br> : Jointly Administered |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br>     *Plaintiffs and Counter Defendants,* <br><br> - and - <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br>     *Intervenor Plaintiff,* <br><br> v. <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br>     *Defendant, Counterclaimant and Cross-claimant,* <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver, <br>     *Cross Defendant,* <br><br> - and - <br><br> BANK BONDHOLDERS, <br>     *Applicants to Intervene.* | : Adversary Proceeding No. 09-50934 (MFW) <br> : Related Docket No. 82 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>    *Plaintiff and Counter Defendant,*<br><br>v.<br><br>WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>    *Defendants for all claims and Counterclaimants,*<br><br>- and -<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>    *Additional Defendant for Interpleader Claim,*<br><br>- and -<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>    *Intervenor Counter Plaintiff,*<br><br>- and -<br><br>BANK BONDHOLDERS,<br>    *Applicants to Intervene for Interpleader Claim.* | Adversary Proceeding No. 09-50551 (MFW)<br><br>Related Docket No. 83 |

**CERTIFICATION OF COUNSEL REGARDING THE ORDER GRANTING BANK BONDHOLDERS' MOTION TO INTERVENE IN PENDING ADVERSARY PROCEEDINGS**

2

The undersigned hereby certifies that:

1. On July 15, 2009, the *Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings* [Adversary Docket No. 83] (the "Motion") and *Memorandum of Law in Support of Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings* [Adversary Docket No. 84] were filed.

2. On August 24, 2009 at 11:30 a.m., oral argument on the Motion was heard. After considering the Motion, the objections thereto, and the arguments of counsel, this Court granted the Motion.

3. The proposed form of order has been circulated to counsel for all parties objecting to the Motion and no objections to the form of the order have been received.

*[Remainder of Page Intentionally Left Blank]*

Accordingly, the undersigned requests that the proposed form of order reflecting this ruling, attached hereto as Exhibit A, be entered at the Court's earliest convenience.

Dated: August 27, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones
Alan Kornfeld
Timothy P. Cairns
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400


Philip D. Anker
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Russell J. Bruemmer
Gianna Ravenscroft
Nancy L. Manzer
Lisa Ewart
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[2] <br> *Debtors.* | : Case No. 08-12229 (MFW) <br> : Jointly Administered |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br> *Plaintiffs and Counter Defendants,* <br> - and - <br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br> *Intervenor Plaintiff,* <br> v. <br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br> *Defendant, Counterclaimant and Cross-claimant,* <br> v. <br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver, <br> *Cross Defendant,* <br> - and - <br> BANK BONDHOLDERS, <br> *Applicants to Intervene.* | : Adversary Proceeding No. 09-50934 (MFW) <br> : Related Docket No. 82 |

---

[2] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

| | : | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : : | Adversary Proceeding No. 09-50551 (MFW) |
| *Plaintiff and Counter Defendant,* | : : | Related Docket No. 83 |
| v. | : : | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : : | |
| *Defendants for all claims and Counterclaimants,* | : : : | |
| - and - | : : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : : : | |
| *Additional Defendant for Interpleader Claim,* | : : : | |
| - and - | : : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : : : : | |
| *Intervenor Counter Plaintiff,* | : : | |
| - and - | : : | |
| BANK BONDHOLDERS, | : | |
| *Applicants to Intervene for Interpleader Claim.* | : : | |

## ORDER GRANTING BANK BONDHOLDERS' MOTION
## TO INTERVENE IN PENDING ADVERSARY PROCEEDINGS

Upon consideration of the *Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings*, dated July 15, 2009 (the "Motion"), the oppositions thereto, and the arguments of counsel, and for the reasons stated on the record at the hearing on the Motion held on August 24,

2

2009, pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure as incorporated by Federal Rule of Bankruptcy Procedure 7024; it is hereby:

ORDERED that the Motion is GRANTED.

Dated: _____, 2009

                                                       The Honorable Mary F. Walrath
                                                       United States Bankruptcy Judge

3

DOCS_DE:152500.1