# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>               Debtors | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br><br>               Plaintiffs and<br>               Counterclaim Defendants,<br><br>        v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>               Defendant and<br>               Counterclaimant. | Adv. Pro. No. 09-50934 (MFW)<br><br>**Ref. No. 98** |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>               Cross-Claimant,<br><br>        v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson Nevada,<br><br>               Cross-Claim Defendant. | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0002800.}

# NOTICE OF WITHDRAWAL OF MOTION OF DEFENDANT JPMORGAN CHASE BANK, N.A. TO STRIKE AFFIDAVIT OF DOREEN LOGAN

*PLEASE TAKE NOTICE* that JPMorgan Chase Bank, National Association ("JPMC"), by and through its undersigned counsel, hereby withdraws the **Motion of Defendant JPMorgan Chase Bank, N.A. to Strike Affidavit of Doreen Logan**, filed on July 24, 2009 by JPMC at Docket No. 98, without prejudice.

Dated: September 11, 2009
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile : (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for JPMorgan
Chase Bank, National Association*