# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x

*In re*                    :     Chapter 11

WASHINGTON MUTUAL, INC., *et al.*,[1]    :     Case No. 08-12229 (MFW)
      *Debtors.*              :

                              :     Jointly Administered

------------------------------------------------------------ x

JPMORGAN CHASE BANK, NATIONAL    :
ASSOCIATION,                  :

      *Plaintiff,*              :

         v.                 :

WASHINGTON MUTUAL, INC. AND WMI    :     Adversary Proceeding No. 09-50551
INVESTMENT CORP.,           :     (MFW)

      *Defendants for all claims,*     :

         -and-             :

FEDERAL DEPOSIT INSURANCE      :
CORPORATION,              :

      *Additional Defendant*      :
      *for Interpleader Claim.*     :

------------------------------------------------------------ x

     (Caption continued on next page)

---

[1]     Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

```
------------------------------------------------------  x
                                                         :
WASHINGTON MUTUAL, INC. AND WMI                          :
INVESTMENT CORP.,                                        :
                                                         :
        Plaintiffs and Counterclaim Defendants,          :
                                                         :       Adversary Proceeding No. 09-50934
                    v.                                   :       (MFW)
                                                         :
JPMORGAN CHASE BANK, NATIONAL                            :
ASSOCIATION,                                             :
                                                         :
        Defendant and Counterclaimant.                   :
                                                         :
------------------------------------------------------  x
                                                         :
JPMORGAN CHASE BANK, NATIONAL                            :
ASSOCIATION,                                             :
                                                         :
        Cross-Claimant,                                  :
                                                         :
                    v.                                   :
                                                         :
FEDERAL DEPOSIT INSURANCE                                :
CORPORATION, as Receiver of Washington                   :
Mutual Bank, Henderson, Nevada,                          :
                                                         :
        Cross-Claim Defendant.                           :
------------------------------------------------------  x
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates by reference Rule 34 of the Federal Rules of Civil Procedure (the "Federal Rules"), JPMorgan Chase Bank, National Association ("JPMC"), served its First Requests to Debtors for Production of Documents on the parties set forth on the attached list in the manner indicated:

Dated: September 11, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_[signature]_

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile : (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

_Counsel for JPMorgan Chase Bank,
National Association_

## WASHINGTON MUTUAL, INC.
## BANKRUPTCY CASE NO. 08-12229 (MFW)

## ADVERSARY NOS. 09-50551, 09-50934
## SERVICE LIST


*Via* **Hand Delivery**

(Counsel for Debtors)
Mark D. Collins, Esquire
Chun I. Jang, Esquire
Lee E. Kaufman, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, DE 19801


*Via* **Hand Delivery**

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Room 2207
Wilmington, DE 19801


*Via* **First Class Mail**

(Special Litigation and Conflicts Counsel to Debtors)
Peter E. Calamari, Esquire
Michael B. Carlinsky, Esquire
Susheel Kirpalani, Esquire
*Quinn Emanuel Urquhart Oliver & Hedges LLP*
51 Madison Avenue, 22nd Floor
New York, NY 10010


*Via* **First Class Mail**

(Counsel for Official Committee of Unsecured Creditors)
Laurence Z. Shiekman, Esquire
Elizabeth S. Campbell, Esquire
*Pepper Hamilton LLP*
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103


*Via* **First Class Mail**

(Counsel for Debtors)
Brian S. Rosen, Esquire
Marcia L. Goldstein, Esquire
Michael F. Walsh, Esquire
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, NY 10153


*Via* **Hand Delivery**

(Counsel for Official Committee of Unsecured Creditors)
David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
*Pepper Hamilton LLP*
1313 North Market Street
Wilmington, DE 19801


*Via* **Hand Delivery**

(Special Litigation and Conflicts Counsel to Debtors)
Neil R. Lapinski, Esquire
Rafael X. Zahralddin-Aravena, Esquire
*Elliott Greenleaf*
1105 North Market Street
Suite 1700
Wilmington, DE 19801

*Via* Hand Delivery

(Counsel for Washington Mutual, Inc. Noteholders Group)
Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
*Fox Rothschild LLP*
919 North Market Street
Suite 1600
Wilmington, DE 19801


*Via* First Class Mail

D. Ashley Doherty, Esquire
*Federal Deposit Insurance Corporation*
3501 Fairfax Drive, VS-D7022
Arlington, VA 22226


*Via* First Class Mail

(Counsel for Harold Johnson and Gerald Pittenger, Beneficiaries Under Great Western Trusts)
Merrilee A. MacLean, Esquire
*Karr Tuttle Campbell*
1201 Third Avenue, Suite 2900
Seattle, WA 98101


*Via* Hand Delivery

(Counsel for FDIC – Receiver)
M. Blake Cleary, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 West Street, 17th Floor
Wilmington, DE 19801


*Via* First Class Mail

(Counsel for Washington Mutual, Inc. Noteholders Group)
David S. Rosner, Esquire
Adam L. Shiff, Esquire
Paul M. O'Connor, Esquire
Seth A. Moskowitz, Esquire
*Kasowitz Benson Torres & Friedman LLP*
1633 Broadway
New York, NY 10019


*Via* First Class Mail
*WMI Investment Corp.*
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808


*Via* First Class Mail

(Counsel for FDIC – Receiver)
Thomas R. Califano, Esquire
John J. Clarke, Jr., Esquire
*DLA Piper LLP (US)*
1251 Avenue of the Americas
New York, NY 10020-1104


*Via* Hand Delivery

(Counsel for Trust Committee and Ad Hoc Committee)
Kurt F. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via* First Class Mail

(Counsel for Trust Committee and Ad Hoc Committee)
J. Andrew Rahl, Esquire
*Reed Smith LLP*
599 Lexington Avenue
New York, NY 10022

*Via* First Class Mail

*Washington Mutual, Inc.*
c/o Corporation Service Company
6500 Harbour Heights Parkway
Mukliteo, WA 98275