UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------- x
*In re*                                              :   Chapter 11
                                                     :
WASHINGTON MUTUAL, INC., *et al.*,[1]                :   Case No. 08-12229 (MFW)
                                                     :
          Debtors.                                   :   Jointly Administered
                                                     :
----------------------------------------------------- x
WASHINGTON MUTUAL, INC. AND                          :
WMI INVESTMENT CORP.,                                :   Adversary Proceeding No. 09-50934
                                                     :   (MFW)
          Plaintiffs and Counterclaim                :
          Defendants,                                :
                                                     :   **APPENDIX IN SUPPORT OF**
          v.                                         :   **DEFENDANT JPMORGAN**
                                                     :   **CHASE BANK, NATIONAL**
                                                     :   **ASSOCIATION'S**
JPMORGAN CHASE BANK, NATIONAL                        :   **SUPPLEMENTAL**
ASSOCIATION,                                         :   **OPPOSITION TO**
                                                     :   **PLAINTIFFS' MOTION FOR**
          Defendant and Counterclaimant.             :   **SUMMARY JUDGMENT**
----------------------------------------------------- x
JPMORGAN CHASE BANK, NATIONAL                        :
ASSOCIATION,                                         :
                                                     :
          Cross-Claimant,                            :
                                                     :
          v.                                         :
                                                     :
FEDERAL DEPOSIT INSURANCE                            :
CORPORATION, as Receiver of                          :
Washington Mutual Bank, Henderson,                   :
Nevada,                                              :
                                                     :
          Cross-Claim Defendant.                     :
----------------------------------------------------- x

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

# TABLE OF CONTENTS

Page(s)

**Declaration of Uwe Goeker** .......................................................................**B958-B1016**

Logan e-mail, dated April 12, 2006 ............................................................B961-B963

Bjorklund e-mail, dated November 30, 2007 ........................................................B964

Ryason e-mail, dated December 14, 2007 ................................................B965-B966

Hunt e-mail, dated February 13, 2008 .........................................................B967-B968

Logan e-mail, dated February 22, 2008 ................................................................B969

Logan e-mail, dated July 29, 2008 ..............................................................B970-B971

Bjorklund e-mail, dated July 29, 2008 .........................................................B972-B974

Falls e-mail, dated August 4, 2008 ...............................................................B975-B978

Logan e-mail, dated August 5, 2008 ............................................................B979-B980

Freilinger e-mail, dated August 19, 2008 .....................................................B981-B982

WaMu Liquidity Management Working Group Committee Minutes,
dated August 25, 2008 ....................................................................................B983-B990

Wu e-mail, dated September 12, 2008 ..........................................................B991-B992

Rotella e-mail, dated September 19, 2008 ...................................................B993-B994

Freilinger e-mail, dated September 20, 2008 .........................................................B995

Koh e-mail, dated September 22, 2008 ..................................................................B996

Bjorklund e-mail, dated September 23, 2008 .......................................................B997

Logan e-mail, dated September 23, 2008 ..............................................................B998

Journal Entry Request Form, dated September 24, 2008 ......................................B999

Logan e-mail, dated September 24, 2008 ................................................B1000-B1002

Noblezada e-mail, dated September 24, 2008 .........................................B1003-B1004

Bjorklund e-mail, dated September 24, 2008 ..........................................B1005-B1006

Noblezada e-mail, dated September 25, 2008 .........................................B1007-B1010

Smallow e-mail, dated September 25, 2008 .......................................................B1011

Smith e-mail, dated September 26, 2008 ................................................B1012-B1016

**Declaration of Corrine M. Burger**........................................................**B1017-B1018**

**Declaration of Brian D. Glueckstein** .................................................**B1019-B1151**

Ex. A to Declaration of Brian D. Glueckstein,
Transcript of Deposition of Doreen A. Logan,
dated August 26, 2009 ...........................................................................B1022-B1119

Ex. B. to Declaration of Brian D. Glueckstein,
Memorandum of Law of Cross-Claim Defendant Federal Deposit Insurance
Corporation, as Receiver, in Opposition to Plaintiffs' Motion for
Summary Judgment in *Washington Mutual, Inc. et al.* v. *JPMorgan Chase
Bank, N.A., et al.*, Adv. No. 09-50934 (MFW) (Bankr. D. Del.), filed on
July 24, 2009.........................................................................................B1120-B1143

Ex. C to Declaration of Brian D. Glueckstein,
Federal Election Commission Individual Contribution Search Results ...B1144-B1146

Ex. D. to Declaration of Brian D. Glueckstein,
The Center for Responsive Politics Search Results.................................B1147-B1151

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------ x
*In re*                                          :     Chapter 11
                                                 :
WASHINGTON MUTUAL, INC., *et al.*,[1]             :     Case No. 08-12229 (MFW)
                                                 :
        Debtors.                                 :     Jointly Administered
                                                 :
------------------------------------------------ x
WASHINGTON MUTUAL, INC. AND                       :
WMI INVESTMENT CORP.,                            :     Adversary Proceeding No. 09-50934
                                                 :     (MFW)
        Plaintiffs and Counterclaim              :
        Defendants,                              :
                                                 :     **DECLARATION OF**
        v.                                       :     **UWE GOEKER**
                                                 :
JPMORGAN CHASE BANK, NATIONAL                     :
ASSOCIATION,                                      :
                                                 :
        Defendant and Counterclaimant.           :
------------------------------------------------ x
JPMORGAN CHASE BANK, NATIONAL                     :
ASSOCIATION,                                      :
                                                 :
        Cross-Claimant,                          :
                                                 :
        **v.**                                   :
                                                 :
FEDERAL DEPOSIT INSURANCE                         :
CORPORATION, as Receiver of                      :
Washington Mutual Bank, Henderson,               :
Nevada,                                          :
                                                 :
        Cross-Claim Defendant.                   :
------------------------------------------------ x

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

I, UWE GOEKER, hereby declare under penalty of perjury as follows:

1.      I joined Washington Mutual Bank, Henderson Nevada ("WMB"), in June 2004, as a Program Coordinator.  I was promoted to my current position of Program Manager/Manger of Business Strategy Solutions and Vice President—Legal in June 2008 and became employed by JPMorgan Chase Bank, NA ("JPMC"), after JPMC acquired certain assets of WMB in September 2008.  I submit this declaration in support of the JPMC's Supplemental Opposition to Plaintiffs' Motion for Summary Judgment based upon my personal knowledge of the matters described below.

