| *United States Bankruptcy Court District of Delaware* | PROOF OF CLAIM |
|---|---|

**Name of Debtor** *(check only one):*
☒ Washington Mutual, Inc. 08-12229 (MFW)          ☐ WMI Investment Corp. 08-12228 (MFW)

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

☐ Check this box to indicate that this claim amends a previously filed claim.

**JPMorgan Chase Bank, National Association**
c/o Hydee R. Feldstein
**Sullivan & Cromwell LLP**
1888 Century Park East
Los Angeles, California 90067-1725
310.712.6600
feldsteinh@sullcrom.com

With a copy to:

**JPMorgan Chase Bank, National Association**
c/o Kevin G. Mruk
10 South Dearborn, Mail Code IL1-0080
Chicago, Illinois 60603-2003
312.732.7105
kevin.g.mruk@jpmchase.com

Court Claim Number:
*(If known)*

Filed on: _____

**Your Claim is Scheduled as Follows:**

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Name and address where payment should be sent (if different from above):

**JPMorgan Chase Bank, National Association**
c/o Joseph A. Giampapa
1111 Polaris Parkway, 4P0265
Columbus, Ohio 43271-0152
614.248.6056
joseph.a.giampapa@jpmchase.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

You have a claim scheduled against the Debtor listed above in the amount and priority set forth above. (This scheduled amount may be an amendment to a previously scheduled amount.) If you agree that you have a claim against the Debtor listed above and in the amount and priority set forth above and you have no other claim against that Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Type of Claim:**
☒ Claim existing as of the date case was filed. **Amount of Claim as of Date Case Filed:**          $ See Attachment A.

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority (other than under 11 U.S.C. § 507(a)(2)), complete Item 5.

☐ Check this box if claim is filed by a governmental unit.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

**2. Basis for Claim:**          See Attachment A.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**          Federal Tax ID Number 3725
  **3a. Debtor may have scheduled account as:**
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.) See Attachment A.
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:     ☐ Real Estate     ☐ Motor Vehicle     ☒ Other
Describe:          See Attachment A.
Value of Property:     $ See Attachment A.          Annual Interest Rate ____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ See Attachment A.          Basis for perfection:     See Attachment A.
Amount of Secured Claim:     See Attachment A.          Amount of Unsecured:     $ See Attachment A.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan under 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use under 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units under 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**
$ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

**RECEIVED**

MAR 30 2009

KURTZMAN CARSON CONSULTANTS

Date:
March 30, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Donald H. McCree III, Managing Director
**JPMorgan Chase Bank, National Association**
270 N. Park Ave., Floor 46
New York, New York 10017-2104, 212-270-4360

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

03 Deposit Accounts (non-complaint)
WMI original

**C73**


0812229090330000000000277

*Intercompany Deposit Accounts*

On September 26, 2008 (the "Petition Date"), Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). References herein to the "Debtor" or "Debtors" are intended to refer to WMI and WMI Investment Corp. as debtors and debtors-in-possession in their pending Chapter 11 cases. Prior to the Petition Date, on September 25, 2008, the Director of the Office of Thrift Supervision (the "OTS") appointed the Federal Deposit Insurance Corporation (the "FDIC") as receiver (the "Receiver") for Washington Mutual Bank, Henderson, Nevada, a federal savings banking association ("WMB"), a subsidiary of the Debtors, and advised that the Receiver was immediately taking possession of WMB. On September 25, 2008, the FDIC, as Receiver and in its corporate capacity, also entered into a Purchase and Assumption Agreement Whole Bank (the "P&A Agreement") with JPMorgan Chase Bank, National Association ("JPMCB"), whereby JPMCB acquired substantially all of the assets of WMB's banking operations, including one of its subsidiaries, Washington Mutual Bank fsb ("WMBfsb" and collectively with WMB, the "Affiliated Banks"), and assumed the deposit liabilities and certain other liabilities of WMB's banking operations. The Affiliated Banks also had a number of direct and indirect subsidiaries that are now subsidiaries of or have been merged into JPMCB or one of its subsidiaries or affiliates. JPMCB asserts its claims herein on behalf of itself and its subsidiaries and affiliates. JPMCB believes that its claims are against WMI rather than WMI Investment, but because the intercompany relationships between the Debtors are not clear and because these are jointly administered cases, JPMCB files its claims against both Debtors out of an abundance of caution.

Although JPMCB purchased the assets of WMB, the Debtors have wrongfully refused to acknowledge that purchase in material respects, and have interfered with JPMCB's ability to use and enjoy the benefits of its purchase of those assets. On March 20, 2009, the Debtors jointly filed a complaint before the United States District Court for the District of Columbia (the "District Court") placing at issue a number of the claims and assets JPMCB acquired from the FDIC under the P&A Agreement (the "District Court Action"). On March 24, 2009, JPMCB filed its Complaint commencing Adversary Proceeding No. 09-50551-MFW (the "Adversary Proceeding") before the Bankruptcy Court seeking, among other things, declaratory relief regarding a number of the assets at issue in the District Court Action and to interplead any amounts that may be due from JPMCB to the Debtors. On March 30, 2009, JPMCB moved to intervene in the District Court Action.

JPMCB is submitting this and certain other proofs of claim to preserve JPMCB's right to distributions from the estate for (a) any amounts awarded as monetary damages to JPMCB in the District Court Action or the Adversary Proceeding; (b) the amounts paid or contributed by WMB or its subsidiaries on or prior to the Petition Date for the acquisition, creation or maintenance of various identified assets, including the assets at issue in the Adversary Proceeding; and (c) the amounts paid or contributed by JPMCB after the Petition Date on account of the assets at issue in the Adversary Proceeding or otherwise for costs and expenses arising on account of or relating to such estates, including without limitation, payments to or for

the benefit of participants in the pension, 401(k) and other benefit plans at issue. This claim, together with certain of the other claims of JPMCB that are filed in these Chapter 11 cases, is filed as (1) a secured claim under section 506(a) to the extent of any liabilities of JPMCB or any of its subsidiaries or affiliates to the Debtors or to the extent JPMCB or any of its subsidiaries or affiliates is secured, possesses a lien, or is entitled to a lien under contract, applicable non-bankruptcy law, or equity; (2) an administrative claim under section 503(b) for amounts paid by JPMCB or its subsidiaries, or damages to JPMCB resulting from acts or omissions of the Debtors, on or after the Petition Date; (3) a priority claim to the extent specified in each individual proof of claim; and (4) a general unsecured claim to the extent it is not deemed to be entitled to secured, priority or administrative status.

JPMCB believes that with respect to the assets at issue in the District Court Action or the Adversary Proceeding, ownership will be determined by the District Court or the Bankruptcy Court in those actions, as applicable. JPMCB hereby reserves all of its rights and remedies against the Debtors, including the right to continue the District Court Action and the Adversary Proceeding, to commence other actions or proceedings, to seek allowance and payment of administrative claims and amounts by application, motion or other appropriate proceeding before the Bankruptcy Court at any time, to request and seek adequate protection of JPMCB's interest in property, to seek relief from and request the lifting of the stay at any time, whether to permit the exercise of its rights of setoff, recoupment or other remedies or otherwise.

On the Petition Date, WMI claimed a total purported deposit liability of approximately $4,358,492,498 (the "Intercompany Amounts") identified on the books of the Affiliated Banks and associated with twenty-nine different account numbers in the name of WMI or one of its non-bank subsidiaries (the "Accounts"). According to WMI, the Intercompany Amounts represented deposits maintained by WMI and its non-banking subsidiaries at the Affiliated Banks, all as non-interest bearing demand deposit accounts. With the exception of signature cards for several of the smaller Accounts, JPMC has not located and believes there do not exist pre-petition any deposit account agreements, signature cards or any other documentation for the Accounts as deposit accounts.

