# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
WASHINGTON MUTUAL, INC., et al.,¹                       :   Case No. 08-12229 (MFW)
                                                        :
                                     Debtors.           :   Jointly Administered
------------------------------------------------------- x
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                                                        :
                                     Plaintiffs,        :   Adv. Proc. No. 09-50934 (MFW)
                and                                     :
                                                        :
THE OFFICIAL COMMITTEE OF                               :
UNSECURED CREDITORS OF                                  :
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                              Intervenor-Plaintiff,     :
                                                        :
                  v.                                    :
                                                        :
JPMORGAN CHASE BANK, NATIONAL                           :
ASSOCIATION,                                            :
                                                        :
                                     Defendant,         :
------------------------------------------------------- x
JPMORGAN CHASE BANK, NATIONAL                           :
ASSOCIATION,                                            :
                                                        :
                              Cross-Claimant,           :
                  v.                                    :
                                                        :
FEDERAL DEPOSIT INSURANCE                               :
CORPORATION,                                            :
                                                        :
                              Cross-Claim Defendant.    :
------------------------------------------------------- x
```

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE DEBTORS' REPLY BRIEF IN SUPPORT OF THE MOTION OF PLAINTIFFS FOR SUMMARY JUDGMENT

The Official Committee of Unsecured Creditors (the "Committee") of Washington Mutual, Inc. and WMI Investment Corp. (the "Debtors"), as a party-in-interest pursuant to 11 U.S.C. § 1109(b), and an intervenor-plaintiff in Adversary Proceeding No. 09-50934 (the "Turnover Action"), hereby joins in the Debtors' filing entitled "Reply Brief in Support of the Motion of Plaintiffs For Summary Judgment" (the "Reply") (filed September 18, 2009), adopting as its own the arguments contained therein. Nothing in the original or supplemental papers filed by defendant JPMorgan Chase, N.A. in opposition to the Debtors' motion for summary judgment in the Turnover Action shows the existence of any genuine issue of material fact regarding the Debtors' ownership of the Deposits. Accordingly, for the reasons set forth in the Reply, the Committee joins in the Reply and respectfully requests that this Court grant the Debtors' motion for summary judgment.

Dated: Wilmington, Delaware
September 21, 2009

**PEPPER HAMILTON LLP**

By: /s/ *David B. Stratton*
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 777-6500
Fax: (302) 421-8390

and

Laurence Z. Shiekman
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*