# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | Case No. 08-12229 (MFW) |
| Debtors. | (Jointly Administered) |
| WASHINGTON MUTUAL, INC., AND WMI INVESTMENT CORP., | |
| Plaintiffs and Counterclaim Defendants, | |
| v. | Adv. Pro. No. 09-50934 (MFW) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendant and Counterclaimant. | **Ref. Nos. 154 and 155** |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Cross-Claimant, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson Nevada, | |
| Cross-Claim Defendant. | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

## REPLY BRIEF OF DEFENDANT JPMORGAN CHASE BANK, N.A. IN SUPPORT OF ITS AMENDED MOTION TO STRIKE AFFIDAVIT OF DOREEN LOGAN

For the reasons set forth by JPMorgan Chase Bank, N.A. ("JPMC") in the Opening Brief of JPMorgan Chase Bank, N.A. in Support of its Amended Motion to Strike Affidavit of Doreen Logan [Adv. Dkt No. 155], the Amended Motion to Strike Affidavit of Doreen Logan (the "Motion") [Adv. Dkt. No. 154] should be granted. Debtors have not filed any substantive objection to the Motion. Moreover, Debtors have not agreed, as JPMC requested, to refrain from relying on evidentiary objections of the type JPMC raised in the Motion. As a result, JPMC respectfully submits that the Motion should be granted on the merits.

Dated: September 25, 2009
Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile : (310) 712-8800
Email: sacksr@sullcrom.com
      feldsteinh@sullcrom.com

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: clarkb@sullcrom.com
      friedmans@sullcrom.com

*Counsel for JPMorgan
Chase Bank, National Association*