# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                         :   Chapter 11
                                               :
WASHINGTON MUTUAL, INC., et al.,[1]            :   Case No. 08-12229 (MFW)
                                               :
                        Debtors.               :   Jointly Administered
------------------------------------------------------------ x
WASHINGTON MUTUAL, INC. AND                    :
WMI INVESTMENT CORP.,                          :
                                               :   Adv. Proc. No. 09-50934
                        Plaintiffs,            :
                                               :
                    and                        :
                                               :
THE OFFICIAL COMMITTEE OF UNSECURED            :
CREDITORS OF WASHINGTON MUTUAL, INC.           :
AND WMI INVESTMENT CORP.,                      :
                                               :
                Intervenor-Plaintiff,          :
                                               :
                    v.                         :
                                               :
JPMORGAN CHASE BANK, NATIONAL                  :
ASSOCIATION,                                   :
                                               :
                        Defendant,             :
                                               :
                    and                        :
                                               :
FEDERAL DEPOSIT INSURANCE                      :
CORPORATION,                                   :
                                               :
                Intervenor-Defendant,          :
                                               :
                    and                        :
                                               :
BANK BONDHOLDERS,                              :
                                               :
                Intervenor-Defendant.          :   Re: Docket No. 14
------------------------------------------------------------ x
```

---

[1]    The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

<u>**NOTICE OF COMPLETION OF BRIEFING**</u>

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (with WMI, "Debtors")

hereby give notice that briefing concerning the merits of the *Motion of Plaintiffs Washington*

*Mutual, Inc. and WMI Investment Corp. for Summary Judgment* (the "Motion") (Docket No. 14)

is now complete and ready for disposition by the Court. Relevant pleadings are as follows:

| Exhibit | Pleading | Filed | Docket |
|---------|----------|-------|--------|
| 1 | Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment | 05/19/09 | 14 |
| 2 | Brief in Support of the Motions of Plaintiffs for Summary Judgment | 05/19/09 | 15 |
| 3 | Appendix to the Brief in Support of the Motions of Plaintiffs for Summary Judgment | 05/19/09 | 16 |
| 4 | Motion of Defendant JPMorgan Chase Bank, N.A. to Strike Affidavit of Doreen Logan | 07/24/09 | 98 |
| 5 | Opening Brief of Defendant JPMorgan Chase Bank, N.A. in Support of Its Motion to Strike Affidavit of Doreen Logan | 07/24/09 | 99 |
| 6 | JPMorgan Chase Bank, National Association's Motion to Seal and to Redact for Public Filing Material Included in Its Opposition to Plaintiffs' Motion for Summary Judgment | 07/24/09 | 101 |
| 7 | Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment | 07/24/09 | 102 |
| 8 | Appendix in Support of Defendant JPMorgan Chase Bank, National Association's Opposition to Plaintiffs' Motion for Summary Judgment | 07/24/09 | 103 |
| 9 | Bank Bondholders' Statement in Opposition to Debtors' Motion for Summary Judgment | 08/03/09 | 115 |
| 10 | Supplemental Memorandum of Cross-Claim Defendant Federal Deposit Insurance Corporation, as Receiver, in Opposition to Plaintiffs' Motion for Summary Judgment | 09/11/09 | 152 |
| 11 | Amended Motion of Defendant JPMorgan Chase Bank, N.A. to Strike Affidavit of Doreen Logan | 09/11/09 | 154 |
| 12 | Opening Brief of Defendant JPMorgan Chase Bank, N.A. in Support of Its Amended Motion to Strike Affidavit of Doreen Logan | 09/11/09 | 155 |
| 13 | Supplemental Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment | 09/11/09 | 156 |
| 14 | Appendix in Support of Defendant JPMorgan Chase Bank, National Association's Supplemental Opposition to Plaintiffs' Motion for Summary Judgment | 09/11/09 | 157 |

| 15 | Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment | 09/18/09 | 163 |
|----|-----------------------------------------------------------------------|----------|-----|
| 16 | Appendix to Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment | 09/18/09 | 164 |
| 17 | Joinder of the Official Committee of Unsecured Creditors in the Debtors' Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment | 09/21/09 | 166 |

Dated: September 25, 2009
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

_/s/ Neil R. Lapinski_
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
E-mail: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
E-mail: petercalamari@quinnemanuel.com
E-mail: michaelcarlinsky@quinnemanuel.com
E-mail: susheelkirpalani@quinnemanuel.com
E-mail: davidelsberg@quinnemanuel.com

_Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp._