# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WASHINGTON MUTUAL, INC., *et al.*,[1] <br><br> Debtors | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> Jointly Administered |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br><br> Plaintiffs and Counterclaim Defendants <br><br> v. <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendant and Counterclaimant. <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Cross-Claimant, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson Nevada, <br><br> Cross-Claim Defendant. | Adv. Pro. No. 09-50934 (MFW) |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is completed with respect to the Amended Motion of Defendant JPMorgan Chase Bank, N.A. to Strike Affidavit of Doreen Logan (the "Motion")

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0003184.}

and the Motion is ready for disposition by the Court. A list of all relevant pleadings and docket numbers related to the Motion follows below.

| Exhibit | Pleading | Date Filed | Adv. Case No. 09-50934 |
|---|---|---|---|
| 1 | Amended Motion of Defendant JPMorgan Chase Bank, N.A. to Strike Affidavit of Doreen Logan | 09/11/09 | 154 |
| 2 | Opening Brief of Defendant JPMorgan Chase Bank, N.A. in Support of its Amended Motion to Strike Affidavit of Doreen Logan | 09/11/09 | 155 |
| 3 | Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment[2] | 09/18/09 | 163 |
| 4 | Appendix to Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment | 09/18/09 | 164 |
| 5 | Reply Brief of Defendant JPMorgan Chase Bank, N.A. in Support of its Amended Motion to Strike Affidavit of Doreen Logan | 09/25/09 | 172 |

Dated: September 30, 2009
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/_

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:    (302) 467-4400
Facsimile:    (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

---

[2] The Debtors' response to the Motion is contained within Exhibit 3.

{683.001-W0003184.}    2

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for JPMorgan Chase Bank, N.A.*