# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | Jointly Administered |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : | |
| | : | Adv. Proc. No. 09-50934 |
| Plaintiffs, | : | |
| and | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : | |
| Intervenor-Plaintiff, | : | |
| v. | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | |
| Defendant, | : | |
| and | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : | |
| Intervenor-Defendant, | : | |
| and | : | |
| BANK BONDHOLDERS, | : | |
| Intervenor-Defendant. | : | Re: Docket No. 14 |

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

# NOTICE OF HEARING TO CONSIDER
# MOTION OF PLAINTIFFS WASHINGTON MUTUAL, INC.
# AND WMI INVESTMENT CORP. FOR SUMMARY JUDGMENT

**TO ALL PARTIES ON THE ATTACHED SERVICE LISTS:**

**PLEASE TAKE NOTICE** that a hearing to consider the *Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment* (Docket No. 14) will be convened on **October 22, 2009 at 9:30 a.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Dated: October 6, 2009
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
E-mail: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Email: petercalamari@quinnemanuel.com
Email: michaelcarlinsky@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Email: davidelsberg@quinnemanuel.com

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp*