UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

———————————————————x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., *et al.*,[1] : Case No. 08-12229 (MFW)
:
Debtors. : Jointly Administered
:
:
———————————————————:
:
WASHINGTON MUTUAL, INC. AND :
WMI INVESTMENT CORP., : Adv. Pro. No. 09-50934 (MFW)
:
Plaintiffs, :
:
v. :
:
JPMORGAN CHASE BANK, :
NATIONAL ASSOCIATION, :
:
Defendant. : **Ref. Adv. No. 182**
———————————————————x

**ORDER REGARDING MOTION PURSANT TO LOCAL RULE 9006-1(E) TO
SHORTEN NOTICE OF JPMORGAN CHASE BANK, N.A.'S
MOTION FOR LEAVE TO FILE DECLARATIONS OF DANIEL P. COONEY
AND ROBERT C. SCHOPPE**

Upon consideration of the Motion Pursuant to Local Rule 9006-1(e) to Shorten Notice of JPMorgan Chase Bank, N.A.'s Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe (the "Motion to Shorten"); and after due deliberation; and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0003496.}

ORDERED, that the Motion to Shorten is APPROVED; and it is further

ORDERED, that the Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe (the "Motion") shall be heard on October 22, 2009 at 9:30 a.m. (ET) and that objections to the relief requested in the Motion shall be filed and served no later than October 22, 2009 at 9:00 a.m. (ET);

ORDERED, that the Court shall retain jurisdiction over any matter or dispute arising from or related to the implementation of this order.

Dated: October 19, 2009
Wilmington, Delaware

_____
Honorable Mary F. Walrath
United States Bankruptcy Court