# SIGN-IN-SHEET

**CASE NAME:** WaMu
**CASE NO.:** 08-12229 (MFW)
**COURTROOM LOCATION:** 4
**DATE:** 10/22/09 at 9:30 am

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Loudis | Landis Rath & Cobb | JPMChase |
| Robert Sachs | Sullivan & Cromwell | " |
| Stacey Friedman | " | " |
| John Clarke | DLA Piper | FDIC-Receiver |
| Richard Hans | " | " |
| Larry Shiekman | Pepper Hamilton | Official Committee of Unsecured Creditors |
| David Stratton | " | " |
| Robert Johnson | Akin Gump | " |
| Neil Lapinski | Elliott Greenleaf | WMI Shs.&R Coal. |
| Brian Rosen | Weil Gotshal & Manges | Debtors |
| Chun Jang | Richards, Layton & Finger | Debtors |
| Peter Calamari | Quinn Emanuel | DIP |
| David Elsberg | | |
| Adam Abensohn | | |
| Ben Janny Finzone | | |
| Blake Cleary | Young Conaway Stargatt | FDIC-Receiver |
| Thomas Lauria | White & Case LLP | WMI Noteholders Grp |
| Jeffrey Schlerf | Fox Rothschild | " |

# Court Conference

Calendar Date: 10/22/2009
Calendar Time: 09:30 AM

# U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Amended Calendar 10/22/2009 07:17 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3144036 | Michael D. Adamski | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3141021 | Scott L. Alberino | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3135234 | Gavaskar Balasingam | Gavaskar Balasingam - Client | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3132403 | George Brickfield | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3142446 | Dan Bullock | Dan Bullock - In Pro Per | In Propria Persona, Dan Bullock / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3141032 | Leo T. Crowley | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3141037 | Walter H. Curchack | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3144070 | Matthew Ehmer | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3141068 | Margot P. Erlich | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3139016 | Hydee R. Feldstein | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3141034 | Brian Guiney | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of NY / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3140943 | Peter J. Gurfein | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3138391 | Rob Halder | Tejas Securities Group | Interested Party, Tejas Securities Group / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3140965 | Fred S. Hodara | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Case | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3141110 | James Jacobs | 212-688-1500 | Gruss & Company, LLC | Creditor, Gruss Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3123892 | Alexander Klipper | 646-855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3139775 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Bond Holders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3144022 | Edward Kressler | (212) 692-8271 | Angelo & Gordon | Creditor, Angelo Gordon & Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3144088 | Mark Kronfeld | 646-825-7625 | Owl Creek Management | Interested Party, Owl Creek Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3140992 | David MacKnight | (212) 771-1206 | Mason Capital | Interested Party, Mason Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3139323 | Nancy Manzer | 202-663-6183 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Bank Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3141080 | Vadim Rubinstein | 212-407-4092 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3140952 | David Simonds | 310-552-6692 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3144035 | James Russo | (212) 412-2168 | James Russo | Interested Party, Barclays Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3136401 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3137920 | Jay Steen | (214) 965-9100 | Talamod Asset Management, LLC | Creditor, Talamod Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3139586 | Mitchell E. Sussman | (212) 843-1230 | Tudor Investment | Creditor, Tudor Investment / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3132521 | Robert Williams | (404) 697-8129 | Washington Mutual, Inc ( Washington | Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3141815 | Evan Parness | (212) 849-7178 | Quinn Emanuel Urquhart Oliver | Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3140213 | Jeffrey A. Rosenkranz | 212-204-8610 | Durham Asset Management | Creditor, Durham Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3140994 | Jim Bolin | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 (09-50934) | Hearing | 3144033 | Mark Dendinger | (860) 256-8541 | Bracewell & Giuliani - Conneticut | Interested Party, Bond Holders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 (09-50934) | Hearing | 3139537 | Joshua Fritsch | (212) 558-4000 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 (09-50934) | Hearing | 3139503 | Adam Hunt | (212) 558-4400 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |

| Case | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 (09-50934) | Hearing | 3139462 | Justin O'Connell | (212) 558-4400 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 (09-50934) | Hearing | 3139821 | Carl Stapen | (212) 859-8022 | Fried Frank | Creditor, Appalossa Management LP & Centerbridge Partners LP / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 (09-50934) | Hearing | 3132633 | Erica Taggart | (213) 443-3196 | Quinn, Emanuel, Urquhart, Oliver & | Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. | 08-12229/ 09-50934 | Hearing | 3138705 | Whitman L. Holt | 310-228-5690 | Stutman, Treister & Glatt | Creditor/Claimant, Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229/ 09-50934 | Hearing | 3138728 | K. John Shaffer | 310-228-5785 | Stutman, Treister & Glatt | Creditor/Claimant, Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. et al v. JPMorgan Chase Bank, N.A. et al | 09-50934 | Hearing | 3113932 | Eleanor Chan | 646-445-6525 | Aurelius Capital | Interested Party, . . / LISTEN ONLY |
| Washington Mutual, Inc. et al v. JPMorgan Chase Bank, N.A. et al | 09-50934 | Hearing | 3132516 | John Maciel | (415) 490-2300 | Alvarez & Marsal | Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. et al v. JPMorgan Chase Bank, N.A. et al | 09-50934 | Hearing | 3142167 | David Neier | 212-294-5318 | Winston & Strawn | Interested Party, Winston & Strawn / LIVE |
| Washington Mutual, Inc. et al v. JPMorgan Chase Bank, N.A. et al | 09-50934 | Hearing | 3136730 | Howard Shainker | (212) 224-7392 | Shainker, Howard - Financial | Unknown - Update, - / LISTEN ONLY |