IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | Jointly Administered |
| JPMORGAN CHASE BANK, N.A., | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 09-50551 |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : | |
| Defendants for all claims, | : | |
| -and- | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : | |
| Additional Defendant for Interpleader claim. | : | |

*Caption continued on next page.*

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

```
------------------------------------------------------  x
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                 Plaintiffs,                            :
                                                        :   Adv. No. 09-50934
        -and-                                           :
                                                        :
THE OFFICIAL COMMITTEE OF                               :
UNSECURED CREDITORS OF                                  :
WASHINGTON MUTUAL, INC. AND                             :
WMI INVESTMENT CORP.,                                   :
                                                        :
                 Intervenor-Plaintiff,                  :
                                                        :
        v.                                              :
                                                        :
JPMORGAN CHASE BANK, N.A.,                              :
                                                        :
                 Defendant,                             :
                                                        :
        -and-                                           :
                                                        :
FEDERAL DEPOSIT INSURANCE                               :
CORPORATION,                                            :
                                                        :
                 Intervenor-Defendant,                  :
                                                        :
        -and-                                           :
                                                        :
BANK BONDHOLDERS,                                       :
                                                        :
                 Intervenor-Defendant.                  :
------------------------------------------------------  x
```

## NOTICE OF ORDER STAYING D.C. ACTION

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (together with WMI, "Debtors"), as debtors in possession, respectfully submit this notice of the order entered on January 7, 2010 by the United States District Court for the District of Columbia granting Debtors' motion to stay in its entirety the action the Debtors commenced on March 20, 2009 (the

"DC Action") against the Federal Deposit Insurance Corp. ("FDIC"), pending resolution of the Debtors' bankruptcy cases by the Court. The decision bears upon the argument asserted repeatedly by the FDIC and JPMorgan Chase Bank, N.A. ("JPMC") that this Court should refrain from exercising jurisdiction over the two adversary proceedings pending before the Court between the Debtors and JPMC in favor of the now-stayed DC Action. A copy of the order is attached hereto as **Exhibit A**.

Dated: January 11, 2010
Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: petercalamari@quinnemanuel.com
Email: michaelcarlinsky@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Email: davidelsberg@quinnemanuel.com

Erica P. Taggart
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericataggart@quinnemanuel.com

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*

-and-

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (DE Bar No. 2981)
Chun I. Jang (DE Bar No. 4790)
Lee E. Kaufman (DE Bar No. 4877)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
Email: jang@rlf.com
Email: kaufman@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Brian S. Rosen
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212)310-8007
Email: marcia.goldstein@weil.com
Email: brian.rosen@weil.com

*Counsel to the Debtors and Debtors in Possession*