# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>        Plaintiff,<br>v.<br><br>WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>        Defendants for all claims,<br><br>-and-<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>        Intervenor-Defendant for all claims;<br><br>-and-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>        Additional Defendant for Interpleader Claim,<br><br>-and-<br><br>BANK BONDHOLDERS,<br>        Intervenor-Defendant for Interpleader Claim | Adv. Proc. No. 09-50551 (MFW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Docket Nos. 168 & 174**<br><br>*(caption continued on next page)* |

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

| | |
|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>        Plaintiffs,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>        Intervenor-Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>        Defendant,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>        Intervenor-Defendant<br><br>and<br><br>BANK BONDHOLDERS,<br>        Intervenor-Defendant. | Adv. Proc. No. 09-50934 (MFW) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>        Cross-Claimant,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson, Nevada,<br>        Cross-Claim Defendant. | **Re: Docket No. 195** |

# CERTIFICATION OF COUNSEL SEEKING ENTRY OF AMENDED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

I, Neil R. Lapinski, Delaware special litigation and conflict counsel to Washington Mutual, Inc. and WMI Investment Corp. (collectively, the "Debtors"), hereby certify the following:

1. On December 11, 2009, the Debtors, JPMorgan Chase Bank, N.A., Federal Deposit Insurance Corporation as Receiver, the Official Committee of Unsecured Creditors, WMB Bondholders, and the Office of Thrift Supervision (collectively, the "Parties") in the above-captioned proceedings (the "Actions") had determined that certain documents and information produced or to be produced during discovery in the Actions, as defined in the *Confidentiality Stipulation and Protective Order* (Docket No. 168 in Adv. No. 09-50551 and Docket No. 195 in Adv. No. 09-50934), should be kept confidential in order to protect the legitimate business and privacy interests of the Parties, their customers and other persons, including non-parties to the Actions.

2. On January 28, 2010, the Court entered the *Order Approving Confidentiality Stipulation and Protective Order Governing the Production of Documents* (Docket No. 174 in Adv. No. 09-50551).

3. The Parties have determined that certain documents and information produced or to be produced during discovery in the Actions, as defined in the *Amended Confidentiality Stipulation and Protective Order* attached hereto as <u>Exhibit 1</u>, should be kept confidential in order to protect the legitimate business and privacy interests of the Parties, their customers and other persons, including non-parties to the Actions.

4. On February 18, 2010, the Parties entered into an *Amended Confidentiality Stipulation and Protective Order* (the "Amended Stipulation").

5. The Debtors request that the Court enter the Amended Proposed Order, attached hereto as <u>Exhibit 2</u>, approving the Amended Stipulation at its earliest convenience. Counsel is available at the request of the Court.

Dated: February 18, 2010  
Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: nrl@elliottgreenleaf.com

*Special Litigation and Conflicts Counsel to Washington Mutual, Inc. and WMI Investment Corp.*