# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>　　　　　Plaintiff,<br>v.<br><br>WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>　　　　　Defendants for all claims,<br><br>-and-<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>　　　　　Intervenor-Defendant for all claims;<br><br>-and-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>　　　　　Additional Defendant for Interpleader Claim,<br><br>-and-<br><br>BANK BONDHOLDERS,<br>　　　　　Intervenor-Defendant for Interpleader Claim | Adv. Proc. No. 09-50551 (MFW)<br><br><br><br><br><br>Re: Docket No. _____<br><br>*(caption continued on next page)* |

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

| | |
|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>Plaintiffs,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>Intervenor-Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>Defendant,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>Intervenor-Defendant<br><br>and<br><br>BANK BONDHOLDERS,<br>Intervenor-Defendant. | Adv. Proc. No. 09-50934 (MFW) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>Cross-Claimant,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson, Nevada,<br>Cross-Claim Defendant. | **Re: Docket No. _____** |

## ORDER APPROVING AMENDED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER GOVERNING THE PRODUCTION OF DOCUMENTS

**IT IS HEREBY ORDERED** that:

1. The *Amended Confidentiality Stipulation and Protective Order* agreed to by the Parties on February 18, 2010 subject to the approval of the Court, which is attached hereto as Exhibit 1, is approved.

2. All Parties to the *Amended Confidentiality Stipulation and Protective Order* are ordered to comply with its terms and with the terms of this Order.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February \_\_\_\_, 2010
       Wilmington, Delaware

                              HONORABLE MARY F. WALRATH
                              UNITED STATES BANKRUPTCY JUDGE