# SIGN-IN SHEET

**CASE NAME:** Washington Mutual  
**CASE NUMBER:** 08-12229 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 3/12/10 at 11:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | Young Conaway Stargatt & Taylor | FDIC - Receiver |
| John Clarke | DLA Piper | " " |
| Terri Brown-Edwards | Potter Anderson & Corroon LLP | Group of Bondholders of WMB |
| Joseph J. McMahon, Jr. | USDOJ | Asst. UST |
| Neil Lipinski | Elliott Greenleaf | Debtors |
| Jenny Rose | Venable LLP | Guaranty CEE |
| Bill Bowden | Ashby & Geddes | " " |
| Adam Landis | Landis Rath & Cobb | JPMorgan Chase |
| Robert Sacks | Sullivan & Cromwell | " |
| Stacey Friedman | " | " |
| Brian Rosen | Weil Gotshal | Debtor |
| Mark Collins | Richards Layton | Debtor |

# SIGN-IN SHEET

**CASE NAME:** Washington Mutual  
**CASE NUMBER:** 08-12229 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 3/12/10 at 11:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Schlerf | Fox Rothschild | WMI Noteholders Grp |
| Katherine Mayer | White & Case | " |
| Fred Hodara | " | " |
| Robert Johnson | Akin Gump | " |
| David Cousins | Epiq Chandler | " |
| Larry Chisholm | " | Committee |
| | | " |
| | | " |

Court Conference
Calendar Date: 03/12/2010
Calendar Time: 11:00 AM

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Amended Calendar 03/12/2010 08:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3398488 | Adam M Abensohn | (212) 849-7000 | Quinn Emanuel Urquhart Oliver & | Debtor, Washington Mutual / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3400541 | Scott L. Alberino | (202) 887-4000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3403305 | Rita Aramburo | (212) 325-0939 | Candlewood Capital | Creditor, Candlewood Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3400095 | Michael Arko | (302) 651-7681 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3403245 | Gavaskar Balasingam | 212-446-4035 | Gavaskar Balasingam - Client | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3403191 | Jim Bolin | (973) 701-7000 | Appaloosa Management | Client, Jim Bolin / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3399297 | George Brickfield | 212-542-8441 | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3400170 | Dan Bullock | (703) 378-8829 | Dan Bullock - In Pro Per | In Propria Persona, Dan Bullock / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3398534 | Eleanor Chan | 646-445-6525 | Aurelius Capital | Interested Party, Aurelius Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3403202 | Lawrence N. Chanen | (212) 552-7443 | JP Morgan Chase & Co. | Creditor, JP Morgan Chase Bank,N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3398349 | Bruce Clark | (212) 558-3036 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3403253 | David Clayton | (212) 530-5038 | Milbank, Tweed, Hadley & McClov, | Interested Party, Bond Holder / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3403543 | Leo T. Crowley | 212-858-1740 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3400547 | Walter H. Curchack | 212-407-4861 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3398271 | Mark E. Dendinger | 860-256-8541 | Bracewell & Giuliani - Conneticut | Creditor, WMB Noteholder Group / LISTEN ONLY |

| Case | Case # | Proceeding | Conf ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3403190 | Matthew Dundon | 212-692-5196 | Miller Taback Securities | Interested Party, Miller Taback Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3402405 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3403204 | Travis Epes | (212) 270-8226 | JP Morgan Chase & Co. | Interested Party, JP Morgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400550 | Margot P. Erlich | (212) 858-1536 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398395 | Lisa Ewart | 202-663-6542 | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Bank Bondholders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400606 | Jim F. Farner | 212-761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3402714 | Stanislav Fedorenko | (212) 672-4630 | Centerbridge Partners | Representing, Centerbridge Partners / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398341 | Hydee R. Feldstein | (310) 712-6600 | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398307 | Joshua Fritsch | (212) 558-4000 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400545 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of NY / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3399039 | Peter J. Gurfein | (310) 229-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3399030 | Peter J. Gurfein | (310) 229-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400540 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3391431 | Whitman L. Holt | 310-228-5690 | Stutman, Treister & Glatt | Interested Party, Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3402039 | James Jacobs | (212) 688-7480 | Gruss & Company, LLC | Creditor, Gruss Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400538 | Robert A. Johnson | 212-872-1077 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3399657 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3402919 | Tibita P. Kaneene | (212) 686-5354 | DebtWire | In Propria Persona, Tibita P. Kaneene / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3403104 | Alexander Klipper | 646-855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3396130 | Edward Kressler | (212) 692-8271 | Angelo & Gordon Company | Creditor, Angelo Gordon & Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398314 | Ira Levee | 973-597-2480 | Lowenstein Sandler PC | Plaintiff(s), Ontario Teachers Pension Plan Board / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3399713 | Michael Linn | 415-421-2132 ext. 00 | Farallon Capital Management | Creditor, Farallon Capital Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400109 | Doreen Logan | (206) 432-8725 | Washington Mutual Inc. | Debtor, Washington Mutual Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398507 | John Maciel | (415) 490-2300 | Alvarez & Marsal | Debtor, Washington Mutual, Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3403229 | James Macinnis | (212) 250-2578 | Deutsche Bank | Real Party in Interest, James Macinnia / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398397 | Nancy Manzer | 202-663-6183 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, BankBond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3399397 | Andrew P.R Mcdermott | 312-861-8441 | Baker & McKenzie | Creditor, Black Horse Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398409 | Evan Parness | (212) 849-7178 | Quinn Emanuel Urquhart Oliver | Debtor, Washington Mutual, Inc. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400542 | Brian M. Rothschild | (310) 552-6431 | Arent Fox LLP | Creditor, Wilmington Trust FSB / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400549 | Jeffrey Rothleder | 202-828-3472 | Arent Fox LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400551 | Vadim J. Rubenstein | (212) 407-4092 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. (Member of Official Committee of Unsecured Creditors) / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398654 | James Russo | (212) 412-7689 | Barclays Capital, Inc. | Interested Party, Barclays Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3391484 | K. John Shaffer | (310) 228-5690 | Stutman, Treister & Glatt | Interested Party, Elliot Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400539 | David Simonds | 310-552-6692 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3399496 | Andrew Sole | (973) 847-5904 | Esopus Creek Advisors LLC | Creditor, Member of Official Committee of Equity Holders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400556 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Creditor, CRT Capital Group, LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3396615 | Mitchell E. Sussman | (212) 843-1230 | Tudor Investment | Creditor, Tudor Investment / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3402112 | Chris Warren | (212) 231-6348 | Macquarie Bank | Interested Party, Chris Warren / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3400115 | Chris Wells | (302) 326-2390 | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3398807 | Robert Williams | (404) 697-8129 | Washington Mutual, Inc ( Washington Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3402139 | Arin J. Wolfson | 203-719-1349 | UBS Securities LLC Interested Party, UBS Securities LLC / LISTEN ONLY |