IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                         : Chapter 11
                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]                            : Case No. 08-12229 (MFW)
                                                               : Jointly Administered
          Debtors.                                             :
---------------------------------------------------------------X
JPMORGAN CHASE BANK, NATIONAL                                  :
ASSOCIATION,                                                   :
                                                               :
          Plaintiff,                                           :
                                                               :
          v.                                                   : Adv. Proc. No. 09-50551 (MFW)
                                                               :
WASHINGTON MUTUAL, INC. AND WMI                                :
INVESTMENT CORP.,                                              :
                                                               :
          Defendants for all claims,                           :
                                                               :
          -and-                                                :
                                                               :
THE OFFICIAL COMMITTEE OF                                      :
UNSECURED CREDITORS OF                                         :
WASHINGTON MUTUAL, INC. AND WMI                                :
INVESTMENT CORP.,                                              :
                                                               :
          Intervenor-Defendant for all                         :
          claims,                                              :
                                                               :
          -and-                                                : Re: Docket No. 180
                                                               :
FEDERAL DEPOSIT INSURANCE                                      :
CORPORATION,                                                   :
                                                               :
          Additional Defendant for                             :
          Interpleader Claim,                                  :
                                                               :
          -and-                                                :
                                                               :
BANK BONDHOLDERS,                                              :
                                                               :
          Intervenor-Defendant for                             :
          Interpleader Claim.                                  : (caption continued on next page)
---------------------------------------------------------------X

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

```
------------------------------------------------------X
WASHINGTON MUTUAL, INC. AND WMI        :
INVESTMENT CORP.,                      :
                                       :
              Plaintiffs,              :
                                       :   Adv. Proc. No. 09-50934 (MFW)
              -and-                    :
                                       :
THE OFFICIAL COMMITTEE OF              :
UNSECURED CREDITORS OF                 :
WASHINGTON MUTUAL, INC. AND WMI        :
INVESTMENT CORP.,                      :
                                       :
              Intervenor-Plaintiff,    :
                                       :
              v.                       :
                                       :
JPMORGAN CHASE BANK, NATIONAL          :
ASSOCIATION,                           :
                                       :
              Defendant,                :
                                       :
              v.                       :
                                       :
FEDERAL DEPOSIT INSURANCE              :
CORPORATION,                           :
                                       :
              Intervenor-Defendant,    :
                                       :
              -and-                    :
                                       :
BANK BONDHOLDERS,                      :
                                       :
              Intervenor-Defendant.    :
------------------------------------------------------X
JPMORGAN CHASE BANK, NATIONAL          :
ASSOCIATION,                           :
                                       :
              Cross-Claimant,          :
                                       :
              v.                       :   Re: Docket No. 206
                                       :
FEDERAL DEPOSIT INSURANCE              :
CORPORATION, as Receiver of Washington :
Mutual Bank, Henderson, Nevada,        :
                                       :
              Cross-Claim Defendant.   :
------------------------------------------------------X
```

## ORDER

AND NOW, this 18th day of March, 2010, upon consideration of the Official Committee of Equity Security Holders of Washington Mutual, Inc., *et al.*'s (the "Committee") Motion to Intervene, it is hereby ORDERED that the Motion is GRANTED.

HONORABLE MARY F. WALRATH,
United States Bankruptcy Judge