2.      Since joining JPMC, I have been responsible for, among other things, the oversight and management of all WMB-related litigation e-discovery projects at JPMC.

3.      Employees of WMB and JPMC created and create many different types of electronic documents, including, but not limited to e-mail communications, in the ordinary course of business and of performing their job functions.  To the best of my knowledge, these documents are prepared by employees with knowledge of the matters in those documents, at or near the time of the dates that are shown on the documents.  In the course of the regularly conducted business activity, and as a regular practice, this electronic data was and is automatically captured by one of several technology platforms used by WMB and JPMC.  WMB's existing electronic data was preserved and transferred to JPMC following JPMC's purchase of certain WMB assets on September 25, 2008.

-2-

4.      Consistent with my responsibilities at JPMC, I have overseen the collection of various electronic documents that were captured and preserved by the various technology platforms used by WMB and JPMC. At my direction these documents were collected by members of the Technology and Messaging Departments and transferred to a centralized enterprise data management system. Attached hereto are true and correct copies of documents maintained by JPMC on this centralized system in the ordinary course of business.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September 2009 at Seattle, Washington.

Uwe Goeker

-3-

**From:** Logan, Doreen
**Sent:** Monday, April 17, 2006 2:25:21 PM
**To:** Phillips, Laura
**CC:** Falls, Keith; Smallow, Timothy B
**Subject:** RE: IC Master Note

Collateral is all mortgages, not mortgage securities. You can send the examiner to Keith Falls in Treasury. He pledges loans from Co 2 to Co 40 weekly.

Doreen Logan, CPA

-----Original Message-----
**From:** Phillips, Laura
**Sent:** Monday, April 17, 2006 11:24 AM
**To:** Logan, Doreen
**Subject:** RE: IC Master Note

I haven't heard back from the Examiner. She isn't here today. What about on Co. 2's side? What is collateralizing the balance? Is it mostly mortgage securities? If she wanted to see the detail, where would she be able to get it?

Thanks!

*Laura L. Phillips*
Regulatory Reporting, Controller's Group
206-377-4833
email: Laura.L.Phillips@wamu.net

**From:** Logan, Doreen
**Sent:** Monday, April 17, 2006 11:15 AM
**To:** Phillips, Laura
**Subject:** RE: IC Master Note

Did you need more info on this or is it all okay?

Doreen Logan, CPA

-----Original Message-----
**From:** Phillips, Laura
**Sent:** Wednesday, April 12, 2006 1:51 PM
**To:** Logan, Doreen
**Subject:** RE: IC Master Note

Doreen –

Thank you! Do we know the specifics of what made up the balance at 12/31/2005?

Laura

*Laura L. Phillips*
Regulatory Reporting, Controller's Group
206-377-4833
email: Laura.L.Phillips@wamu.net

-----Original Message-----

EXHIBIT
Logan 9
8 26 09
GAIL F. SCHORR, C.S.R., C.R.R.

**From:** Logan, Doreen
**Sent:** Wednesday, April 12, 2006 1:48 PM
**To:** Phillips, Laura
**Cc:** Smallow, Timothy B; Sherrington, Gregg R.; Berger, Monica J.; Schulte, Patricia
**Subject:** RE: IC Master Note

Laura:

Thank you for your question on the Master Note between Co 2 and Co 40.

The Master Note was set up in September 2004 (and updated in September 2005) to create an earning asset for Co 40. Before the creation of the master note, excess cash was on deposit at Co 2 in a demand deposit account. The size of that deposit account rose to almost $14 billion. It is unreasonable to assume that any business would leave $14 billion in a demand deposit account, uninvested. Therefore, we created the master note between Co 2 and Co 40 to create an earning asset for Co 40.

Excess funds at Co 40 arise when there are asset sales or P&I collections on MBS, etc. Co 40 does not have substantial cash needs. Before the master note, when the incoming cash exceeded the need, Co 40 was left with only two options: leave it on deposit at the Federal Reserve Bank for no benefit or leave it on deposit with Co 2. Both of those options did provide an income stream to Co 40. Co 40 could have opened an MMDA account at Co 2, but there would be more than 6 debits a month so the account would no longer qualify for MMDA status.

The Master Note is basically a commercial loan from Co 40 to Co 2. Co 2 pays Co 40 interest on this note at the per annum rate of one-month LIBOR. Interest is calculated and posted monthly. The Master Note was executed by Robert Williams, under the authority in the Intercompany Transaction Standard of the ALMLP, Transaction Type 3.

The note is secured by a weekly pledge of loans from Co 2 to Co 40. Keith Falls is in charge of the weekly loan pledge.

There is no ALLL required for this master note because it is a loan from a sub to its parent, it is secured by real estate and it is eliminated in consolidation.

Let me know if you have any questions. I'll send a copy of the Master Note to your attention. (It says "VOID VOID VOID" all over the note because it is on safety paper; the original does not say "VOID VOID VOID".)

I've copied a few other folks that needed to know the information, too, as well as the potential recipients of other OTS questions about the Master Note.

Doreen Logan, CPA

-----Original Message-----
**From:** Phillips, Laura
**Sent:** Wednesday, April 12, 2006 9:46 AM
**To:** Logan, Doreen
**Subject:** IC Master Note

Hi Doreen –

An OTS Examiner, Denise Mueller, has been tasked with finding out what the detail of the $9 billion balance of the IC Master Note on fsb's books consists of. Do you have anything in writing that describes it?

Thanks!