On or about October 15, 2008, JPMCB and the Debtors entered into a stipulation with respect to the Accounts (the "Account Stipulation") that was filed with the Bankruptcy Court for approval. The Account Stipulation was ultimately withdrawn following objections filed by certain creditors of the Receivership and the FDIC and was never entered by the Bankruptcy Court. Pursuant to the Account Stipulation, and before it was withdrawn, JPMCB and the Debtors executed customary deposit account agreements regarding the Accounts on or about October 21, 2008 that provided, among other things, customary rights of setoff, recoupment and banker's liens to secure JPMCB's rights to recover claims JPMCB may have against the Debtors or their subsidiaries and affiliates from the funds in the Accounts. After the execution of the customary account agreement documents, JPMCB acceded to a request of the Debtors and the Official Committee of Unsecured Creditors (the "Committee") to agree to the accrual of interest on the Intercompany Amounts as a sign of good faith in the event that it were ultimately determined that any of the Intercompany Amounts were in fact deposit accounts, without prejudice to its rights. Similarly, JPMCB agreed to release $292 million of the Intercompany Amounts attributable to the Accounts of the non-debtor subsidiaries of WMI, without prejudice to its rights.

JPMCB agreed to those requests from the Debtors in good faith and on the understanding that the parties were working diligently to resolve open questions and issues with respect to the Intercompany Amounts. It did so in reliance on the Debtors' execution of account documentation for the Accounts that protected the interests of JPMCB, and on the understanding that the Debtors would respect those rights. However, on or about December 19, 2008, after obtaining from JPMCB the benefit of these concessions, the Debtors advised JPMCB that the execution of those deposit account agreements, was only in anticipation of the proposed Account Stipulation and, since that stipulation had never been approved, the execution and delivery of the agreements was in error, unauthorized and considered by the Debtors to be null, void and without legal effect. While JPMCB does not dispute that the Account Stipulation was never ordered, to the extent that such documentation is not effective, it should be ineffective for all parties and for all purposes, including the effectiveness of any post-petition book entries reflecting any portion of the Intercompany Amounts or Accounts as deposit liabilities and the release of any funds to the Debtors or their non-Debtor affiliates.

### Deposit Liabilities

JPMCB still has not discovered any pre-petition deposit account agreements, signature cards or other customary documentation for the Accounts as deposit accounts except for the few accounts described above, but to the extent the Intercompany Amounts in the Accounts assumed by JPMCB under the P&A are in fact deposit liabilities, WMI and its subsidiaries are expressly or otherwise bound by the standard terms and conditions for deposits at the Affiliated Bank. These Accounts were established by WMI or one of its non-bank subsidiaries at the Affiliated Banks pursuant to WMI's Internal Corporate Demand Deposit Account Establishment and Usage Policy (the "On-Us Policy"). According to that policy, WMB had the right to use the Intercompany Amounts for, among other things, processing and clearing transactions between WMB and WMI or their respective subsidiaries, customers, vendors, or investors, again raising the question of whether the Intercompany Amounts represented a continuing deposit liability or should be characterized as a capital contribution, a liquidity reserve or other form of intercompany advance to the Affiliated Banks.

WMI and the Affiliated Banks maintained a detailed, forty-page policy, named the Master Business Account Disclosures and Regulations (the "MBA Policy"), that operated as a contract setting forth the terms and conditions governing all deposit accounts established at the Affiliated Banks. The MBA Policy contained, among other things, a self-executing clause that made the terms of the policy binding upon all depositors, even those who did not expressly give permission, through consent implied by the opening and continued use of the deposit account. The MBA Policy and its terms and conditions apply to and govern any accounts that are in fact deposit accounts at the Affiliated Banks, including the Accounts to the extent any are deposit accounts. The MBA Policy expressly grants the Affiliated Banks a right to offset any and all claims against all deposit account liabilities. Specifically, the MBA Policy provides, "you agree we have the right to offset any account or asset of yours then held by us, by our sister bank, or any subsidiary of ours or our sister bank." Said differently, to the extent the Accounts and the Intercompany Amounts contained therein are deposit liabilities of the Affiliated Banks, the MBA Policy created a broad contractual right of setoff against the Accounts and the Intercompany Amounts for the benefit of the Affiliated Banks and their subsidiaries. Whether pursuant to the

-3-

MBA Policy or otherwise, under applicable law, JPMCB has a security interest in, lien rights against and rights of set off and recoupment against the Intercompany Amounts.

### JPMCB's Express Security Interest

WMI entered into at least two security agreements with WMB, copies of which are attached hereto (the "Security Agreements"). Pursuant to the Security Agreements, WMI granted a security interest in and lien upon at least two accounts to WMB—Account No. 177-8911206 and Account No. 314-197966-3.

JPMCB believes that its secured claims against Account No. 177-8911206 exceed the balance therein. With respect to Account No. 314-197966-3, JPMCB is entitled to recover any amounts WMI may owe under that certain Indemnification and Collateral Account Pledge and Security Agreement, dated March 1, 2006 (the "Indemnification Agreement"), between WMI and WMB, pursuant to which WMI agreed to indemnify WMB and its subsidiaries for certain liabilities of Long Beach Mortgage Company, a Delaware corporation ("Long Beach"). At the time the parties entered into the Indemnification Agreement, Long Beach became a wholly owned subsidiary of WMB in a series of reorganization transactions. As a condition to its receipt of regulatory approval of the reorganization transactions, WMI indemnified WMB for certain future Long Beach liabilities and secured its indemnification obligations by establishing a blocked deposit account (the "Pledged Account") with WMB. WMI granted WMB a security interest in the Pledged Account and all deposits credited thereto, which JPMCB believes do not exceed $750,000.

### The September $3.67 Billion Book Entry Transfer for Account No. 44100000064234

WMI has asserted that JPMCB is liable for a WMI deposit account allegedly maintained at WMB as of the Petition Date and identified as Account No. 44100000064234. It appears that neither WMBfsb nor JPMCB ever received cash or other funds at any time from or after the establishment of that account. Accordingly, even if that account were a deposit account, JPMCB is not liable therefor and is entitled to recover and recoup the full balance claimed for WMI's failure to deposit funds.

The Debtor has been receiving monthly statements reflecting the account due to its agreement to the terms of the Account Stipulation and the deposit agreements that provide JPMCB on behalf of itself and its affiliates and subsidiaries with broad post-petition lien rights and rights of set off and recoupment resulted in the entry of the $3.67 Billion Book Entry Transfer as a deposit liability on the books and records of JPMCB. Having executed the standard deposit agreements with JPMCB necessary to have this account reflected as a deposit at JPMCB, WMI should be estopped from taking the position that these account agreements were a mistake and not binding on it or from enjoying the benefit of having the Accounts reflected as deposit liabilities free of the lien and setoff rights created by those very same agreements. To the extent that any post-petition book entry is considered as relevant to the status of the purported deposit, any such resulting deposit should similarly be considered subject to the depository institution's rights, including post-petition contractual and statutory rights of setoff, that accompany the post-petition deposit.

-4-

**The Tax Refunds in the Accounts**

A substantial portion of the Intercompany Amounts were, at the time of the Receivership and the Petition Date, in fact the property of the Affiliated Banks, representing tax payments made by the Affiliated Banks either as (i) accelerated payments of amounts previously claimed by WMI against the Affiliated Banks purportedly for taxes paid in prior years by WMI on behalf of the Affiliated Banks; or (ii) amounts transferred to WMI in payment of estimated or actual 2008 taxes. JPMCB believes those payments totaled at least $922 million between August 19 and September 19, 2008.

In addition, after the Petition Date, an amount equal to at least $248 million of tax refunds due to WMB—the rights to which were purchased by JPMCB as assets of WMB (the "Tax Refunds Received")—were paid to WMI. An amount equal to at least approximately $234 million of the Tax Refunds Received are included in the balance of the Intercompany Amounts and the Accounts and should be paid over to JPMCB as the lawful owner of those funds.

The Tax Refunds Received should not have been, and at various times were not in fact, recorded in any way as a deposit liability. The Tax Refunds Received were and are property of JPMCB purchased under the P&A Agreement.

The following documents, all of which are attached to the Declaratory Relief Complaint are submitted in support of this claim:

- Exhibit A: List of the Accounts provided to JPMCB by WMI shortly after the Petition Date.

- Exhibit B: Account Stipulation, dated October 15, 2008, by and between JPMCB and the Debtors.