Laura

*Laura L. Phillips*
Regulatory Reporting, Controller's Group
206-377-4833
email: Laura.L.Phillips@wamu.net

| | |
|---|---|
| **From:** | Bjorklund, Bob <bob.bjorklund@wamu.net> |
| **Sent:** | Friday, November 30, 2007 3:03 PM |
| **To:** | Logan, Doreen <doreen.logan@wamu.net>; Freilinger, Peter <peter.freilinger@wamu.net>; Falls, Keith <keith.falls@wamu.net> |
| **Cc:** | Sherrington, Gregg R. <gregg.sherrington@wamu.net>; Smallow, Timothy B. <timothy.smallow@wamu.net> |
| **Subject:** | RE: Transfer from Master Note to DDA |

Damn good thing we figured out a way to get this done with out purchasing securities. $3 billion would have been a BIG hole to fill.

Thank you again Doreen and Keith!

-Bob

---

**From:** Falls, Keith
**Sent:** Friday, November 30, 2007 11:52 AM
**To:** Koh, Rolando V.; Sherrington, Gregg R.; Noblezada, Yolanda B.; Winder, Brandon J.
**Cc:** Smallow, Timothy B.; Bjorklund, Bob; Logan, Doreen
**Subject:** Transfer from Master Note to DDA

Hello,

Please have company 2 repay $3.2 billion on its master note with company 40; then have company 40 put those funds on deposit with company 2 in its DDA account.

Rolando & Gregg:

On MTS, please send $3.2 billion from GL account 45798-9909 on company 2 to DDA account 095-014777-0.

Yolanda:

On the GL, please post a $3.2 billion debit to the cash account 40-10450-9909 and a $3.2 billion credit to the 40-20601-9909.

Please let me know if you have any questions. Thank you! :-)

-Keith

---
Keith Falls
Washington Mutual
Treasury Department

phone 206.554.8626   fax 206.554.7207

This communication may contain confidential and/or privileged information of Washington Mutual, Inc. and/or its subsidiaries. If you have received this communication in error, please advise the sender by reply email and immediately delete this message and any attachments without copying or disclosing the contents. Thank you.

**From:** Ryason, Tawnya <tawnya.ryason@wamu.net>
**Sent:** Friday, December 14, 2007 1:37 PM
**To:** Falls, Keith <keith.falls@wamu.net>
**Cc:** Smallow, Timothy B. <timothy.smallow@wamu.net>; Logan, Doreen <doreen.logan@wamu.net>
**Subject:** RE: Master note between companies 2 and 40

Keith,

Entity Accounting (or Intercompany Accounting) would not take care of the negative balance, that would be the account owner's responsibility (Lulu St. John) to monitor their balance and adjust the negative balance appropriately.

Intercompany Accounting monitors all I/C balances prior to quarter end (and year end) to ensure that any negative balances are appropriately settled or reclassed. If this balance is still negative as we near the end of the month, our process is to contact Lulu to either transfer cash to clear the negative balance or reclass it to a note where Co 40 is the borrower.

If you know that the balances will still be negative later in the month, the best course of action would be to reclass balance now instead of waiting until year end.

If you have any questions, please let me know.

Thanks!
Tawnya

---

**From:** Falls, Keith
**Sent:** Friday, December 14, 2007 10:01 AM
**To:** Ryason, Tawnya
**Cc:** Smallow, Timothy B.; Logan, Doreen
**Subject:** Master note between companies 2 and 40

Hi Tawnya,

We were working to post collateral for the master note where company 2 borrows from company 40, but noticed that the receivable balance at company 40 had gone negative. Do we need to worry about that at all, or does entity accounting take care of it during the month-end close process? I know a new master note was recently opened that allows company 40 to borrow from company 2.

Thanks!

-Keith

Keith Falls
Treasury Analyst Sr.
Group Management
Treasury

Washington Mutual
1201 Second Avenue, WMC1409
Seattle, Washington 98101

206.554.8626 direct, 206.302.4489 fax
keith.falls@wamu.net

This communication may contain privileged or other confidential information. If you have received it in error,
please advise the sender by reply email and immediately delete the message and any attachments without
saving or disclosing the contents. Thank you.

**From:** Hunt, James G.
**Sent:** Wednesday, February 13, 2008 4:31:50 PM
**To:** Logan, Doreen
**CC:** Norman, Michael W.
**Subject:** RE: Deposit of IRS Refund

Doreen:

Ask away...   We have requested a wire transfer.  I have a call into the IRS regarding when the transfer will take place.  Any other details you want to know? I can ask the Service!!!!

Jim

---

**From:** Logan, Doreen
**Sent:** Wednesday, February 13, 2008 1:20 PM
**To:** Hunt, James G.
**Cc:** Norman, Michael W.
**Subject:** RE: Deposit of IRS Refund

I know I'm asking a bunch of detailed questions...but now we wonder how we'll be receiving the refund? Check?  Wire?  ACH?  Whatever method, our crack Cash Mgmt team can track it...as long as they know it's coming.

Since WMI is the payer for the consolidated group, we assume that WMI will receive the refund and then WMB, as the largest sub of WMI, will receive most of the refund.  We'll wait for Ace Award Winner Mike Norman to let us know if I've got that right.

Thanks Tax Gents!

Doreen Logan
Treasury - Structured Finance
Washington Mutual
206-302-4168

---

**From:** Hunt, James G.
**Sent:** Wednesday, February 13, 2008 1:14 PM
**To:** Logan, Doreen
**Cc:** Norman, Michael W.
**Subject:** RE: Deposit of IRS Refund

Doreen:

Typically the refund is not broken down by legal entity because the tax return is filed on a consolidated basis.  I think that this can be processed like any other tax refund we receive in the normal course of filing.  Mike- am I correct about this?



EXHIBIT

Logan 15
2/26/09
B967
GAIL F. SCHORR, C.S.R., C.R.R.

Jim

| | |
|---|---|
| **From:** | Logan, Doreen |
| **Sent:** | Wednesday, February 13, 2008 1:10 PM |
| **To:** | Hunt, James G. |
| **Subject:** | RE: Deposit of IRS Refund |

We'll need to know breakdown by legal entity when received. I don't think the refund stays at WMI; most likely passes down to WMB etc. The Cash Mgmt guys will ask so I'm heading them off at the pass.

Thanks Jim. Good news is nice to get.