- Exhibit C: Deposit Account Agreements, dated on or about October 21, 2008, executed by Debtors for the Accounts.

- Exhibit D: WMI's Internal Corporate Demand Deposit Account Establishment and Usage Policy (the "On-Us Policy").

- Exhibit E: WaMu's Master Business Account Disclosures and Regulations (the "MBA Policy").

- Exhibit F: Security Agreement for Account No. 177-8911206.

- Exhibit G: General Ledger Journal Entry for $3.67 Billion Book Entry Transfer.

- Exhibit H: On-Us Elevation Reports for August, September and October of 2008.

- Exhibit I: Tax related support.

- Exhibit J: Form of Indemnification and Collateral Account Pledge and Security Agreement, dated March 1, 2006.

Assertion of this proof of claim, and any election, exercise or grant of any rights or remedies referred to, implied by or set forth in this claim does not, and is not intended to, preclude the election, exercise or grant of any other rights or remedies that may now or subsequently exist in law, in equity, by statute or otherwise. The identification or enumeration of JPMCB's rights and remedies set forth in this claim is not intended to be and should not be deemed to be exhaustive or to preclude JPMCB from asserting specific claims or counterclaims for as-yet unliquidated, unmatured or contingent claims currently known or unknown, including without limitation, indemnification, contribution, and/or reimbursement from the Debtors for any claims of third parties that may be asserted against JPMCB.

JPMCB reserves all rights to amend, augment, supplement, reduce or withdraw, in whole or in part, this proof of claim, including, without limitation, to: cure a defect in the original claim, correct the claim amount or priority status, include additional supporting documents, describe the claim in greater detail, add additional claims presently unknown to JPMCB that, if known, could have affected this claim or resulted in the assertion of additional damages. In addition, nothing herein shall be deemed to waive or otherwise affect the rights of any other person, including without limitation, the FDIC, to make claims similar to or parallel with this claim.

In some instances, supporting documents identified herein as relating to claims have not been submitted herewith because (i) the specific documents identified are voluminous and either believed to already be in the Debtors' possession, or of such quantity that their submission herewith would be administratively impracticable, (ii) such documents are subject to confidentiality restrictions or some other agreement or restriction binding on JPMCB that prevents their lawful inclusion in a filing of this nature without additional steps being taken to assure they are provided under seal or otherwise in compliance with law and any agreements binding on JPMCB, and (iii) of JPMCB's limited familiarity at this point in time with the extensive books and records of WMB acquired from the FDIC and time constraints resulting from the claims deadline. In each such case, JPMCB includes herein a detailed reference, and in some cases a description and summary, of documents identified to date by JPMCB on which the claim is based. Any party in interest seeking additional access to or copies of such documents or other related information may contact Cecelia Rodine at JPMorgan Chase & Co., Legal & Compliance Department, 1 Chase Manhattan Plaza, 25th Floor, Mail Code: NY1-A425, New York, New York 10081 with respect thereto.

Nothing in this claim describing or in any way relating to property in which the Debtors now or hereafter may assert an interest shall be construed or deemed in any way as evidence that such assets are property of the estate or an admission that the Debtors have any rights in such property. This claim is submitted to assert and preserve this claim in the Debtors' pending bankruptcy cases, and neither the submission of this claim, nor any provision hereof or statement herein shall be construed or deemed to be evidence that JPMCB or any other person has waived or intends to waive any rights or claims afforded it under the P&A Agreement, any other agreement with persons other than the Debtors, or as may otherwise be available under applicable law, including, without limitation, the Bankruptcy Code.

-6-

# EXHIBIT A

## Washington Mutual Inc and Subsidiaries
### JPM Bank Accounts - Post 09/26/2008

| Legal Entity Name | Federal ID # | Co. No. | DDA No. | 9/26/2008 |
|---|---|---|---|---|
| Washington Mutual Inc. | 91-1653725 | 70 | 179-1650066-7 | 261,346,985 |
| Washington Mutual Inc. | 91-1653725 | 70 | 441-006423-4 | 3,667,843,173 |
| Washington Mutual Inc. | 91-1653725 | 70 | 177-891120-6 | 52,659,715 |
| Washington Mutual Inc. | 91-1653725 | 70 | 181-252962-6 | 4,650 |
| Washington Mutual Inc. | 91-1653725 | 70 | 314-197966-3 | 747,799 |
| WMI Investment Corp (fka WAMU Investments Corp) | 20-5885395 | 407 | 314-197470-4 | 53,493,453 |
| | | | | 4,036,195,775 |
| **Debtor Companies** | | | | |
| Great Western Service Corp. No. 2 | 95-4133223 | 113 | 095-014218-4 | 2,048,894 |
| Washington Mutual Finance Group, LLC | 59-3637422 | 422 | 441-006352-5 | 1,832,765 |
| Washington Mutual Finance Group, LLC | 59-3637422 | 422 | 314-197787-3 | - |
| WaMu 1031 Exchange (fka TIMCOR Exchange) - General | 20-4242004 | 481 | 440-043509-9 | - |
| WaMu 1031 Exchange (fka TIMCOR Exchange) - Deposit | 20-4242004 | 481 | 440-043508-1 | 64,874 |
| WaMu 1031 Exchange (fka TIMCOR Exchange) - MM Acct | 20-4242004 | 481 | 342-890084-4 | 29,764,197 |
| WM Mortgage Reinsurance Company, Inc. | 98-0347524 | 136 | 179-170835-9 | 158,388 |
| Marion Insurance Company Inc. | 91-2006036 | 139 | 179-170773-1 | 37,862 |
| WM Aircraft Holdings, LLC | 91-2092536 | 141 | 179-170716-7 | 25,493,030 |
| Ahmanson Developments Inc. | 85-2759479 | 231 | 195-072341-1 | 1,625,243 |
| Ahmanson GGC LLC | 91-1984608 | 240 | 195-023628-2 | 74,623,241 |
| Ahmanson Residential Development | 95-4386137 | 247 | 195-072342-9 | 3,097,989 |
| ACD2 | 95-4386136 | 248 | 195-072348-7 | 41,813 |
| Sutter Bay LLC | 91-1984607 | 253 | 195-072349-5 | 93,996,770 |
| Sutter Bay Corp. | 95-4605800 | 255 | 195-023629-0 | 62,490,542 |
| Flower Street Corp. | 95-4605799 | 256 | 195-023630-7 | 13,166,938 |
| ACD4 | 95-4466602 | 258 | 195-072344-5 | 282 |
| ACD3 | 95-4466606 | 260 | 195-072346-1 | 73,356 |
| Ahmanson Residential 2 | 95-4466607 | 261 | 195-072347-9 | 1,677 |
| Ahmanson Obligation Company | 95-4385770 | 275 | 876-483771-9 | 11,566,788 |
| Riverpoint Associates | 85-4234896 | 280 | 195-023632-3 | 2,106,996 |
| Riverpoint Associates | 85-4234896 | 280 | 179-170367-2 | 105,000 |
| WMI Rainier LLC | 20-4753452 | 462 | 314-197966-7 | - |
| **Non-debtor Companies** | | | | 322,296,723 |

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------x
:
*In re*                                            :          Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1]            :
:          Case No. 08-12229 (MFW)
:
Debtors.                                           :          (Jointly Administered)
:
---------------------------------------------------x

### STIPULATION BY AND BETWEEN DEBTORS AND
### JPMORGAN CHASE BANK, N.A. CONCERNING CERTAIN ACCOUNTS

Washington Mutual, Inc. ("WMI") and WMI Investment Corporation ("WMI Investment"

and together with WMI, collectively, the "Debtors"), as debtors and debtors in possession, and

JPMorgan Chase Bank, N.A. ("Chase" and together with the Debtors, collectively, the "Parties"),

hereby submit this Stipulation By And Between Debtors And JPMorgan Chase Bank, N.A. (the

"Stipulation"), and in support thereof, respectfully stipulate as follows:

## RECITALS

WHEREAS, on September 25, 2008, the Federal Deposit Insurance Corporation (the

"FDIC"), in its corporate capacity and as receiver of Washington Mutual Bank, Henderson, Nevada