Doreen Logan
Treasury - Structured Finance
Washington Mutual
206-302-4168

---

**From:** Hunt, James G.
**Sent:** Wednesday, February 13, 2008 1:07 PM
**To:** Logan, Doreen; Hunt, James W.
**Cc:** Norman, Michael W.; Brouwer, Curt
**Subject:** Deposit of IRS Refund

Doreen/Jim:

I am working with the IRS to process the deposit of a federal tax refund for the 2001-2003 tax years. The net refund (tax only) is in the amount of $1,642,334,120. I am trying to get a precise deposit date (or series of dates) as well as, the amount of interest to be deposited. I will keep you posted. Please cascade as appropriate.

Jim

**James G. Hunt**
**Washington Mutual**
First Vice President
Director of Tax Controversy
1301 2nd Avenue, 22nd Floor MS: WMC 2202
Seattle, WA 98101
206-500-5761 Direct/ 206-377-3295 Fax
E-mail: james.g.hunt@wamu.net

**This e-mail, including any attachment(s), contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us**

| **From:** | Logan, Doreen |
| **Sent:** | Friday, February 22, 2008 1:27:10 PM |
| **To:** | Winder, Brandon J.; Suzuki, Dennis M.; Koh, Rolando V. |
| **CC:** | Sherrington, Gregg R. |
| **Subject:** | RE: Tax Refund |

Oh yeah...for WMI cash planning, it keeps none of the refund.

Doreen Logan
Treasury - Structured Finance
Washington Mutual
206-302-4168

---

**From:** Winder, Brandon J.
**Sent:** Friday, February 22, 2008 10:25 AM
**To:** Suzuki, Dennis M.; Koh, Rolando V.
**Cc:** Sherrington, Gregg R.; Logan, Doreen
**Subject:** Tax Refund

Ro and Dennis,

As you know, on Tuesday 2/26 we will be receiving a large tax refund. When we receive the wire can you let me know? I need to move the money down to company 2 that day.

**Brandon Winder**
Treasury Cash Management
206-302-4135

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, you may not, directly or indirectly, use, disclose, copy, print or distribute any part of this message.

| From: | Logan, Doreen <doreen.logan@wamu.net> |
| Sent: | Tuesday, July 29, 2008 6:36 PM |
| To: | Stearns, Steve <steve.stearns@wamu.net> |
| Subject: | FW: Call at 2.00 p.m. Seattle time? |

Rob explains below why failing the QTL is somewhat of a nuclear event for WaMu.

Doreen Logan
Treasury - Structured Finance
Washington Mutual
206-302-4168

**From:** Monheit, Robert S.
**Sent:** Tuesday, July 29, 2008 3:26 PM
**To:** Smith, Chad
**Cc:** Logan, Doreen

**MATERIAL
REDACTED**

**MATERIAL
REDACTED**

Robert S. Monheit
First VP & Assistant GC
Washington Mutual Bank
589 Fifth Avenue, 4th Floor
New York, NY 10017
Phone: (212) 326-6104
Fax:    (212) 326-6171
Seattle: (206) 500-4359
The contents of this e-mail are confidential and are intended to be protected by the attorney-client
privilege or other privileges. If you are not the intended recipient, any disclosure, copying,
distribution or use of the information in this e-mail is prohibited. If you have received this e-mail in
error, please contact me at robert.monheit@wamu.net or by telephone at (212) 326-6104.

---

**From:** Smith, Chad
**Sent:** Tuesday, July 29, 2008 12:24 PM
**To:** Monheit, Robert S.
**Cc:** Logan, Doreen
**Subject:** Call at 2.00 p.m. Seattle time?

Can you do a call at 2.00 p.m. Seattle time?

Kindest regards,

Chad Smith, First Vice President
Assistant General Counsel
Team Lead--Capital Markets & Structured Finance
Legal

Washington Mutual
Legal Department
1301 Second Avenue, WMC 3501
Seattle, Washington 98101

Telephone:  206.500.4347
Facsimile:  206.377.2236
Email:  charles.e.smith@wamu.net

This communication may contain privileged or other confidential information. If you have received it in error,
please advise the sender by reply email and immediately delete the message and any attachments without
copying or disclosing the contents. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any
U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to
be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Bjorklund, Bob <bob.bjorklund@wamu.net>
**Sent:** Tuesday, July 29, 2008 8:50 PM
**To:** Logan, Doreen <doreen.logan@wamu.net>; Falls, Keith <keith.falls@wamu.net>; Stearns, Steve <steve.stearns@wamu.net>
**Cc:** DL Treasury Collateral <DLTreasuryCollateral@wamu.net>
**Subject:** Re: QTL Update

---

Sounds good. I know there are several moving parts to the QTL going on right now, but for planning purposes I don't think we'll be making any additional DN purchases until late August at the earliest.

- Bob
(sent from my BlackBerry)


----- Original Message -----
From: Logan, Doreen
To: Falls, Keith; Bjorklund, Bob; Stearns, Steve
Cc: DL Treasury Collateral
Sent: Tue Jul 29 15:47:45 2008
Subject: RE: QTL Update

We'll move the cash into the dda on the 31st. The one day of a high balance won't sway the FDIC premium too much. We'll just make sure Scott Maw has to pay for it and not Treasury.

Thanks.

Doreen Logan
Treasury - Structured Finance
Washington Mutual
206-302-4168



-----Original Message-----
From: Falls, Keith
Sent: Tuesday, July 29, 2008 3:42 PM
To: Bjorklund, Bob; Stearns, Steve; Logan, Doreen
Cc: DL Treasury Collateral
Subject: RE: QTL Update

Placing cash in the DDA account will probably make more sense (no negative carry). We'll just take those discount noes going away into account for our projection.