("WMB") and Chase entered into that certain Purchase and Assumption Agreement, Whole Bank,

dated as of September 25, 2008 (the "Purchase Agreement"), which Purchase Agreement is publicly

available at http://www.fdic.gov/about/freedom/popular.html;

WHEREAS, on September 26, 2008 (the "Commencement Date"), each of the Debtors

commenced with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy

---

[1]     The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax
identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).
The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

NY2:\1926411\08\J5@FF08! DOC\79831 0003

Court") a voluntary case (collectively, the "Bankruptcy Cases") pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, as of the date hereof, the Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, the books and records transferred to Chase in connection with the Purchase Agreement reflect the accounts (the "Accounts") and balances (the "Funds") specified on Exhibit A hereto, at least one of which Chase asserts is subject to an Account Security Agreement, dated as of May 31, 2002 (the "Security Agreement"), with respect to certain intercompany obligations between WMI and WMB;

WHEREAS, Chase and Washington Mutual Bank fsb ("WMBfsb" and together with Chase, "JPM") assert that they have not located, other than with respect to a limited number of Accounts, any deposit account agreements establishing the Accounts, any other agreements regarding the maintenance of or withdrawals from the Accounts or any signature cards or other specification of any authorized signatories with respect to the Accounts;

WHEREAS, JPM has been and still is engaged in the transition of the operations it acquired on September 25, 2008 under the Purchase Agreement, including working with the FDIC, closing the books of WMB as required under the Purchase Agreement, and transitioning and integrating the customers, employees and vendors of WMB and WMBfsb into JPM;

WHEREAS, in addition to the transition of WMB's and WMBfsb's operations, the Debtors and JPM have been cooperating to provide information requested by the Debtors in connection with the Bankruptcy Cases and to facilitate the operations of the Debtors, WMB and WMBfsb, including providing information regarding creditors and the Accounts;

WHEREAS, JPM asserts that it has not had the opportunity to fully evaluate the nature or extent of the rights, if any, JPM may have (including as a result of the Purchase Agreement) with respect to setoff, statutory bankers' liens, intercompany agreements, or otherwise;

WHEREAS, the Debtors continue to evaluate the information provided by JPM on Exhibit A;

WHEREAS, the Debtors assert that the Funds in the Accounts are the deposits of the Debtors and the Debtors' non-bank subsidiaries and have requested that JPM release the Funds from the Accounts and transfer them to other accounts of the Debtors not held with Chase or with WMBfsb;

WHEREAS, Chase is a national banking association and, accordingly, the withdrawal of funds from an account at Chase is subject to customary regulatory policies and procedures; and

WHEREAS, JPM is prepared to accede to the Debtors' request, provided that (a) the Debtors comply with the requirements for the transfer specified in paragraph 2 below; and (b) any right, title, priority or other interest, if any, that JPM may have (including as a result of the Purchase Agreement) in connection with the Accounts and the Funds contained therein is preserved upon the terms and conditions specified in this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED AND AGREED AS FOLLOWS:**

1.   JPM and the Debtors agree that, upon execution, delivery and approval of the deposit account documentation specified in paragraph 2 and the approval of this Stipulation by the Bankruptcy Court, the Funds in the Accounts (each as identified on Exhibit A) are agreed to be deposit accounts of the Debtors and the Debtors' non-bank subsidiaries.

2.   Within one (1) business day following entry of an order approving this Stipulation, JPM shall transfer the Funds from the Accounts as the Debtors, in their sole and absolute discretion, may direct; provided, however, that the Debtors comply with the procedures required in connection with such a transaction, including, but not limited to, delivering to JPM (a) certified resolutions from

the respective boards of directors of each entity listed as a depositor for the Accounts that (i) designate and approve the signatories for such Accounts and (ii) approve the transfer of the Funds, any related transactions and the execution of all related documentation, including deposit account agreements (to the extent deposit account agreements for such Accounts have not been located) in the form customary and standard for deposit accounts of WMB and WMBfsb (as of the date prior to the Commencement Date) providing for customary setoff and bankers rights, which documentation is and shall be deemed to be effective at all relevant times from and after the establishment of each of the Accounts, (b) authorized, verified and executed signature cards containing an IRS Form W-9 certification in the case of interest-bearing Accounts and instructions for each of the Accounts, (c) executed incumbency certificates for each authorized signatory, (d) the desired transaction instructions (e.g., specify the (i) Account to be debited; (ii) amount to be debited from each Account; (iii) name of institution receiving the Funds; and (iv) ABA, routing, and account numbers of the assuming institution), and (e) such other information or documentation as may be reasonably required to effectuate the withdrawals and transfers of the Funds from the Accounts; and provided, further, that, notwithstanding the foregoing, without the express consent of JPM, the Debtors shall not request the transfer of the Funds in the Account subject to the Security Agreement. All Funds in the Account subject to the Security Agreement shall be in compliance with section 345 of the Bankruptcy Code.

3.      Prior to and after the transfer thereof, the Funds will remain subject to all claims, rights and remedies, if any, that JPM may have including (a) those arising under or related to the Purchase Agreement and the Security Agreement, (b) any available right of setoff, recoupment or other remedy, including such rights under customary deposit account agreements now existing or executed in connection with the withdrawal of the Funds from the Accounts under this Stipulation and (c) any statutory bankers' lien with respect to the Funds or the Accounts, in each case as if the

Funds had not been transferred and had remained on deposit in the Accounts at JPM.

4.    As adequate protection for any claims that would have been entitled to be paid or to priority by way of setoff, recoupment or lien rights, or pursuant to the Security Agreement, against the Accounts held by Chase or the Accounts held by WMBfsb, the Debtors hereby grant (subject to Bankruptcy Court approval) to Chase or to WMBfsb, as applicable, a replacement lien in the respective Funds from such Accounts transferred in the new accounts and in any successive accounts into which such Funds may be transferred, with such replacement lien to have the same force, effect, validity and priority as any setoff or lien rights would have had in such Funds and such Accounts had such Funds and such Accounts continued to be maintained where and as they were on the Commencement Date.  In the event such Funds are utilized by the Debtors for other purposes and the replacement lien approved by the Bankruptcy Court is insufficient to pay any claim as to which WMBfsb or Chase would have had a valid and enforceable right of setoff, recoupment or statutory lien on the Funds in the Accounts held by Chase or WMBfsb, as applicable, on the Commencement Date, Chase or WMBfsb shall be entitled to adequate protection thereof and to seek payment of an administrative claim under section 503(b)(1) of the Bankruptcy Code in the amount of any such shortfall.

5.    Notwithstanding the foregoing provisions, the replacement liens provided to Chase and WMBfsb shall not preclude the Debtors from using the Funds to pay administrative expenses or make distributions under a chapter 11 plan and such replacement liens shall not encumber any amounts paid to third parties or distributed to creditors of the Debtors, whether pursuant to a chapter 11 plan or otherwise; provided that JPM may seek a determination at any time regarding the rights, claims and remedies reserved under this Stipulation.

6.    Nothing in this Stipulation shall be deemed to constitute a waiver of any claim, right

or defense of the Debtors (or any of their non-bank subsidiaries), including, without limitation, as to

the nature, amount or priority of any claim asserted by Chase or WMBfsb or the entitlement of Chase

or WMBfsb to any right of setoff, recoupment, or statutory banker's lien in these cases. Furthermore,

nothing in this Stipulation shall be deemed to constitute a waiver of any claim, right or defense of

Chase or WMBfsb, including, without limitation, any objection Chase or WMBfsb may have to a use

of the Funds out of the ordinary course of the business of the Debtors and any objection to any

proposed plan of reorganization, including any use of the Funds therein or the confirmation thereof.

7.     The Parties agree that, prior to the effectiveness of the Purchase Agreement, Chase had

no relationship with or access to the Funds in the Accounts.

8.     This Stipulation is without prejudice to the rights of (i) the Debtors to identify

additional accounts at Chase or WMBfsb, or demonstrate that the Accounts have more Funds than

specified on Exhibit A and (ii) JPM to contest the existence of additional accounts at Chase or

WMBfsb, or additional amounts in the Accounts.