-Keith


Keith Falls

Treasury Analyst
Cash Management
Treasury

Washington Mutual
1301 Second Avenue, WMC1409
Seattle, Washington 98101

206.554.8626 direct, 206.302.4489 fax
keith.falls@wamu.net

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

-----Original Message-----
From: Bjorklund, Bob
Sent: Tuesday, July 29, 2008 3:40 PM
To: Falls, Keith; Stearns, Steve; Logan, Doreen
Cc: DL Treasury Collateral
Subject: Re: QTL Update

I was not planning on it. But could do if needed.
How comfortable are we with a 1.2% cushion?
- Bob
(sent from my BlackBerry)


----- Original Message -----
From: Falls, Keith
To: Bjorklund, Bob; Stearns, Steve; Logan, Doreen
Cc: DL Treasury Collateral
Sent: Tue Jul 29 15:34:43 2008
Subject: QTL Update

Hello,

I took a look at the QTL again for today.  The estimate is down to 67.0% because $400mm of discount notes matured yesterday.  There are $479mm scheduled to mature tomorrow.  If those go unreplaced, we'll be at 66.2%.  I didn't see any other large changes come through.


Are we planning to replace the maturing discount notes?

Thanks!

-Keith


Keith Falls
Treasury Analyst
Cash Management
Treasury

Washington Mutual

1301 Second Avenue, WMC1409
Seattle, Washington 98101

206.554.8626 direct, 206.302.4489 fax
keith.falls@wamu.net

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**From:** Falls, Keith <keith.falls@wamu.net>
**Sent:** Monday, August 4, 2008 2:34 PM
**To:** Im, Noreen <noreen.im@wamu.net>
**Cc:** St John, Lourdes A. <lourdes.st.john@wamu.net>
**Subject:** RE: Transfer from Master Note to DDA

---

Hi Noreen,

On Friday the cash that was put into the DDA account was put back on the master note. We had to hold the $2 billion as cash over month-end to ensure we passed the QTL test.

The QTL (Qualified Thrift Lender) test is a regulatory test that's performed each month-end. To maintain our OTS bank charter, we're required to hold at least 65% of our "portfolio assets" in "qualified thrift investments". For the test, "portfolio assets" means total assets, minus up to 20% of total assets that are cash and unencumbered securities. "Qualified thrift investments" are mortgage loans, MBS securities and certain other assets. If it doesn't look like we're going to pass the test, we must increase qualified thrift investments, reduce total assets, or increase cash and unencumbered securities (up to the 20% limit).

Co 40's master note receivable with WMB is not a qualified asset for the test. Because it had grown so large, we estimated that we may come within 2 percentage points of not passing the test for Co. 40. Because not passing the test could have severe consequences, we had WMB repay $2 billion on the master note and WMBfsb put that cash into its DDA account. This helps because it increases cash and unencumbered securities, which reduces the denominator on the test. The test is based on month-end, so we just needed to hold things that way over month-end. We put the cash back into the master note on Friday to minimize FDIC assessments on the large DDA account balance.

Let me know if you have any questions. I know there's several projects in the works to fix the situation at co.40 so we wont be so close on the test each month.

-Keith

Keith Falls
Treasury Analyst
Cash Management
Treasury

Washington Mutual
1301 Second Avenue, WMC1409
Seattle, Washington 98101

206.554.8626 direct, 206.302.1489 fax
keith.falls@wamu.net



This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**From:** St John, Lourdes A.
**Sent:** Monday, August 04, 2008 11:08 AM
**To:** Falls, Keith
**Cc:** Im, Noreen
**Subject:** FW: Transfer from Master Note to DDA

Hi Keith,

Can you please respond to Noreen.  Can you also give us a quick lesson on QTL.

Thanks,
Lulu

---

**From:** Im, Noreen
**Sent:** Monday, August 04, 2008 10:57 AM
**To:** St John, Lourdes A.
**Subject:** FW: Transfer from Master Note to DDA

Hi Lulu-

Can you tell me if the $2B that was moved into Co 40's cash account from the master note will be reversed today?  According to Keith Falls, this was supposed to be a temporary transfer to "help the QTL".

Also, can you explain what the QTL is?

Thank you so much-


Noreen Im
Entity Accounting- Corporate Controllers Group
ph (206) 500 3016  fx (206) 377 2077
Mailstop: WMC2401

---

---

**From:** Vasallo, Elenita
**Sent:** Friday, August 01, 2008 11:46 AM
**To:** Im, Noreen
**Cc:** Ryason, Tawnya
**Subject:** FW: Transfer from Master Note to DDA

FYI

---

**From:** St John, Lourdes A.
**Sent:** Friday, August 01, 2008 11:43 AM
**To:** Vasallo, Elenita
**Subject:** FW: Transfer from Master Note to DDA

Here you go. Let me know if you have further question on the money movement. Thanks Ms. Ellen.

---

**From:** Noblezada, Yolanda B.
**Sent:** Thursday, July 31, 2008 1:29 PM
**To:** Jaeger, Jessica; St John, Lourdes A.
**Subject:** FW: Transfer from Master Note to DDA

FYI

---

**From:** Falls, Keith
**Sent:** Thursday, July 31, 2008 10:51 AM
**To:** DL Treasury Cash Management; Noblezada, Yolanda B.; Winder, Brandon J.
**Cc:** DL Treasury Collateral; Logan, Doreen; Bjorklund, Bob; Stearns, Steve
**Subject:** Transfer from Master Note to DDA

Hello,

To help with the QTL, we need to move cash from the master note to WMBfsb's DDA account today, and then put it back tomorrow.

On MTS (Rolando/Dennis/Gregg), please send $2 billion from GL account 45798-9909 on company 2 to DDA account 095-014777-0.

On the GL (Yolanda/Brandon), please post a $2 billion debit to the cash account 40-10450-9909 and a $2 billion credit to 40-20601-9909.

Please let me know if you have any questions.  We'll do the opposite thing tomorrow.  Thank you!

-Keith

Keith Falls
Treasury Analyst
Cash Management
Treasury

Washington Mutual
1301 Second Avenue, WMC1409
Seattle, Washington 98101

206.554.8626 direct, 206.302.4489 fax

keith.falls@wamu.net

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**From:** Akre, Steven
**Sent:** Tuesday, August 05, 2008 12:38:28 PM
**To:** Logan, Doreen
**Subject:** RE: FDIC Assessments - capital infusion

Doreen,

I realize we're rehashing what we talked about, but I just didn't fully understand the issues enough to be able to explain it to someone else. (repitition helps!)