9.     Any provision of this Stipulation may be amended if, and only if, such amendment is

in writing and is signed by all the Parties hereto.  Material amendments must be approved by the

Bankruptcy Court.

10.     Whether or not this Stipulation is approved by the Bankruptcy Court, nothing

contained herein may be used as, or deemed to be, an admission of liability of any party with respect

to any matter.

11.     This Stipulation may be executed in one or more counterparts, each of which shall be

deemed an original, but all of which together shall constitute but one and the same document.

12.     The Parties hereto represent and warrant to each other that: (i) they are authorized to

execute this Stipulation; (ii) each has full power and authority to enter into and perform in accordance

with the terms of this Stipulation (subject to Bankruptcy Court approval); and (iii) this Stipulation is duly executed and delivered and constitutes a valid and binding agreement in accordance with its terms (subject to Bankruptcy Court approval).

13.    This Stipulation shall become effective immediately upon entry of an order approving the Stipulation by the Bankruptcy Court in form and substance acceptable to the Debtors and JPM.

Dated:  Wilmington, Delaware
        October ___, 2008

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

-and-

**SULLIVAN & CROMWELL LLP**
Hydee R. Feldstein, Esq.
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Robinson B. Lacy, Esq.
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to JPMorgan Chase Bank, N.A.*

RICHARDS, LAYTON & FINGER, P.A.

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
One Rodney Square
902 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**WEIL, GOTSHAL & MANGES LLP**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Debtors*

## Exhibit A

| Account Number | Balance in Account as of September 30, 2008 |
|---|---|
| xxxxxx1206 | $52,600,201.01 |
| xxxxxx0844 | $38,321,197.03 |
| xxxxxx4234 | $3,667,943,172.50 |
| xxxxxx2184 | $2,048,993.84 |
| xxxxxx3525 | $1,881,775.10 |
| xxxxxx0667 | $264,068,186.05 |
| xxxxxx9626 | $4,650.22 |
| xxxxxx9663 | $747,799.23 |
| xxxxxx8359 | $167,040.92 |
| xxxxxx7731 | $140,775.81 |
| xxxxxx7187 | $25,493,030.18 |
| xxxxxx3411 | $1,625,209.48 |
| xxxxxx6282 | $74,623,240.91 |
| xxxxxx3429 | $3,097,999.14 |
| xxxxxx3487 | $41,812.64 |
| xxxxxx3495 | $93,996,770.14 |
| xxxxxx6290 | $62,490,542.45 |
| xxxxxx6307 | $13,166,938.46 |
| xxxxxx3445 | $281.83 |
| xxxxxx3461 | $73,356.39 |
| xxxxxx3479 | $1,676.99 |
| xxxxxx7719 | $11,566,787.62 |
| xxxxxx6323 | $2,108,985.71 |
| xxxxxx3672 | $105,000.00 |
| xxxxxx7873 | $2,393,845.53 |
| xxxxxx9697 | $0.00 |
| xxxxxx4704 | $53,145,275.33 |
| xxxxxx5081 | $2,900,309.33 |
| xxxxxx5099 | $0 |

# EXHIBIT C

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT<br>B3 | FC NUMBER<br>9909 | ACCOUNT NUMBER<br>179-00001650667 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
WASHINGTON MUTUAL, INC.

**2. ACCOUNT TITLE**
Attn: Treasury Accgt/Lulu St John

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET<br>1301 2nd Avenue, WMC1411 | CITY<br>Seattle | STATE<br>WA | ZIP<br>98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID<br>91-1653725 | CONTACT PERSON<br>Lulu St John | BUSINESS PHONE<br>206-302-4232 |
|---|---|---|

| DATE OPENED<br>06/17/2002 | BY | TAX LINK | DATE CHANGED<br>08/12/2008 | |
|---|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:        Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**
1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).
The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _____ | Thumb Print | X _____ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

| X _____ | Thumb Print | X _____ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B3 | 9909 | 0195-0000072348-7 |

**1. ACCOUNT TITLE**
A C D 2

**2. ACCOUNT TITLE**
C/O REO-REI ACCTG NATIONAL OPS CENTER

**3. ACCOUNT TITLE**
M/S 3545 BOTX

**4. ACCOUNT TITLE**

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 555 Dividend Drive, Ste 150 | Coppell | TX | 75019 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 95-4478213 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED 05/25/1999 | BY | TAX LINK | DATE CHANGED 10/20/2008 |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:                Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box                Thumb Print

X _____
Please sign within the box                Thumb Print

X _____
Please sign within the box                Thumb Print

X _____
Please sign within the box                Thumb Print

4438 (06/08)

**Washington Mutual, a division of JPMorgan Chase Bank, National Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B6 | | FC NUMBER 9909 | ACCOUNT NUMBER 0342-0000890084-4 |
|---|---|---|---|---|---|

**1. ACCOUNT TITLE**
WAMU 1031 EXCHANGE

**2. ACCOUNT TITLE**
MMKT ITF VARIOUS INVESTORS

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET 3601 N Aviation Blvd, Suite 1000 | CITY Manhattan Beach | STATE CA | ZIP 90266 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID 20-4242904 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 10/31/2006 | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type: Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____  
Please sign within the box     Thumb Print

X _____  
Please sign within the box     Thumb Print

X _____  
Please sign within the box     Thumb Print

X _____  
Please sign within the box     Thumb Print

4438 (06/06)

C94

Washington Mutual, a division of
JPMorgan Chase Bank, National
Association
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 179-00001650667 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
WASHINGTON MUTUAL, INC.

**2. ACCOUNT TITLE**
Attn:  Treasury Accgt/Lulu St John

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET 1301 2nd Avenue, WMC1411 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | | VERIFICATION STATUS |
|---|---|---|---|

| TAX ID 91-1653725 | CONTACT PERSON Lulu St John | | BUSINESS PHONE 206-302-4232 |
|---|---|---|---|

| DATE OPENED 06/17/2002 | BY | TAX LINK | DATE CHANGED 08/12/2008 |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:     Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above.  In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box          Thumb Print

X _____
Please sign within the box          Thumb Print

X _____
Please sign within the box          Thumb Print

X _____
Please sign within the box          Thumb Print

4438 (06/08)

C95

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B3 | 9909 | 0195-0000072348-7 |

**1. ACCOUNT TITLE**
A C D 2

**2. ACCOUNT TITLE**
C/O REO-REI ACCTG NATIONAL OPS CENTER

**3. ACCOUNT TITLE**
M/S 3545 BOTX

**4. ACCOUNT TITLE**

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 555 Dividend Drive, Ste 150 | Coppell | TX | 75019 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 95-4478213 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 05/26/1999 | | | 10/20/2008 |

The account opened under this Master Account Agreement shall be of the following type:     Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box                     Thumb Print

X _____
Please sign within the box                     Thumb Print

X _____
Please sign within the box                     Thumb Print

X _____
Please sign within the box                     Thumb Print

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

BUSINESS
MASTER ACCOUNT AGREEMENT

| COMP NO. | OWN CODE | PRODUCT B6 | FC NUMBER 9909 | ACCOUNT NUMBER 0342-0000890084-4 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
WAMU 1031 EXCHANGE

**2. ACCOUNT TITLE**
MMKT ITF VARIOUS INVESTORS

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET 3601 N Aviation Blvd, Suite 1000 | CITY Manhattan Beach | STATE CA | ZIP 90266 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|

| TAX ID 20-4242904 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 10/31/2006 | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type: 　　Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box　　　　　Thumb Print

X _____
Please sign within the box　　　　　Thumb Print

X _____
Please sign within the box　　　　　Thumb Print

X _____
Please sign within the box　　　　　Thumb Print

4438 (08/08)

Washington Mutual, a division of
JPMorgan Chase Bank, National
Association
(the "Bank")

BUSINESS
MASTER ACCOUNT AGREEMENT

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|----------|----------|---------|-----------|----------------|
|          |          | B5      | 9909      | 0440-0000043508-1 |