The non-interest checking acct comment was just relaying information from the DDA spreadsheet I got from I/C Acctg, however and I thought it was interesting that we weren't putting that level cash to work, but your response clears that up.

Regarding our discussion last week, I really didn't fully grasp the concept of providing WMB funding (liquidity), this is because I didn't really understand the legal entity pieces, what difference does it make if the cash is sitting at WMI, or WMB? Its still liquidity, at least that was my thinking, especially because were paying minimal dividends/taxes.

If you go back to the Jan 08 WMI cash forecast, the avg balance is ~$2.5B, including paying ~$800M in dividends, and $2.3B in debt service. Now, WMI's cash requirements have dropped (lower dividends and taxes) and were keeping more than dble the avg cash balance? Is this increase just for liquidity perceptions to pacify the rating agency's? I agree that its cheap funding, I just don't see that they need that much.

if WMB needed cash, would WMI "loan" them the cash, how does that work?

Whats driving this is that the FDIC fee forecast didn't include this level of I/C deposits, so while I deliver the bad news that we're short $3 - $4M in FDIC fees in the 08 forecast, I need to be able to explain what it is, and why its higher.

Thank you for your patience and helping walk me thru this.

Steve

---

**From:** Logan, Doreen
**Sent:** Tuesday, August 05, 2008 9:00 AM
**To:** Akre, Steven
**Subject:** RE: FDIC Assessments - capital infusion

As part of the planning for WMB fsb we'll likely shift the purchase of discount notes to WMI from WMB fsb. WMI recently contributed $2 billion additional capital to WMB so the amount on deposit at WMB has decreased by that amount down to $3.5 billion. Why do the funds being in a non-interest deposit account cause concern? Why would WMB pay interest to WMI when it would be eliminated in consolidation anyway? And since WMI owns WMB as its major investment it would be counter-intuitive to pay interest that would affect its own profitability.

When you say "what's driving this?" – WMI has always had their funds on deposit at WMB. It's "free funding" (except for the FDIC premium) to the bank. Rating Agencies gain comfort that the capital infusion from TPG to WMI actually provides funding to the bank. Don't forget that if WMI had to raise funds in the market, with our credit rating, we'd be paying LIBOR +1200 bps to 1400 bps so paying 10 bps to the FDIC does not get our shorts in a bunch. It's cheap! It's practically free!

Yes, there are ways to maximize the benefit by deploying the cash but it affects the liquidity of the



EXHIBIT
Logan 16
8-26-09
B979
GAIL F. SCHORR, C.S.R., C.R.R.

bank. Any funds on deposit at the bank that are taken off deposit at the bank (i.e. decreasing deposits) requires raising funds someplace else.

Tell me 1) why you're asking the same question we talked about last week 2) what is driving the concern and 3) what else I can help you understand.

This is nothing different than we talked about last week. Clear up my confusion? Thanks.

Doreen Logan
Treasury - Structured Finance
Washington Mutual
206-302-4168

---

**From:** Akre, Steven
**Sent:** Tuesday, August 05, 2008 8:38 AM
**To:** Logan, Doreen
**Subject:** FDIC Assessments - capital infusion

Doreen,

The attached file shows $5.9B of remaining cash proceeds from the capital infusion in a non-interest checking acct, in Co 70 GL 35025, can you provide guidance on what we're planning to do with this cash? You mentioned that we can't move it into a short-term investment due to liquidity requirements. Help me understand whats driving this?

Steve

<< File: Copy of Q2 DDA Avg Bal.xls >>

The deal is, what was reflected as an intercompany payable is now paid, and reported as cash. It increases cash on hand at WMI and could, if we want, be used to inject capital to WMB. You're viewing it correctly: right now there's no impact, we'd have to decide to downstream it, and then it would only be a WMB, not WMI, effect.

----- Original Message -----
From: Wu, Vicky
To: Freilinger, Peter
Sent: Tue Aug 19 16:54:59 2008
Subject: FW: State Tax Settlement

Hey something's wrong here. It should not impact WMB or WMI capital. It's only intercompany transaction not refund by the state. Our previous characterization of this transaction's favorable impact on capital was incorrect. Pls advise on communication.

-----Original Message-----
From: Brouwer, Curt
Sent: Tuesday, August 19, 2008 4:46 PM
To: Casey, Tom; Freilinger, Peter; Williams, Robert J.
Cc: Wu, Vicky
Subject: RE: State Tax Settlement

Tom, pursuant to our discussion, we have already made the payment of $600 MM to WMI. We will finalize final amount in early September and make a subsequent payment at that time. As we discussed, it could be around $800 MM in total.

-----Original Message-----
From: Casey, Tom
Sent: Tuesday, August 19, 2008 4:44 PM
To: Freilinger, Peter; Williams, Robert J.
Cc: Wu, Vicky; Brouwer, Curt
Subject: Re: State Tax Settlement

This is approx 600M to 800M. My recommendation would be payment to WMI then downstream to WMB. I'm open to any other thoughts.
Thanks
TC

----- Original Message -----
From: Freilinger, Peter
To: Casey, Tom; Williams, Robert J.

Cc: Wu, Vicky; Brouwer, Curt
Sent: Tue Aug 19 16:18:56 2008
Subject: RE: State Tax Settlement

A bit of good news

Tom / Robert, we've had various discussions about whether or not we should downstream this capital to
WMB. If we do intend to downstream all of it, I'd recommend doing so sooner rather than later, as we pay
deposit insurance premiums on the intercompany deposit WMI has with WMB. I think the general opinion
right now, though, is that we should keep it until further notice as additional liquidity at WMI.

Your call, but it's nice to have confirmation that the settlement has come through.

--P.

---

From: Brouwer, Curt
Sent: Tuesday, August 19, 2008 4:16 PM
To: Freilinger, Peter
Subject: State Tax Settlement

Today, we had WMB pay WMI $600 MM in partial settlement of state taxes due under the intercompany
tax sharing agreement. I don't have the account numbers handy but will provide tomorrow morning if
needed or desired.

Let me know if you need further information.