**1. ACCOUNT TITLE**
WAMU 1031 EXCHANGE

**2. ACCOUNT TITLE**
MMKT ITF VARIOUS INVESTORS

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|------------------|------|-------|-----|----------|---------|
| 3601 N Aviation Blvd, Suite 1000 | Manhattan Beach | CA | 90266 | | |

| IDENTIFICATION | VERIFICATION STATUS |
|----------------|---------------------|

| TAX ID | CONTACT PERSON | BUSINESS PHONE |
|--------|----------------|----------------|
| 20-4242904 | | |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|-------------|-----|----------|--------------|
| 08/29/2006 | | | |

The account opened under this Master Account Agreement shall be of the following type:  Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products , services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

4438 (06/08)

C98

**Washington Mutual, a division of JPMorgan Chase Bank, National Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT 83 | FC NUMBER 9909 | ACCOUNT NUMBER 0195-0000072347-9 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
AHMANSON RESIDENTIAL DEVELOPMENT 2

**2. ACCOUNT TITLE**
BANK RECON N080101

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS - STREET 9401 Oakdale Drive | CITY Chatsworth | STATE CA | ZIP 91311 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID 95-4466607 | CONTACT PERSON Bill Longbrake | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 05/25/1999 | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:  Ownership/Subownership Code:

**This type of account is described in the Account Disclosures and Regulations.**

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION -- UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).
The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X | Thumb Print | X | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

| X | Thumb Print | X | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

4438 (06/08)

Washington Mutual, a division of
JPMorgan Chase Bank, National
Association
(the "Bank")

| COMP. NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B5 | 9909 | 0440-0000043509-9 |

**1. ACCOUNT TITLE**
WAMU 1031 EXCHANGE

**2. ACCOUNT TITLE**
DISBURSEMENT ACCOUNT

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS . STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 3601 N Aviation Blvd, Suite 1000 | Manhattan Beach | CA | 90266 | | |

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|
| 20-4242904 | | |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 08/29/2006 | | | |

The account opened under this Master Account Agreement shall be of the following type:    Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box [ ] if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above.  In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X | | X | |
|---|---|---|---|
| Please sign within the box | Thumb Print | Please sign within the box | Thumb Print |

| X | | X | |
|---|---|---|---|
| Please sign within the box | Thumb Print | Please sign within the box | Thumb Print |

4438 (06/08)

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT 83 | FC NUMBER 9909 | ACCOUNT NUMBER 0195-0000072349-5 |
|---|---|---|---|---|

| 1. ACCOUNT TITLE |
|---|
| SUTTER BAY ASSOCIATES LLC |

| 2. ACCOUNT TITLE |
|---|
| C/O REO REI ACCTG NATIONAL OPS CENTER |

| 3. ACCOUNT TITLE |
|---|
| M/S 3545 BOTX |

| 4. ACCOUNT TITLE |
|---|

| ADDRESS , STREET 555 Dividend Drive | CITY Coppell | STATE TX | ZIP 75019 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| IDENTIFICATION | | | | VERIFICATION STATUS | |
| TAX ID 68-0203737 | CONTACT PERSON | | | BUSINESS PHONE | |
| DATE OPENED 05/25/1999 | BY | TAX LINK | DATE CHANGED 05/21/2007 | | |

The account opened under this Master Account Agreement shall be of the following type:  Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.
2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.
3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____     X _____
Please sign within the box      Thumb Print      Please sign within the box      Thumb Print

X _____     X _____
Please sign within the box      Thumb Print      Please sign within the box      Thumb Print

4438 (06/08)

**Washington Mutual, a division of JPMorgan Chase Bank, National Association**
(the "Bank")

| COMP. NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 83 | | 9909 | 0195-000072341-1 |

| 1. ACCOUNT TITLE |
|---|
| AHMANSON DEVELOPMENTS IINC. |

| 2. ACCOUNT TITLE |
|---|
| C/O REO-REI ACCTG NATIONAL OPS CENTER |

| 3. ACCOUNT TITLE |
|---|
| MS 3545 BPTX |

| 4. ACCOUNT TITLE |
|---|
| |

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 555 Dividend Drive, Ste 150 | Coppell | TX | 75019 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 95-2758479 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 05/25/1999 | | | 02/24/2005 |

The account opened under this Master Account Agreement shall be of the following type:          Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more then one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X | Thumb Print |
|---|---|
| Please sign within the box | |

| X | Thumb Print |
|---|---|
| Please sign within the box | |

| X | Thumb Print |
|---|---|
| Please sign within the box | |

| X | Thumb Print |
|---|---|
| Please sign within the box | |

4438 (06/08)

Washington Mutual, a division of
JPMorgan Chase Bank, National
Association
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | 83 | 9909 | 0195-0000023828-2 |

**1. ACCOUNT TITLE**
AHMANSON GGC LLP

**2. ACCOUNT TITLE**
BANK RECON N080101

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 9401 Oakdale Avenue | Chatsworth | CA | 91311 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|

| TAX ID | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|
| 95-4385704 | Rita Jorgensen | |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 06/04/1999 | | | |

The account opened under this Master Account Agreement shall be of the following type:      Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor or Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _____ | X _____ |
|---|---|
| Please sign within the box          Thumb Print | Please sign within the box          Thumb Print |

| X _____ | X _____ |
|---|---|
| Please sign within the box          Thumb Print | Please sign within the box          Thumb Print |

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT<br>B3 | FC NUMBER<br>9909 | ACCOUNT NUMBER<br>0195-0000072346-1 |
|---|---|---|---|---|

| 1. ACCOUNT TITLE |
|---|
| A C D 3 |

| 2. ACCOUNT TITLE |
|---|
| C/O REO-REI ACCTG NATIONAL OPS CENTER |

| 3. ACCOUNT TITLE |
|---|
| M/S 3545 BOTX |

| 4. ACCOUNT TITLE |
|---|

| ADDRESS : STREET<br>555 Dividend Drive, Ste 150 | CITY<br>Coppell | STATE<br>TX | ZIP<br>75019 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID<br>95-4466606 | | CONTACT PERSON | | BUSINESS PHONE |
|---|---|---|---|---|

| DATE OPENED<br>05/25/1999 | BY | TAX LINK | DATE CHANGED<br>11/14/2005 | |
|---|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:

Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to this any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we, agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

4438 (06/08)

Washington Mutual, a division of
JPMorgan Chase Bank, National
Association
(the "Bank")

BUSINESS
MASTER ACCOUNT AGREEMENT

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 0876-0000483771-9 |
|---|---|---|---|---|

| 1. ACCOUNT TITLE |
|---|
| AHMANSON OBLIGATION COMPANY |

| 2. ACCOUNT TITLE |
|---|
| ATTN: LOURDES ST JOHN |

| 3. ACCOUNT TITLE |
|---|
| TREASURY ACCOUNTING WMC1411 |

| 4. ACCOUNT TITLE |
|---|
|  |

| ADDRESS : STREET 1301 2nd Avenue FL 14 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| IDENTIFICATION | | | | VERIFICATION STATUS | |

| TAX ID 95-4365770 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 08/07/1997 | BY | TAX LINK | DATE CHANGED 08/15/2007 |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:　　Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).
The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____　Thumb Print
Please sign within the box

X _____　Thumb Print
Please sign within the box

X _____　Thumb Print
Please sign within the box

X _____　Thumb Print
Please sign within the box

4438 (08/08)

C105

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | | FC NUMBER | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|---|---|
| | | B3 | | 9909 | | 0195-0000072342-9 | |

| 1. ACCOUNT TITLE |
|---|
| AHMANSON RESIDENTIAL DEVELOPMENT |

| 2. ACCOUNT TITLE |
|---|
| C/O REO-REI ACCTG NATIONAL OPS CENTER |

| 3. ACCOUNT TITLE |
|---|
| MS 3545 BPTX |

| 4. ACCOUNT TITLE |
|---|

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 555 Dividend Drive, Ste 150 | Coppell | TX | 75019 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 95-4388137 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED 05/25/1999 | BY | TAX LINK | DATE CHANGED 02/24/2005 | |
|---|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type: Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _____ | Thumb Print | X _____ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

| X _____ | Thumb Print | X _____ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B3 | 9909 | 0179-0000170718-7 |

| 1. ACCOUNT TITLE |
|---|
| WM AIRCRAFT HOLDINGS LLC |

| 2. ACCOUNT TITLE |
|---|
| ATTN: GENERAL ACCOUNTING |

| 3. ACCOUNT TITLE |
|---|
| MAILSTOP WMC3701 |

| 4. ACCOUNT TITLE |
|---|
| |

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 1301 2nd Avenue | Seattle | WA | 98101 | | |