Curt Brouwer
Washington Mutual
Senior Vice President, Corporate Tax
1301 Second Ave., WMC3201
Seattle, WA 98101
206.500.4155 direct / 206.377.3018 fax
E-mail: curt.brouwer@wamu.net

IRS Circular 230 Disclosure: To Ensure compliance with requirements imposed by the IRS, we inform you
that any U.S. federal tax advice contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

CONFIDENTIALITY NOTICE: This message (including any attachments) is confidential and may contain
sensitive information. Do not disseminate this information to parties who do not have the authorization to
view this material. If you are not the intended recipient of this information or an employee or agent
responsible for delivering this message to the intended recipient(s), please do not read, disseminate,
distribute or copy this information. If you have received this message in error, please contact the sender
immediately. Washington Mutual reserves the right to monitor all e-mail. Electronic mail sent through the
Internet is not secure.



Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

**Liquidity Management Working Group Committee**

WMC 14 Greenlake Conference room
(877) 501-5642 pass code 7983910

http://wm03.wamu.net/sites/239138648/liquidityrisk/default.aspx

## Attendees

**Voting Members**

| | |
|---|---|
| Bob Bjorklund | Timothy Smallow |
| Peter Freilinger | Doreen Logan |
| Monica Berger | Steve Stearns |
| Jim Callahan | |
| Glen Simecek | |

**Other Attendees**

| | |
|---|---|
| Thomas Roe, secretary | Brandon Winder |
| Gregg Sherrington | Colin Trovato |
| Norman McIntyre | David Gilhooley |
| Rolando Koh | Joe Schenone |

## Agenda

| | Topic | Presenter | Sponsor | Start Time |
|---|---|---|---|---|
| **Preliminary Business:** | | | | |
| **A1.** | **None** | **Bjorklund** | **Bjorklund** | **10:00** |
| **Decision Items:** | | | | |
| **B1.** | **Meeting Minutes – July 28, 2008** | **Bjorklund** | **Bjorklund** | |
| **Discussion Items:** | | | | |
| **C1.** | **Update on Capital Activity** | **Stearns** | **Stearns** | |
| **C2.** | **Update on Funding Activity** | **Bjorklund** | **Bjorklund** | |
| **C3.** | **Operational Liquidity Review** | **Bjorklund** | **Bjorklund** | |
| **C4.** | **Strategic Liquidity Review** | **Stearns** | **Stearns** | |
| **C5.** | **Collateral Review** | **Bjorklund** | **Bjorklund** | |
| **C6.** | | | | |
| **Other Business:** | | | | |
| **D1.** | **Review BOD remediation plan** | **Stearns** | **Stearns** | |
| **D2.** | **Discuss review of existing ALM excess liquidity limits** | **Stearns/Bjorklund** | **Stearns** | |

 **WaMu**

Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

**Liquidity Management Working Group Committee**

**Upcoming Meetings**

| Date | Time | Location |
|------|------|----------|
| 8/25/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 9/22/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 10/27/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 11/24/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 12/22/2008 | 10:00 a.m. PST | WMC 14 Greenlake |



Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

**Liquidity Management Working Group Committee**

A meeting of the Liquidity Management Working Group ("LMWG") of Washington Mutual, Inc. ("WMI" or the "Company"), Washington Mutual Bank ("WMB") and Washington Mutual Bank fsb ("WMBfsb") was held on Monday, August 25, 2008 in the Greenlake conference room of WMC 14.

## Attendees

**Voting Members**

| | | | |
|---|---|---|---|
| X | Bob Bjorklund | X | Timothy Smallow |
| | Peter Freilinger | X | Doreen Logan |
| X | Monica Berger | X | Steve Stearns |
| X | Jim Callahan | | |
| X | Glen Simecek | | |

**Other Attendees**

| | | | |
|---|---|---|---|
| X | Thomas Roe, secretary | X | Brandon Winder |
| | Norman McIntyre | | David Gilhooley |
| | Rolando Koh | | Joe Schenone |

## Preliminary Business

| | Topic | Presenter | Sponsor | Decision |
|---|---|---|---|---|
| A1. | **No Preliminary Business** | **Bjorklund** | | **N/A** |

*Follow Up Items:* None          *Assigned: N/A*   *Due: N/A*

## Decision Items

| | Topic | Presenter | Sponsor | Decision |
|---|---|---|---|---|
| B1. | **Meeting Minutes – July 28, 2008** | **Bjorklund** | **Bjorklund** | **Approved** |

Minutes for the previous month's LMWG meeting were distributed to members for review prior to the meeting. Mr. Bjorklund moved to approve the minutes subject to receipt of any further comments by the close of business Tuesday, July 26th. Mr. Stearns seconded the motion. The motion was unanimously approved.

*Follow Up Items:* None          *Assigned: N/A*   *Due: N/A*

1.

2.

## Discussion Items

| | Topic | Presenter | Sponsor |
|---|---|---|---|
| C1. | **Update on Capital Activity** | **Stearns** | **Stearns** |

Mr. Stearns informed the Committee that $500 million is in the process of being moved from WMI to WMB to strengthen capital ratios, especially tangible equity to tangible assets, at the bank level. Due to an incoming tax receipt of $600mm at WMI this will not create any large cash flow changes at the WMI level post the capital reallocation.



Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

**Liquidity Management Working Group Committee**

| Topic | Presenter | Sponsor |
|---|---|---|
| *Follow Up Items: None* | | *Assigned: N/A    Due: N/A* |

1.

2.

| Topic | Presenter | Sponsor |
|---|---|---|
| **C2.   Update on Funding Activity** | **Bjorklund** | **Bjorklund** |

Mr. Bjorklund informed the Committee that the main source of funding for the bank continues to be FHLB advances, retail brokered CDs and repos.

Retail brokered CDs have not experienced a meaningful drop in volumes since the tightening of credit/liquidity began in 2007, even after the IndyMac bank failure. It continues to generate approximately $500 million per week, (subject to variables such as market competition and customer preference, and offering window). The next couple weeks are expected to be lighter in volume given the Labor Day holiday season.