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|
| | |

| TAX ID | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|
| 91-2092536 | | |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 01/26/2001 | | | |

The account opened under this Master Account Agreement shall be of the following type:                Ownership/Subownership Code:

**This type of account is described in the Account Disclosures and Regulations.**

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

4436 (06/05)

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

*BUSINESS*
*MASTER ACCOUNT AGREEMENT*

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | 83 | 9909 | 0195-0000023629-0 |

| 1. ACCOUNT TITLE |
|---|
| SUTTER BAY CORPORATION |

| 2. ACCOUNT TITLE |
|---|
| C/O REO-REI ACCTG NATIONAL OPS CENTER |

| 3. ACCOUNT TITLE |
|---|
| MS 3545 BPTX |

| 4. ACCOUNT TITLE |
|---|
| |

| ADDRESS: 6TREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 555 Dividend Drive, Ste 150 | Coppell | TX | 75019 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 95-4605800 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 06/04/1999 | | | 11/13/2007 |

The account opened under this Master Account Agreement shall be of the following type:   Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.
2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.
3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**
1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).
The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _____ | Thumb Print | X _____ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

| X _____ | Thumb Print | X _____ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

4436 (06/08)

Washington Mutual, a division of
JPMorgan Chase Bank, National
Association
(the "Bank")

BUSINESS
MASTER ACCOUNT AGREEMENT

| COMP. NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | 83 | 9909 | 0195-0000023632-3 |

| 1. ACCOUNT TITLE |
|---|
| RIVERPOINT ASSOCIATES |

| 2. ACCOUNT TITLE |
|---|
| C/O LINDA BRILMAN CAS3080 |

| 3. ACCOUNT TITLE |
|---|
| |

| 4. ACCOUNT TITLE |
|---|
| |

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 4900 Rivergrade Road | Irwindale | CA | 91706 | | |

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|
| 95-4234896 | | |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 06/04/1999 | | | |

The account opened under this Master Account Agreement shall be of the following type:       Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above.  In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____          X _____
Please sign within the box          Thumb Print          Please sign within the box          Thumb Print

X _____          X _____
Please sign within the box          Thumb Print          Please sign within the box          Thumb Print

4438 (06/06)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B5 | 9909 | 0314-0000197787-3 |

| 1. ACCOUNT TITLE |
|---|
| WM FINANCE GROUP LLC |

| 2. ACCOUNT TITLE |
|---|
| C/O MONICA WANG MAILSTOP WMC1315 |

| 3. ACCOUNT TITLE |
|---|
| |

| 4. ACCOUNT TITLE |
|---|
| |

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 1301 2nd Avenue | Seattle | WA | 98101 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 59-3637422 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED 04/17/2007 | BY | TAX LINK | DATE CHANGED 07/03/2007 | |
|---|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:     Ownership/Subownership Code:

**This type of account is described in the Account Disclosures and Regulations.**

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claim must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS MADE TO AVOID BACKUP WITHHOLDING.

X _____     Thumb Print

Please sign within the box

X _____     Thumb Print

Please sign within the box

X _____     Thumb Print

Please sign within the box

X _____     Thumb Print

Please sign within the box

4438 (06/06)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 0179-0000170387-2 |
|---|---|---|---|---|

| 1. ACCOUNT TITLE | RIVERPOINT ASSOCIATES |
|---|---|

| 2. ACCOUNT TITLE | BANK RECON N110902 |
|---|---|

| 3. ACCOUNT TITLE | |
|---|---|

| 4. ACCOUNT TITLE | |
|---|---|

| ADDRESS : STREET 9200 Oakdale Road | CITY Chatsworth | STATE CA | ZIP 91311 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|

| TAX ID 95-4234896 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 11/09/2000 | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:          Ownership/Subownership Code:

**This type of account is described in the Account Disclosures and Regulations.**

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _____ | X _____ |
|---|---|
| Please sign within the box          Thumb Print | Please sign within the box          Thumb Print |

| X _____ | X _____ |
|---|---|
| Please sign within the box          Thumb Print | Please sign within the box          Thumb Print |

4438 (06/08)

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 0179-0000170773-1 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
MARION INSURANCE COMPANY INC.

**2. ACCOUNT TITLE**
OPERATING ACCOUNT

**3. ACCOUNT TITLE**
ATTN: BRENT NORWOOD

**4. ACCOUNT TITLE**

| ADDRESS : STREET 1301 2ⁿᵈ Avenue, Fl 13 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|

| TAX ID 91-2006036 | CONTACT PERSON Brent Norwood | BUSINESS PHONE 206-500-3282 |
|---|---|---|

| DATE OPENED 02/14/2001 | BY | TAX LINK | DATE CHANGED 05/28/2008 | |
|---|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:     Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the 'Bank')

| COMP NO. | OWN CODE | PRODUCT 83 | FC NUMBER 9909 | ACCOUNT NUMBER 0195-0000023630-7 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
FLOWER STREET CORPORATION

**2. ACCOUNT TITLE**
C/O REO-REI ACCTG NATIONAL OPS CENTER

**3. ACCOUNT TITLE**
MS 3545 BPTX

**4. ACCOUNT TITLE**

| ADDRESS : STREET 555 Dividend Drive, Ste 150 | CITY Coppell | STATE TX | ZIP 75019 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | VERIFICATION STATUS |
|---|---|

| TAX ID 95-4605799 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 06/04/1999 | BY | TAX LINK | DATE CHANGED 07/23/2007 |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:       Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box                    Thumb Print

X _____
Please sign within the box                    Thumb Print

X _____
Please sign within the box                    Thumb Print

X _____
Please sign within the box                    Thumb Print

4438 (06/06)

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 0179-0000170835-9 |
|---|---|---|---|---|

**1. ACCOUNT TITLE**
WM MORTGAGE REINSURANCE CO INC.

**2. ACCOUNT TITLE**
OPERATING ACCOUNT

**3. ACCOUNT TITLE**
ATTN: BRENT NORWOOD

**4. ACCOUNT TITLE**

| ADDRESS : STREET 1301 2nd Avenue, Fl 13 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 99-0347524 | CONTACT PERSON Brent Norwood | BUSINESS PHONE 206-500-3282 |
| DATE OPENED 02/27/2001 | BY | TAX LINK | DATE CHANGED 03/02/2007 |

The account opened under this Master Account Agreement shall be of the following type:    Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box                Thumb Print

X _____
Please sign within the box                Thumb Print

X _____
Please sign within the box                Thumb Print

X _____
Please sign within the box                Thumb Print

4438 (06/06)

**C114**

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B3 | 9909 | 314-0000197470-4 |

**1. ACCOUNT TITLE**
WAMU INVESTMENT CORP

**2. ACCOUNT TITLE**

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 1301 2nd Avenue, WMC1409 | Seattle | WA | 98101 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 20-5885395 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 10/31/2006 | Doreen Logan | | |

The account opened under this Master Account Agreement shall be of the following type:            Ownership/Subownership Code:

**This type of account is described in the Account Disclosures and Regulations.**

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

X _____    Thumb Print

Please sign within the box

4438 (06/06)

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B5 | | FC NUMBER 9331 | ACCOUNT NUMBER 0441-0000006352-5 |
|---|---|---|---|---|---|

**1. ACCOUNT TITLE**
WM FINANCE GROUP LLC

**2. ACCOUNT TITLE**
ATTN: COMMERCIAL GROUP ACCOUNTING

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS : STREET 1301 2nd Avenue, WMC3701 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | | VERIFICATION STATUS |
|---|---|---|---|
| TAX ID 59-3637422 | CONTACT PERSON | | BUSINESS PHONE |

| DATE OPENED 12/17/2007 | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type: Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.
2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.
3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