Mr. Stearns noted that the Retail Bank is launching a 5% CD special in an attempt to roll the $3 billion in CDs maturing this week. The goal of this special is to mitigate maturities and not necessarily acquire additional growth. In early September there will be another CD special where the emphasis will be on balance acquisition. Overall for the year the Retail Bank is looking to be flat in CDs and grow in money market balances.

Ms. Logan gave an update on the Winslow 2 project. Winslow 2 is a transaction to move $7 billion in UPB of SRF loans from FHLB SF to FHLB Seattle. Benefits include better advance rates at FHLB Seattle and relief on the WMBfsb master note collateral requirements. Ms. Logan expects the collateral to be online at FHLB Seattle by Tuesday, August 26th.

*Follow Up Items: None*                                                                 *Assigned: N/A        Due: N/A*

1.

2.

| Topic | Presenter | Sponsor |
|---|---|---|
| **C3.   Operational Liquidity Review** | **Bjorklund** | **Bjorklund** |

Mr. Bjorklund informed the Committee that the bank continues to exceed 1-day and 7-day minimum excess liquidity requirements for operational liquidity.

WaMu's CDS was 1307.9 at the close of Friday, July 22nd. It remains at an elevated level amid the market's negative outlook on WaMu credit. Mr. Simecek noted that NCC is another bank with CDS quoted at these high levels despite being A-rated since they are viewed as not having a good business model.

Mr. Bjorklund reviewed the WMI Cash Forecast. The WMI ending cash and net short-term position exceed minimum requirements for 2009. Ms. Logan noted that in August 2008 the $500 million in capital contributed from WMI to WMB is offset by $600 million moved from WMB to WMI for taxes payable.


Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

### Liquidity Management Working Group Committee

| Topic | Presenter | Sponsor |
|---|---|---|

Mr. Bjorklund noted that the Fed has requested WaMu not participate in any 84-day TAF. The bank currently has $10 billion in capacity pledged to the DW, and could bid up to $2 billion in 28-day TAF and still keep $8 billion in excess capacity available for operational risk.

*Follow Up Items: None*                                    *Assigned: N/A*         *Due: N/A*

1.

2.

| | Topic | Presenter | Sponsor |
|---|---|---|---|
| **C4.** | **Strategic Liquidity Review** | **Stearns** | **Stearns** |

Mr. Stearns reported to the Committee that the liquidity breach remediation plan was presented to a subsection of the Board last Tuesday and shared with the OTS and FDIC. The liquidity benefits from implementing the remediation plan are now included in the strategic liquidity model. The full remediation plan covers a 90-day time horizon and once fully implemented will cure the bank's breach in the stress case for 3 and 6 month excess liquidity limits.

The remediation plan identifies the following sources as boosting stress case liquidity $16.5 billion over the next 60 to 90 days:

1. $5 billion from retail deposit growth
2. $4 billion from non-FHLB loan securitization
3. $2 billion from repo and swap haircut marks
4. $1.8 billion in SFR run-off
5. $1.7 billion in subprime run-off
6. $1billion in card securitizations (retained)
7. $1 billion FHLB Seattle pledge (Project Filmore)

The decision to sell corporate bonds has since been put on hold and subject to additional debate.

Mr. Stearns noted that excess liquidity was originally estimated to be $31.3 billion for the 3 month stress case after incorporating remediation plan benefits. Excess liquidity is currently estimated to be $25 billion given a $5 billion reduction to FHLB capacity due to changes in FHLB pricing in August and an issue with negative taxes payable not being reclassified as deferred tax assets for July (a non quarter-end month).

Mr. Bjorklund commented that by the end of the quarter the FHLB is expected to reduce our borrowing capacity by another 1-3% either through pricing, additional haircuts or both. WaMu and the FHLBs continue to have an active dialog around these issues.

*Follow Up Items: None*                                    *Assigned: N/A*         *Due: N/A*

1.

2.


Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

**Liquidity Management Working Group Committee**

| | Topic | Presenter | Sponsor |
|---|---|---|---|
| **C5.** | **Collateral Review** | **Bjorklund** | **Bjorklund** |

Mr. Bjorklund reported to the Committee that there are not expected to be any significant changes to the amount or location of loan collateral as of the end of August. Winslow 2 will shift $7 billion in loans from FHLB SF to FHLB Seattle in August.

*Follow Up Items: None*                                    *Assigned: N/A*        *Due: N/A*

1.

2.

## Other Business

| | Topic | Presenter | Sponsor |
|---|---|---|---|
| **D1.** | **Review BOD remediation plan** | **Stearns** | **Stearns** |

Please reference C4 (Strategic Liquidity Review) for Mr. Stearns comments on the BOD remediation plan.

*Follow Up Items: None*                                    *Assigned:*        *Due:*

1.

2.

| | Topic | Presenter | Sponsor |
|---|---|---|---|
| **D2.** | **Discuss review of existing ALM excess liquidity limits** | **Stearns/ Bjorklund** | **Stearns** |

Mr. Bjorklund shared with the group that Mr. Stearns and he will do a comprehensive review of the ALM excess liquidity limits by the end of 3rd quarter. Due to changing market conditions, changes in the balance sheet, and the impact of liquidity events experienced to date, the current ALM limits may need to be set higher or lower. The current requirements are for $30 billion in excess liquidity for the 3, 6 and 12 month time periods in the base case and $25 billion and $20 billion in excess liquidity for the 3 month and 6 & 12 month time periods, respectively, for the stress case.

Mr. Callahan noted that repurchases due to loans sold to Fannie and Freddie Mae may be a potential liquidity issue. Repurchases in total are currently running at $100 to 200 million per a month and by some estimates could increase to four times current levels.

*Follow Up Items: None*                                    *Assigned:*        *Due:*

1.

2.

## Adjournment

Meeting was adjourned the meeting at 11:00 a.m.



Monday, August 25, 2008

10:00 a.m. to 11:00 a.m. (PST)

**Liquidity Management Working Group Committee**

---

**Upcoming Meetings**

| Date | Time | Location |
|------|------|----------|
| 8/25/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 9/22/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 10/27/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 11/24/2008 | 10:00 a.m. PST | WMC 14 Greenlake |
| 12/22/2008 | 10:00 a.m. PST | WMC 14 Greenlake |