TAX CERTIFICATION -- UNDER PENALTIES OF PERJURY I CERTIFY THAT:
1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) I am a U.S. person (including U.S. resident alien).
The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____  Thumb Print
Please sign within the box

X _____  Thumb Print
Please sign within the box

X _____  Thumb Print
Please sign within the box

X _____  Thumb Print
Please sign within the box

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 0314-0000197986-3 | I |
|---|---|---|---|---|---|

**1. ACCOUNT TITLE**
WASHINGTON MUTUAL, INC.

**2. ACCOUNT TITLE**
TO INDEMNITY FOR 03/01/2006

**3. ACCOUNT TITLE**
LBMC TRANSFER

**4. ACCOUNT TITLE**
ATTN: TREASURY ACCOUNTING LULU ST JOHN

| ADDRESS : STREET 1301 2nd Avenue, WMC1409 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE : | COUNTRY |
|---|---|---|---|---|---|
| IDENTIFICATION | | | | | VERIFICATION STATUS |

| TAX ID 91-1653725 | CONTACT PERSON Lulu St John | BUSINESS PHONE 206-302-4232 |
|---|---|---|

| DATE OPENED 09/12/2007 | BY | TAX LINK | DATE CHANGED 03/31/2008 |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:    Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosure ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _(signature)_ | Thumb Print | X _(signature)_ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

| X _(signature)_ | Thumb Print | X _(signature)_ | Thumb Print |
|---|---|---|---|
| Please sign within the box | | Please sign within the box | |

4438 (06/08)

**Washington Mutual, a division of
JPMorgan Chase Bank, National
Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B3 | 9909 | 0181-0000252962-8 |

**1. ACCOUNT TITLE**
WASHINGTON MUTUAL, INC.

**2. ACCOUNT TITLE**
ATTN: ERIK STROM

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS - STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 1301 2nd Avenue, WMC4201 | Seattle | WA | 98101 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|

| TAX ID | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|
| 91-1653725 | Erik Strom | 206-500-4945 |

| DATE OPENED | BY | TAX LINK | DATE CHANGED | |
|---|---|---|---|---|
| 03/03/2005 | Doreen Logan | | 03/31/2008 | |

The account opened under this Master Account Agreement shall be of the following type:  Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

| X _(signature)_ | | X _(signature)_ | |
|---|---|---|---|
| Please sign within the box | Thumb Print | Please sign within the box | Thumb Print |

| X _(signature)_ | | X _(signature)_ | |
|---|---|---|---|
| Please sign within the box | Thumb Print | Please sign within the box | Thumb Print |

4438 (06/08)

**Washington Mutual, a division of JPMorgan Chase Bank, National Association** (the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | FC NUMBER 9909 | ACCOUNT NUMBER 0314-0000197969-7 |
|---|---|---|---|---|

| 1. ACCOUNT TITLE |
|---|
| WMI RAINIER LLC |

| 2. ACCOUNT TITLE |
|---|
| |

| 3. ACCOUNT TITLE |
|---|
| |

| 4. ACCOUNT TITLE |
|---|
| |

| ADDRESS : STREET 1301 2nd Avenue, WMC1411 | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| IDENTIFICATION | | | | VERIFICATION STATUS | |

| TAX ID 20-4753452 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 09/20/2007 | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:

Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box □ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS TO AVOID BACKUP WITHHOLDING.

| X _____ | X _____ |
|---|---|
| Please sign within the box        Thumb Print | Please sign within the box        Thumb Print |

| X _____ | X _____ |
|---|---|
| Please sign within the box        Thumb Print | Please sign within the box        Thumb Print |

4438 (06/06)

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT | | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|---|
| | | U5 | | 9909 | 0177-0000891120-6 |

**1. ACCOUNT TITLE**
WASHINGTON MUTUAL, INC.

**2. ACCOUNT TITLE**
FBO WASHINGTON MUTUAL BANK FA

**3. ACCOUNT TITLE**
WASHINGTON MUTUAL

**4. ACCOUNT TITLE**
ROWENA LITTLE

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 1301 2nd Avenue, WMC1411 | Seattle | WA | 98101 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 91-1653725 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED | BY | TAX LINK | DATE CHANGED |
|---|---|---|---|
| 05/30/2002 | | | 03/31/2008 |

The account opened under this Master Account Agreement shall be of the following type:        Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____        X _____
Please sign within the box        Thumb Print        Please sign within the box        Thumb Print

X _____        X _____
Please sign within the box        Thumb Print        Please sign within the box        Thumb Print

4438 (06/08)

**C120**

**Washington Mutual, a division of**
**JPMorgan Chase Bank, National**
**Association**
(the "Bank")

| COMP NO. | OWN CODE | PRODUCT B3 | | FC NUMBER 9911 | ACCOUNT NUMBER 441-0000006423-4 |
|---|---|---|---|---|---|

**1. ACCOUNT TITLE**
WMI

**2. ACCOUNT TITLE**

**3. ACCOUNT TITLE**

**4. ACCOUNT TITLE**

| ADDRESS - STREET 1301 2nd Avenue | CITY Seattle | STATE WA | ZIP 98101 | PROVINCE | COUNTRY |
|---|---|---|---|---|---|

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|

| TAX ID 91-1653725 | CONTACT PERSON | BUSINESS PHONE |
|---|---|---|

| DATE OPENED 09/19/2008 | BY Doreen Logan | TAX LINK | DATE CHANGED |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type: Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). The INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____
Please sign within the box                    Thumb Print

X _____
Please sign within the box                    Thumb Print

X _____
Please sign within the box                    Thumb Print

X _____
Please sign within the box                    Thumb Print

4438 (06/08)

**Washington Mutual, a division of JPMorgan Chase Bank, National Association**
(the "Bank")

| COMP. NO. | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | B3 | 9909 | 0195-0000072344-5 |

**1. ACCOUNT TITLE**
A C D 4

**2. ACCOUNT TITLE**
C/O REO-REI ACCTG NATIONAL OPS CENTER

**3. ACCOUNT TITLE**
M/S 3545 BOTX

**4. ACCOUNT TITLE**

| ADDRESS : STREET | CITY | STATE | ZIP | PROVINCE | COUNTRY |
|---|---|---|---|---|---|
| 555 Dividend Drive, Ste 150 | Coppell | TX | 75019 | | |

| IDENTIFICATION | | VERIFICATION STATUS |
|---|---|---|
| TAX ID 95-4466602 | CONTACT PERSON | BUSINESS PHONE |

| DATE OPENED 05/25/1999 | BY | TAX LINK | DATE CHANGED 11/14/2005 |
|---|---|---|---|

The account opened under this Master Account Agreement shall be of the following type:    Ownership/Subownership Code:

This type of account is described in the Account Disclosures and Regulations.

1. I/we (the Depositor) agree that the Business Account Disclosures and Regulations, including any amendments Bank may make from time to time and any related disclosures ( the Account Disclosures and Regulations), shall govern all accounts , products, services selected by Depositor by Bank. This Agreement and the Account Disclosures and Regulations shall govern all accounts, products, services selected by Depositor now or in the future, regardless of whether the selection is made in person, in writing, orally, electronically or by use of the account, product, or service.

2. Withdrawals or transfer transactions may be paid by Bank on the authorization of any one account owner or signer even if you have given any contrary instructions. Depositor agrees that any one account owner or signer, if more than one, may authorize Bank to open or provide other accounts, products, or services from time to time in the same ownership capacity. Further, Depositor agrees that any one account owner or signer, if more than one, is authorized to endorse, cash, or deposit any check or draft payable to the any of them.

3. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Business Account Disclosures and Regulations.

**TAX CERTIFICATION – UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.

2) I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.

3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.

4) I am a U.S. person (including U.S. resident alien).

The certification above does not apply if you are not a U.S. person (or a U.S. resident alien). A form W-8BEN must be completed as an attachment to this application.

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement" as set forth herein, and, if applicable, make the tax certification set forth above. In addition, I/we acknowledge receipt of the Business Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Funds Transfer Agreement and Disclosures ("Business Account Disclosures and Regulations"). THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE MY CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

X _____    Thumb Print
Please sign within the box

4438 (06/08)